# EXHIBITS

*Motion in Support of Emergency TRO*

A.  Declaration of L.G.M.L.

B.  Declaration of L.M.R.S.

C.  Declaration of M.O.C.G.

D.  Declaration of H.L.E.C.

E.  Declaration of T.A.C.P.

F.  Declaration of M.F.A.P.V.

G.  Declaration of L.F.M.M.

H.  Declaration of G.A.B.B.

I.   Declaration of A.R.M.D.

J.   Declaration of M.Y.T.A.C.

K.  Declaration of Lauren Fisher Flores

L.   Declaration of Child Advocate on Behalf of H.M.O.C.