**DECLARATION OF L███ G██████ M████ L███**

I, L███ G█████ M███ L███, declare under penalty of perjury as follows:

1. My name is L███ G█████ M███ L███. I am 10 years old and I am from Guatemala.

2. I am currently detained at the Urban Strategies San Benito children's shelter in San Benito, Texas.

3. I am in removal proceedings before the Immigration Court. My case has not been decided yet, and I still have the right to continue fighting for protection.

4. I recently learned that I may be at risk of being removed from the United States before my case is fully heard. I am very afraid that I could be deported even though I am still waiting for the Court to decide my case.

5. I do not have any family in Guatemala that can take good care of me. My father does not take good care of me. My mother is dead.

6. I came to the United States after experiencing abuse, neglect and family violence. If I am sent back, I will not be able to live safely. I won't have anyone to protect me.

7. I understand that there is a prospect of release to a safe sponsor here in the United States, and I want to be somewhere safe with family who can provide me with safety and give me a safe home.

8. I want to remain in the United States and continue to fight my case in Immigration Court and have a fair opportunity to be heard.

9. I respectfully ask the Court to allow me to remain in the United States while my case is pending and to protect me from being removed before I have had a full day in court.

Executed on August 30, 2025, in San Benito, Texas.

The above statement was read to me in the Spanish language by Lauren Fisher Flores, who is competent in English and Spanish to render such translation. I understand the content of the document and the statements herein are true and correct to the best of my knowledge.

████████████████████                    8/30/2025
Signature                                Date

---

## CERTIFICATE OF TRANSLATOR'S COMPETENCE

I, Lauren Fisher Flores, hereby certify that I am competent in written and oral Spanish and English, and that I have rendered an oral translation of the foregoing declaration from English to Spanish to the best my ability and skill to L████ G██████ M███ L█████

_Lauren Fisher Flores_                    8/30/2025
Lauren Fisher Flores                      Date

DECLARATION OF L████ M████████ ████████ S████

I, L████ M████ R████ S████, declare under penalty of perjury as follows:

1. My name is L████ M████ R████ S████. I am sixteen years old and originally from Guatemala.

2. I am currently detained at Kidspeace in Bethlehem, Pennsylvania, together with my ten-month old daughter, B██ Y████ R████ R████. B██ and I came to the United States together earlier this year.

3. B██ and I are in removal proceedings before the Immigration Court. Our cases have not been decided yet, and we still have the right to continue fighting for protection.

4. I recently learned that we may be at risk of being removed from the United States before our cases are fully heard. I am very afraid that we could be deported even though we are still waiting for the Court to decide our cases.

5. I have been asked to participate in interviews with government officials, including Homeland Security Investigation officers and the Guatemalan consulate, about our cases and identities. I have not been given any guarantee of safety or protection.

6. We came to the United States after experiencing neglect from my parents and after B██ was abandoned by her father. If we are sent back, we will not be able to live safely.

7. I understand that there is a prospect of our release to a safe sponsor here in the United States, and I am hopeful that I may be placed with a trusted caregiver who can provide us with safety and stability.

8. I want us to remain in the United States and continue to fight our cases in Immigration Court and have a fair opportunity to be heard.

9. I respectfully ask the Court to allow us to remain in the United States while our cases are pending and to protect us from being removed before we have had a full day in court.

Executed on August 30, 2025, in Bethlehem, Pennsylvania.



The above statement was read to me in the Spanish language by Mary McClenahan McCabe, who is competent in English and Spanish to render such translation. I understand the content of the document and the statements herein are true and correct to the best of my knowledge.

_____    8/30/25

8/30/2025

CERTIFICATE OF TRANSLATOR'S COMPETENCE

I, Mary McClenahan MCcabe, hereby certify that I am competent in written and oral Spanish and English, and that I have rendered an oral translation of the foregoing declaration from English to Spanish to the best my ability and skill to ▮ M▮ ▮ R▮

_____ 08/30/2025

Mary McClenahan McCabe

**DECLARATION OF M█████ O█████ C█████ G█████**

I, M███ O████ C███e G███, declare under penalty of perjury as follows:

1. My name is M███ O████ C███ G████ I am sixteen years old and am originally from Guatemala.

2. I am currently detained at Crittenton Long Term Foster Care in Fullerton, California.

3. I am in removal proceedings before the Immigration Court. In April 2025, my proceedings were administratively closed, but my case has not been decided yet, and I still have the right to continue fighting for protection.

4. I recently learned that I may be at risk of being removed from the United States before my case is fully heard. I am very afraid that I could be deported even though I am still waiting for the Court to decide my case.

5. I have participated in interviews with government officials, including Homeland Security Investigation officers, about my case and identity. My family in Guatemala has participated in interviews with the Guatemalan government. Even though I have cooperated, I have not been given any guarantee of safety or protection.

6. I fear returning to Guatemala because of the threats against my life I experienced there, and because of the abuse and neglect I experienced growing up. If I am sent back, I believe I will be in danger.

7. I want to remain in the United States and continue to fight my case in Immigration Court. I want the chance to present my claim for asylum, withholding of removal, and protection under the Convention Against Torture, and to have a fair opportunity to be heard.

8. I respectfully ask the Court to allow me to remain in the United States while my case is pending and to protect me from being removed before I have had my full day in court.

Executed on August 29, 2025, in Los Angeles, California.

/s/M███ O████ C████ G████

The above statement was read to me in the Spanish language by Juliana Durning, who is competent in English and Spanish to render such translation. I understand the content of the document and the statements herein are true and correct to the best of my knowledge.

/s/M██████ O███████ O███████ G████████                                  08/29/2025
Date

## CERTIFICATE OF TRANSLATOR'S COMPETENCE

I, Juliana Durning, hereby certify that I am competent in written and oral Spanish and English, and that I have rendered an oral translation of the foregoing declaration from English to Spanish to the best my ability and skill to M██████ O███████ O███████ G████████

Juliana Durning                                                          08/29/2025
                                                                        Date

**DECLARATION OF H██████ L████ E██████ C██████**

I, H██████ L██ E██ C████, declare under penalty of perjury as follows:

1. My name is H██████ L██ E██ C████. I am sixteen years old and originally from Guatemala.

2. I am currently detained at New Life Foster Family Agency Long Term Foster Care in Riverside, California.

3. I am in removal proceedings before the Immigration Court. My case has not been decided yet, and I still have the right to continue fighting for protection.

4. I recently learned that I may be at risk of being removed from the United States before my case is fully heard. I am very afraid that I could be deported even though I am still waiting for the Court to decide my case.

5. I have been asked to participate in interviews with government officials, including Homeland Security Investigation officers and the Guatemalan consulate, about my case and identity. My family in Guatemala has participated in interviews with the Guatemalan government. Even though I have cooperated, I have not been given any guarantee of safety or protection.

6. I came to the United States after experiencing abuse and neglect from my father and abuse from the father of my child. If I am sent back, I will not be able to live safely.

7. I understand that there is a prospect of release to a safe sponsor here in the United States, and I am hopeful that I may be placed with a trusted caregiver who can provide me with safety and stability.

8. I want to remain in the United States and continue to fight my case in Immigration Court and have a fair opportunity to be heard.

9. I respectfully ask the Court to allow me to remain in the United States while my case is pending and to protect me from being removed before I have had a full day in court.

Executed on August 29, 2025, in Los Angeles, California.

/s/H██████ L██ E██ C████

The above statement was read to me in the Spanish language by Juliana Durning, who is competent in English and Spanish to render such translation. I understand the content of the document and the statements herein are true and correct to the best of my knowledge.

/s/H████ L███ E███ C████ 

08/29/2025
Date

CERTIFICATE OF TRANSLATOR'S COMPETENCE

I, Juliana Durning, hereby certify that I am competent in written and oral Spanish and English, and that I have rendered an oral translation of the foregoing declaration from English to Spanish to the best my ability and skill to H█████ L███ E████ C███.

Juliana Durning

08/29/2025
Date

## DECLARATION OF T█████ A███████ C██████ P██████



I, T█████ A███ C███ P███ declare as follows:

1. I am now in the care of the shelter Trinity Youth Services in El Monte, California. I have been here since June 2025.

2. I was waiting to live in the state of Virginia with my sponsor, a friend of my father. My caseworker told me that everything was ready, and we were just waiting for a final decision.

3. Today I was told that the person in charge of making the decision needed more information, so I still can't go. I don't know what information is missing.

4. I am currently in proceedings in immigration court. I had my first hearing on August 27, 2025. My next hearing will be November 26, 2025. I want to continue with my process in immigration court and present my case before an immigration judge.

5. I am afraid of returning to Guatemala. I want the opportunity to stay here in the United States where I am safe. I want the U.S. government to respect my rights.

### DECLARATION OF T██████ A██████ C██████ P██████

Yo, T██ A██ C██ P██ declaro lo siguiente:

1. Ahora estoy en el cuidado del albergue Trinity Youth Services en El Monte, California. Estoy aquí desde junio del 2025.
2. Estaba esperando vivir en el estado de Virginia con mi patrocinador, un amigo de mi papá. Mi trabajadora me decía que todo estaba listo, y solo esperábamos una decisión final.
3. Hoy me dijeron la persona a cargo de hacer la decisión necesitaba más información, entonces todavía no puedo ir. No sé qué información falta.
4. Ahora estoy en un proceso en la corte de inmigración. Tuve mi primera audiencia el 27 de agosto de 2025. Mi próxima audiencia será el 26 de noviembre de 2025. Quiero seguir con mi proceso en la corte de inmigración y presentar mi caso antes un juez de inmigración.
5. Tengo miedo de regresar a Guatemala. Quiero la oportunidad de quedarme aquí en Estados Unidos donde estoy seguro. Quiero que el gobierno estadounidense respete mis derechos.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 8/29/2025

T▮▮ A▮ C▮ P▮

## CERTIFICATION OF ORAL TRANSLATION

I, Amy McMeeking, declare and say as follows:

I certify that I am competent to render oral translation in both the English and Spanish languages, that I simultaneously translated the applicant's oral declaration in Spanish onto paper and into English, to the best of my knowledge and ability, and I reviewed the declaration with T▮ A▮ C▮ P▮ who confirmed that he understood and verified the contents thereof prior to signing.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 08/29/2025

Amy McMeeking

Yo declaro bajo pena de perjurio que lo anterior es verdadero y correcto.

Fecha: __08|29|2025__



T███  A███  C██ P███

I declare under penalty of perjury that the foregoing is true and correct.

Date: ██/██/████

T████ A████ C██ P████████

## CERTIFICATE OF TRANSLATION

I, Amy McMeeking, declare under penalty of perjury that I am competent in both the Spanish and English languages. I have accurately and completely translated the relevant information in the attached document from Spanish into English.

Executed on August 29, 2025, in Los Angeles, California.

Amy McMeeking

**DECLARATION OF M██████ ██ F██████**

A██████ P██████ V██

I, M██████ F██ A██ P██ V██████, declare as follows:

1. I am now in the care of a foster care program located in Modesto, California but I live with a foster family in Fresno, California. I have been here since June 2025.

2. I am currently in proceedings in immigration court. I had my first hearing on July 31, 2025. My next hearing will be October 9, 2025. I want to continue with my process in immigration court and present my case before an immigration judge.

3. I am afraid of returning to Guatemala. I am preparing an asylum application with my legal team. I want the opportunity to stay here in the United States where I am safe. I want the U.S. government to respect my rights.

**DECLARACION OF M███████ F████**
**A███ P██████ V█████** 

Yo, M█████ F██ A██ P██ V████ declaro lo siguiente:

1. Ahora estoy en el cuidado de un programa de foster ubicada en Modesto, California, pero vivo con una familia foster en Fresno, California. Estoy aqui desde junio del 2025.

2. Ahora estoy en un proceso en la corte de inmigración. Tuve mi primera audiencia el 31 de julio de 2025. Mi próxima audiencia será el 9 de octubre de 2025. Quiero seguir con mi proceso en la corte de inmigración y presentar mi caso antes un juez de inmigración.

3. Tengo miedo de regresar a Guatemala. Estoy preparando mi solicitud para el asilo con mi equipo legal. Quiero la oportunidad de quedarme aqui en Estados Unidos donde estoy seguro. Quiero que el gobierno estadounidense respete mis derechos.

I declare under penalty of perjury that the foregoing is true and correct.

Date:                    ████████████████

                                    M████  F██  A██  F██  V████

<u>CERTIFICATION OF ORAL TRANSLATION</u>

I, Erin Maxwell, declare and say as follows:

I certify that I am competent to render oral translation in both the English and Spanish languages, that I simultaneously translated the applicant's oral declaration in Spanish onto paper and into English, to the best of my knowledge and ability, and I reviewed the declaration with M████ F██ A██ F██ V████, who confirmed that he understood and verified the contents thereof prior to signing.

I declare under penalty of perjury that the foregoing is true and correct.

Date:08/29/25

*Erin Maxwell*

Yo declaro bajo pena de perjurio que lo anterior es verdadero y correcto.

Fecha: 08/29/05



## CERTIFICATE OF TRANSLATION

I, Erin Maxwell, declare under penalty of perjury that I am competent in both the Spanish and English languages. I have accurately and completely translated the relevant information in the attached document from Spanish into English.

Executed on August 29, 2025, in Los Angeles, California.

Erin Maxwell

**DECLARATION OF L███ F█████████ M████████ M█████████**

I, L██ F█████ M████████ M███████, declare under penalty of perjury as follows:

1. My name is L██ F█████ M████████ M███████. I am 16 years old and originally from Guatemala.

2. I am currently detained in immigration custody in California.

3. My case has not been decided yet. I still have the right to continue fighting for protection. I have already filed my asylum application in June 2025 and have completed my biometrics. I am now just waiting for an asylum interview to be scheduled. I still have the right to continue fighting for protection.

4. I recently learned that I may be at risk of being removed from the United States before my case is fully heard. I am very afraid that I could be deported even though I am still waiting for the USCIS to decide my case.

5. I have participated in interviews with government officials, including HSI officers and my country's consulate, about my case and identity. Even though I have cooperated, I have not been given any guarantee of safety or protection.

6. I fear returning to Guatemala and being harmed. If I am sent back, I believe I will be in danger. I was already assaulted once with a knife.

7. I know I might be released to a safe sponsor here in the United States. I hope I can live with someone I trust who will keep me safe and give me stability.

8. I want to remain in the United States and continue to fight my case. I want the chance to present my claim for asylum and Special Immigrant Juvenile Status and to have a fair opportunity to be heard.

9. I respectfully ask the Court to allow me to remain in the United States while my case is pending and to protect me from being removed before I have had my full day in court.

//

//

//

//

//

Executed on 8, 29, 2025, at Los Angeles.

█████████

# CERTIFICATE OF TRANSLATION

I, <u>Cristel Martinez,</u> declare and say as follows:

I certify that I am competent to render such translation from Spanish into English. I certify that I have translated the oral declaration of L██ P███████ M████████ M█████████ from Spanish to English to the best of my knowledge and ability. I have reviewed the declaration in Spanish with L██ P███████ M████████ M█████████, who confirmed that he understood and verified the contents thereof prior to signing.

_____
Signature of Translator

_____
Cristel Martinez
Typed/Printed Name of Translator

_____
August 29, 2025
Date

_____
(213) 246-2197
Telephone Number of Translator

Address of Translator:
_____
13200 Crossroads Pkwy. N. Suite 115

_____
City of Industry, CA 91746

## MINOR CHILD CONSENT TO BE PLAINTIFF

CONSENT TO BE NAMED AS PLAINTIFF

I, _____ ,

Child's Full Name

Date of Birth: _____ 2008

Country of Citizenship: Guatemala

I understand that there is a legal case being filed in the United States to protect my rights. I agree to be named as a plaintiff in this case.

I understand that:

1. This case is being filed to protect me and my rights under U.S. law.

2. I am giving my consent freely and no one is forcing me.


I declare under penalty of perjury under the laws of the United States that the information I give here is true and correct.

Child's Signature: _____

Date: _8, 29, 2025_

## CERTIFICATE OF TRANSLATION

I, <u>Cristel Martinez,</u> declare and say as follows:

I certify that I am competent to render such translation from Spanish into English. I certify that I have translated the minor child's consent of L██ F██████ M████████ M███████ from Spanish to English to the best of my knowledge and ability. I have reviewed the minor child's consent in Spanish with L██ F██████ M███████ M███████, who confirmed that he understood and verified the contents thereof prior to signing.

_____
Signature of Translator

_____
Cristel Martinez
Typed/Printed Name of Translator

_____
August 29, 2025
Date

_____
(213) 246-2197
Telephone Number of Translator

Address of Translator:    _____
13200 Crossroads Pkwy. N. Suite 115

_____
City of Industry, CA 91746

### Declaration of G████ A██ B████ B████████

I swear under penalty of perjury that the following information is true and correct to the best of my knowledge and understanding.

1. My name is G████ A███ B████ B████. My immigrant number is A████████
2. I'm from Tejutla, Guatemala. My birthdate is ████████ 2007.
3. I currently reside at the Caminos West – Everstand shelter in Pennsylvania in the custody of the Office of Refugee Resettlement.
4. I left Guatemala in November 2024 for the United States. When I crossed the border, they sent me to a shelter for youth because I was 17 years old and I was alone.
5. I have attended one immigration hearing. I have another scheduled for October 8, 2025.
6. My parents were not able to care for me in Guatemala. I am going to pursue Special Immigrant Juvenile Status in the United States.
7. I have learned that the government intends to remove me to Guatemala in the coming days without letting me finish my process. I don't want to return to Guatemala. I want to continue with my legal process in the United States.

Juro bajo pena de perjurio que la siguiente información es verdadera y correcta a mi leal saber y entender.

1. Mi nombre es G████ A███ B███ B███ Mi numero de inmigrante es A████████
2. Soy de Tejutla, Guatemala. Mi fecha de nacimiento es el ████████ de 2007.
3. Resido actualmente en el albergue Caminos West – Everstand en Pennsylvania bajo la custodia de la oficina de reubicación de refugiados.
4. Sali de Guatemala en noviembre de 2024 para los Estados Unidos. Cuando cruce la frontera, me mandaron a un albergue para jóvenes porque tenía 17 años y estaba solo.
5. Yo he asistido una corte de inmigración. Tengo otra programada para el 8 de octubre 2025.
6. Mis papas no me podrían cuidar en Guatemala bien. Voy a buscar estatus de juvenil inmigrante especial en los estados unidos.
7. He aprendido que el gobierno tiene intención de regresarme a Guatemala en estos días sin dejarme terminar mi proceso. No quiero volver a Guatemala. Quiero seguir con mi proceso legal en los Estados Unidos.



G████ A██ B███ B███

August 30, 2025

**Certificate of Translation**

I, Laura Stump Kennedy, hereby swear and affirm that I am competent in both the Spanish and English languages and that I translated the foregoing declaration from English to Spanish to the best of my abilities.


Laura Stump Kennedy
(717) 802-4725
CWS Lancaster
308 E King St
Lancaster, PA 17602

August 30, 2025

**DECLARATION OF A██████ R████ M████ D████**

1. My name is A██████ R████ M████ D████. I am seventeen years old. I was born on October 12, 2007. I am from Guatemala. I arrived in the United States as an unaccompanied minor on December 23, 2024. I am currently in the custody of the Office of Refugee Resettlement and living at CC Harlingen in Harlingen, Texas.

2. On August 25, 2025, at 9:30 am, I received a visit from three agents with Homeland Security Investigations/Immigration and Customs Enforcement. The agents asked me about my mother and brother, including their full names, dates of birth, phone numbers, and addresses. I forgot my mother and my brother's date of birth. I gave them my mother's phone number, but not her address, because I didn't remember it. HSI asked me about my brother's address and phone number, but I didn't remember it. They seemed doubtful of me because I didn't give them this information. They seemed upset with me because I didn't answer all of their questions. They also asked me about the cost of the trip to the U.S. I didn't know how much it cost. They started speaking in English and I couldn't understand them.

3. I was scared that they would deport me if I didn't answer their questions. I felt pressured to answer their questions and I was scared that it could affect me if I didn't answer their questions. I did not feel I had a choice.

4. I have a court hearing scheduled for October 1, 2025, at the Harlingen Immigration Court. I want to be able to attend my court hearing and be able to present my case.

5. I do not wish to return to Guatemala. I wish to apply for status in the United States. I understand that I would not be able to do that if I returned to Guatemala.

6. I am afraid to go back to Guatemala because of the violence and the drug dealers in the country who threaten my safety. I do not wish to return to Guatemala because Guatemala is not safe for me.

This statement has been orally translated to me from English to Spanish, and I fully understand its contents. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Cameron County, State of Texas, on the __29__ day of August, 2025.

A████ R████ M███ D████

CERTIFICATE OF TRANSLATOR'S COMPETENCE

I, Jocelyne Torres, hereby certify that I am competent in written and oral Spanish and English, and that I have rendered an oral translation of the foregoing declaration from English to Spanish to the best my ability and skill to A███████ R████ M████ D████

_Jocelyne Torres_____                    _08/29/2025_____

Signature                                              Date

**Declaration of M█████ Y███ A█████ T█ C██████**

I, M█████ Y███ A█████ T█ C████, pursuant to 28 U.S.C. s.1746 declare as follows:

1. My name is M███d Y█████ A██████ T█l C████. I was born on ████████ 2009, and I am 16 years old. I am originally from Guatemala.

2. I am currently detained at the JCCA Long Term Foster Care in the Bronx, New York.

3. I came to the United States in around January 2023 to seek protection and opportunities for safety and stability.

4. I am afraid to return to Guatemala. I have a pending petition for asylum, form I-589, which I filed with the support of my attorney on January 8, 2024. I am currently awaiting an Asylum Office interview.

5. I should not be subject to deportation because I am no longer in removal proceedings and do not have any removal order against me. With the support of my attorney, I was able to have my case in Immigration Court dismissed around April 17, 2024.

6. I believe the government maybe me trying to deport me back to Guatemala. A few weeks ago, in August 2025, my parents, who live in Guatemala, told me that they received a strange phone call. The person told them that the U.S. government is planning to deport me with a larger group of Guatemalan minors. Since my parents told me this news, I feel terrible.

7. I was scared to learn from my case worker and lawyer that agents from the government were trying to interview me last Friday, August 29, 2025. We were ultimately able to cancel the interview.

8. I understand there is a possibility of release to a safe sponsor here in the United States, and I am hopeful that I may be placed with a trusted caregiver who can provide me with stability.

9. I am an honors student, and I am about to start the eleventh grade. I love my life here in the United States and I am deeply afraid of being deported. Since I have received the news of potentially being deported, I feel depressed and anxious.

10. I respectfully ask the Court to protect me from deportation and allow me to remain in the United States as my removal proceedings were dismissed, and as I am seeking humanitarian relief.

Executed on August 30, 2025, in New York, New York.



M█████ Y█████ A█████ T██ C█████

The above statement was read to me in the Spanish language by Selene Nafisi, who is competent in English and Spanish to render such translation. I understand the content of the document and the statements herein are true and correct to the best of my knowledge.



M███ Y████ A████ T█ C████                    Dated: 08/30/2025

### CERTIFICATE OF TRANSLATOR'S COMPETENCE

I, Selene Nafisi, hereby certify that I am competent in written and oral Spanish and English, and that I have rendered an oral translation of the foregoing declaration from English to Spanish to the best of my ability and skill to M████ Y███ A████ T██ C████.

_____                    Dated: 08/30/2025

Selene Nafisi

## DECLARATION OF LAUREN FISHER FLORES

I, Lauren Fisher Flores, pursuant to 28 U.S.C. § 1746, declare:

1. I am the Legal Director of the South Texas Pro Bono Asylum Representation Project (ProBAR), a project of the American Bar Association. ProBAR was founded in 1989 as a pro bono project to provide access to justice and due process to detained migrants and asylum seekers in the Rio Grande Valley region of South Texas. Today, ProBAR provides pro bono legal services to immigrant adults, children, and families with a specialized focus on detained unaccompanied children in the Rio Grande Valley. ProBAR provides legal services at 22 shelters for unaccompanied children in the Rio Grande Valley and Corpus Christi regions.

2. I have spent my career dedicated to the welfare of immigrant children. I have been in this field for the past 16 years and a practicing immigration attorney for the past 10 years. My work has focused on indigent children and families at the intersection of immigration law and child welfare. I am deeply familiar with the practices and processes of immigrant children detained in federal government custody.

3. I make this declaration based on personal knowledge and information made known to me in the course of my professional experience.

4. I am deeply concerned about the legal protections and safety of ProBAR's Guatemalan clients and prospective clients who have been designated as unaccompanied children and are in the custody of the Office of Refugee and Resettlement (ORR). To date, ProBAR has 14 Guatemalan clients in ORR custody in its region and approximately 94 prospective Guatemalan clients that ProBAR has not had the ability to retain yet. Of these 108 Guatemalan children, ProBAR has screened 95 for relief from removal.

5. Over the past weeks, enforcement and country inquiries have increased for Guatemalan children in ORR custody.

6. In the past week, Immigration and Customs Enforcement Homeland Security Investigations (HSI) visited 12 of the shelters we serve and interviewed children, many Guatemalan children. Some of the interviews included detailed questions about the situation in their home country. HSI did not provide any notice to ProBAR attorneys that their clients would be interviewed. In the cases where ProBAR staff learned about the interviews through the programs, they were often informed just before or as HSI officers arrived. Even when ProBAR's clients asked for their attorney to be present or declined to be interviewed, HSI officers interviewed them anyway. Today ProBAR received 30 minutes' notice from a third party that a Guatemalan child in one of ProBAR's facilities would be interviewed by HSI.

7. Over the past month, Guatemalan consulate officials have increased their visitation of Guatemalan children in ORR custody. As one example, a consulate official visited a client two times in the last week. The client has expressed her fear of returning to her home country.

8. For seven of ProBAR's clients, it appears that EOIR has removed their case from the dockets as the automated system now lists their court hearings as "no future hearing."

9.  On the evening of Friday, August 29, I became aware that 16 of the shelters we serve in South Texas are preparing to repatriate Guatemalan children in their custody—a total of 69 children. The shelter facilities are the following: Upbring Bokenkamp, Compass Connections Harlingen, Compass Connections Cameron, Compass Connections Driscoll, Compass Connections Henderson, Chicanos Por La Causa Magnolia House, Grace House Children's Shelter, Hands of Healing Casa Sunshine, Hands of Healing Casa Harlingen, Upbring New Hope, Sunny Glen Children's Home New Life Resiliency Center, Upbring LSSS- Corpus Christi Long Term Foster Care, Urban Strategies Refugio Alamo, Urban Strategies San Benito, and Vision Quest Jake Devonshire Center.

10. Based on my 10 years as an immigration attorney for children, I am concerned that these signs are all indicators of the imminent removal or repatriation of ProBAR's Guatemalan clients and prospective clients in ORR custody.


/s/ *Lauren Fisher Flores*                                  August 29, 2025

Signature                                                                   Date

www.theyoungcenter.org

Chicago, IL | Harlingen, TX | Houston, TX | Los Angeles, CA |
New York, NY | Phoenix, AZ | San Antonio, TX |
Washington, DC | Grand Rapids, MI| New Jersey |

**YOUNG CENTER** FOR IMMIGRANT CHILDREN'S RIGHTS

## DECLARATION OF FEDERALLY APPOINTED CHILD ADVOCATE ON BEHALF OF UNACCOMPANIED CHILD HANIA MICHELLE ORTIZ CEREN

I, Elizabeth Garcia, LMSW, declare under penalty of perjury the following:

1. My name is Elizabeth Garcia. On January 16, 2025, the Office of Refugee Resettlement (ORR) appointed me in my role as a Child Advocate at the Young Center for Immigrant Children's Rights to serve as the independent Child Advocate for seven-year-old Hania Michelle Ortiz Ceren pursuant to the William Wilberforce Trafficking Victims Protection Reauthorization Act (TVPRA)[1].

2. Pursuant to the TVPRA and federal regulations, the role of the independent Child Advocate is to assess the best interests of particularly vulnerable unaccompanied children, like Hania, and then develop determinations regarding their custody, placement, release, legal representation, relief from removal, and safe repatriation. Hania was referred for the appointment of a Child Advocate because of her young age, because her sponsor is undergoing a home study, and because her inability to make an independent decision.

3. Due to Hania's age, it is difficult for her to provide a formal declaration. I am providing this declaration in support of Hania's best interests in my role as her Child Advocate.

4. Hania is currently in care at the Bokenkamp Children's Shelter in Corpus Christi, Texas. To the best of my knowledge, she does not have a birth certificate.

5. Hania is currently in removal proceedings before the Houston immigration court. Her next Master Calendar hearing is October 2, 2025.

6. In light of recent news stories[2] indicating that the U.S. government has made plans to return Guatemalan children to their country of origin without the due process protections of immigration court, I am concerned that Hania may be unsafely and unlawfully returned to Guatemala.

7. Hania does not have a caregiver in Guatemala who is capable or willing to provide her with a safe a permanent home at this time. She previously lived with an adult

---

[1] 8 U.S.C. §1232(c)(6)(A) (2018). *See attached* Child Advocate Recommendation & Appointment Form.
[2] Alvarez, Priscilla, "Exclusive: Trump Administration plans to send hundreds of Guatemalan children in government custody back to home country," CNN, Aug. 29, 2025, available at:
https://www.cnn.com/2025/08/29/politics/migrant-kids-guatemala-immigration.



www.theyoungcenter.org

Chicago, IL | Harlingen, TX | Houston, TX | Los Angeles, CA |
New York, NY | Phoenix, AZ | San Antonio, TX |
Washington, DC | Grand Rapids, MI | New Jersey |

caregiver who mistreated her and has no known family members willing or able to care for her.

8. If repatriated to Guatemala, Hania's safety would be immediately compromised. She could be rendered homeless; she could be returned to an abusive, prior caregiver; or she could be placed in the custody of a government that may lack the capacity to meet her needs..

9. Hania's expressed wish is to live with the people she considers to be her parents, the people she calls "Mami Nohemi" and "Papi Wilber Arturo." Both have stepped forward to sponsor her release from federal custody, but due to ORR's recent and rapid changes in reunification requirements, Hania's reunification with them has been significantly delayed.

10. We believe it is in Hania's best interests to remain in the United States to continue in her immigration court proceedings with the due process protections of the law.

11. It is our determination that it is in Hania's best interests for this Court to ensure Hania remains in the United States while her immigration case is pending and to protect her from being removed before she is able to have her case fully adjudicated by immigration officials within U.S. Citizenship and Immigration Services (which adjudicates certain forms of immigration benefits such as asylum and Special Immigrant Juvenile Status) and/or the Executive Office of Immigration Review (home to the immigration courts). If Hania is ever ordered to leave the United States by an immigration judge, she should do so only after provisions are made under the TVPRA for her safe repatriation, including confirmation by her Child Advocate and attorney that she will have a safe, appropriate and permanent place to which she can return.

Respectfully,

*Elizabeth Garcia*

Elizabeth Garcia, LMSW
TVPRA Child Advocate

Executed on August 30, 2025, in Texas.