# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

L.G.M.L., et al.,

    *Plaintiffs*,

v.

KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security, et al,

    *Defendants*.

Case No. 25- 2942

## **PROPOSED ORDER**

Before the Court is Plaintiff's Emergency Motion for Temporary Restraining Order and accompanying exhibits. Considering the record before it and in order to preserve the status quo and prevent irreparable harm, the Court hereby **GRANTS** the Motion and orders Defendants to not transfer any Guatemalan unaccompanied children from the custody of the Office of Refugee Resettlement (ORR) to U.S. Immigration and Customs Enforcement (ICE) until a further order from this Court is issued.

_____

U.S. District Judge