UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| L.G.M.L., et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security, et al, <br><br> *Defendants*. | Case No. <u>25- 2942</u> |

**PLAINTIFFS' NOTICE TO THE COURT REGARDING ATTEMPTED SERVICE RELATED TO EMERGENCY MOTION FOR TRO**

Pursuant to F.R.C.P. 65, counsel for Plaintiffs have attempted to contact Defendants via the Department of Justice. Specifically, counsel for Plaintiffs emailed DOJ attorneys Kartik Venguswamy, Milton Pettus, Alicia Dupree, and Ernesto H. Molina. See Exhibit 1.

Additional, counsel for Plaintiffs contacted the email address provided on the ORR notification, seeking to stop the removal of Guatemalan children in South Texas shelters (ORRGuatemalaReunification@acf.hhs.gov), but we have not obtained a response at the time of filing.

In the time after Plaintiff's filed their Emergency Motion for a TRO, Dkt. No. 2, ORR shelters in South Texas have been notified to prepare Guatemalan children in their custody for discharge. See Exhibit 2, email notification to ORR. Upon information and belief, ICE agents and their contractors have started attempting to pick up Guatemalan unaccompanied children

from shelters in South Texas to transport them to the airport for potential removal from the United States as soon as the early morning of Sunday, August 31, 2025.

Dated: August 31, 2025

Respectfully submitted,

/s/ Hilda Bonilla

Hilda Bonilla (D.C. Bar No. 90023968)
Efren C. Olivares*
Lynn Damiano Pearson*
Kevin Siegel*
NATIONAL IMMIGRATION LAW CENTER
1101 14th Street, Suite 410
Washington, D.C. 20005
Tel: (213) 639-3900
Fax: (213) 639-3911
bonilla@nilc.org
olivares@nilc.org
damianopearson@nilc.org
siegel@nilc.org


*Counsel for Plaintiffs*
*\*Pro Hac Vice application forthcoming*

## CERTIFICATE OF SERVICE

I, <u>Hilda Bonilla</u>, certify that a true and correct copy of this Request for Emergency Temporary Restraining Orders was filed via the Court's CM/ECF filing system and will be served on all Defendants in accordance with the Federal Rules of Civil Procedure.

     */s/ Hilda Bonilla*

Hilda Bonilla
Attorney for Plaintiffs