Outlook

## Emergency Motion to TRO 1:25-cv-2492 DDC

| | |
|---|---|
| From | Efrén C Olivares <olivares@nilc.org> |
| Date | Sun 8/31/2025 2:18 AM |
| To | kartik.venguswamy@usdoj.gov <kartik.venguswamy@usdoj.gov>; caseview.ecf@usdoj.gov <caseview.ecf@usdoj.gov>; milton.pettus@usdoj.gov <milton.pettus@usdoj.gov>; alicia.dupree@usdoj.gov <alicia.dupree@usdoj.gov>; ernesto.h.molina@usdoj.gov <ernesto.h.molina@usdoj.gov>; ORRGuatemalaReunification@acf.hhs.gov <ORRGuatemalaReunification@acf.hhs.gov> |
| Cc | Lynn Damiano Pearson <damianopearson@nilc.org>; Hilda Bonilla <bonilla@nilc.org>; Kevin Siegel <siegel@nilc.org> |

📎 4 attachments (5 MB)
2-2_Declarations.pdf; 2-1_List of Exhibits.pdf; 2. TRO.pdf; 25 CV 2942 LGML v ICE Complaint.pdf;


Dear Counsel,

We filed the attached complaint and emergency motion for a TRO in DC District Court in the last hour seeking an emergency order to prevent the removal of unaccompanied Guatemalan children from ORR custody and potentially the United States. We intend to serve all Defendants as soon as possible, but given the nature of this emergency, I am hereby serving these documents electronically in a good faith effort to reach someone at the Department of Justice to address this emergency before irreparable harm occurs. Please contact me at 956-212-4963 at your earliest convenience.

I have also copied the ORR email address responsible for the removal of Guatemalan children, as we understand flights are scheduled to leave Texas in the next few hours. Thank you.

**Efrén C. Olivares**

Vice President, Litigation & Legal Strategy

He/him/él

olivares@nilc.org | O: 213.674.2817

www.nilc.org



*This message may be confidential and protected from disclosure by law. If you are not the intended recipient of this message, please let me know immediately and do not forward, distribute, or copy this message. Admitted to practice in Texas and Georgia. Practice limited to federal and immigration courts.*