**Outlook**

## Fwd: Fw: [EXTERNAL] IMMEDIATE ATTN: DISCHARGES

| | |
|---|---|
| **From** | J████████████████████████████████ |
| **Date** | Sat 8/30/2025 11:23 PM |
| **To** | Efrén C Olivares <olivares@nilc.org> |

🔗 1 attachment (28 KB)
Notice to Attorneys of Record.docx;

> External (jonathan.ryan@advokato.org)
>
> Report This Email   Protection by Live Oak

**From:** ORR Guatemala Reunification (ACF) <orrguatemalareunification@acf.hhs.gov>
**Sent:** Saturday, August 30, 2025 10:45 PM
**Cc:** ORR Guatemala Reunification (ACF) <orrguatemalareunification@acf.hhs.gov>
**Subject:** [EXTERNAL] IMMEDIATE ATTN: DISCHARGES

> Some people who received this message don't often get email from orrguatemalareunification@acf.hhs.gov. Learn why this is important

**[WARNING: This email was sent from an external email address. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe. Never give out your user ID or password.]**

ORR Provider,

You are receiving this notification as you may have children in your program that have been identified for reunification with their parents and or legal guardians via the Government of their country of origin. ORR Care Providers must take proactive measures to ensure UAC are prepared for discharge **within 2 hours** (**or 4 hours for children in a foster care program)** of receiving this notification.

ORR will provide notification to the Legal Service Provider contractor via the attached draft notice. Care Providers must utilize the attached draft notice to immediately provide notice to the Attorneys of Record and Child Advocates (if one has been appointed) of the identified children.

Specifically, the UAC must be travel-ready and must have the following:

1. **Identification and Documentation**: The UAC possesses all necessary personal identification and travel documentation.
2. **Personal Belongings**: The UAC's personal belongings must be organized and ready for travel, adhering to one suitcase (40 lb. maximum) limit per child.
3. **Medication**: The UAC must have access to prescriptions and a 30-day supply of any required medications.
4. **Food**: The UAC must have two prepared sack lunches (nut free) ready for discharge.

**Please alert ORR immediately by contacting the** ORRGuatemalaReunification@acf.hhs.gov **if a child identified for reunification is not medically cleared for travel due to a documented medical condition.  It is ORR's protocol to keep family groups together, please help us adhere to this requirement. If you are concerned about our ability to adhere to the protocol please notify ORR at** ORRGuatemalaReunification@acf.hhs.gov.

ORR Care Providers must ensure the child's safety and well-being throughout this process, ensuring all preparations comply with ORR guidance and policies.

**Discharge Procedures**

Follow normal discharge procedures under ORR Policy Section 2.8, as applicable, with the following requirements:

1. Release Request is not required for this type of discharge.
2. When completing the Discharge Notification Form (DNF), select the discharge type: "Other."
3. In the "Proof of Relationship" text box within the DNF, enter the following: *Program received confirmation from ORR that it is proceeding with plan for reunification per diplomatic note from the Government of Guatemala.*
4. Complete all discharge paperwork before custody is transferred to DHS.

Please review these instructions with your staff to ensure prompt implementation.  Contact ORRGuatemalaReunification@acf.hhs.gov with any questions or concerns regarding the discharge process. **If there are any attempts to disrupt the discharge of UAC in the care and custody of ORR, please contact local law enforcement immediately and contact ORRGuatemalaReunification@acf.hhs.gov.** Attorneys or others who do not have an L-3, G-28, or other proof of representation of an individual child may not prevent ORR from seeking to discharge UAC from custody.

Thank you,

Unaccompanied Alien Children Bureau

Office of Refugee Resettlement

ORR Guatemala Reunification
Office of Refugee Resettlement

orrguatemalareunification@acf.hhs.gov

CONFIDENTIALITY NOTICE: The information contained in this e-mail message, including any attachments, is for OFFICIAL USE ONLY (FOUO) and is for the sole use of the intended recipient(s). Furthermore, this e-mail and its attachments, if any, may contain GOVERNMENT SENSITIVE material and is therefore, privileged, and confidential. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please notify the sender by reply e-mail and delete the original message and all copies from your computer.

**IMMEDIATE ATTN: REUNIFICATION OF UNACCOMPANIED CHILDREN**

**NOTICE TO ATTORNEYS OF RECORD**

You are receiving this notice as the attorney of record for <mark>[UAC Name]</mark>.

The Government of Guatemala has requested the return of certain unaccompanied alien children in federal custody for the purposes of reunifying the UAC with suitable family members. The United States Government is determined to honor this request, and to that end ORR is cooperating with interagency partners at the Department of Homeland Security and the Department of Justice/Executive Office for Immigration Review to reunify UAC who meet the following parameters with their parent(s) in Guatemala, under ORR's authority at 6 U.S.C. 279(b)(1)(H):

- Child is a national of Guatemala;
- Child does not have a parent or legal guardian in the United States who is sponsoring the child;
- Child has a parent or legal guardian in Guatemala;
- Child does not have credible fear claim or a pending asylum case;
- ORR is assured the child will not be trafficked upon their return;
- Child is medically cleared for travel;
- Child does not have indications of being a victim of trafficking; and
- Child does not have indications of child abuse/neglect perpetrated by a parent/legal guardian.

ORR has conducted an evaluation and determined that <mark>[UAC Name]</mark> has been identified as meeting the above criteria as of the time of this note.

<u>For children for whom an NTA has been filed with an Immigration Court.</u>

This communication is provided as advance notice that removal proceedings may be dismissed to support the prompt repatriation of the child. As a reminder, ORR is not a party to the immigration proceedings of the child and is unable to confirm the possible outcome of individual removal proceedings.

ORR expects repatriation travel to begin on Sunday, August 31, 2025.

If you have reason to suspect that your client does not meet the above criteria, please contact ORR at ORRGuatemalaReunification@acf.hhs.gov and let the ICE Chief Counsel's Office know as soon as possible.