IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| L.G.M.L., *et al.*,<br><br>      Plaintiffs,<br><br>      v.<br><br>NOEM, *et al.*,<br><br>      Defendants. | Case No. 1:25-cv-002942 |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF
EFRÉN C. OLIVARES PRO HAC VICE**

UPON CONSIDERATION of the Motion for Admission *Pro Hac Vice* of Efrén C. Olivares, together with the papers submitted in support thereof, the Court HEREBY ORDERS:

The Motion for Admission *Pro Hac Vice* of Efrén C. Olivares is GRANTED, and Efrén C. Olivares is admitted *pro hac vice* to the United States District Court for the District of Columbia in the above-captioned case.

It is SO ORDERED this _____ day of _____, 2025.

_____
United States District Judge