IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| L.G.M.L., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>NOEM, *et al.*<br><br>    Defendants. | Case No. 1:25-cv-02942 |

# [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

This matter came before the Court on the motion of the Plaintiffs for class certification. Having considered the motion, the memorandum in support, and the record in this case, and having otherwise been fully advised, the Court finds that there is good cause to GRANT Plaintiffs' motion and hereby ORDERS as follows:

1. The Requirements of Federal Rules of Civil Procedure 23(a) and 23(b)(2) are satisfied, including that.

    a. The Class is so numerous that joinder of all members is impracticable;

    b. There are multiple questions of law and fact common to the Class;

    c. The claims and defenses of the representative parties are typical of the claims and defenses of the Class;

    d. The representative parties will fairly and adequately protect the interests of the Class.

    e.   The party opposing the Class has acted or refused to act on grounds that apply generally to the Class, so that final injunctive relief or corresponding declaratory relief is appropriate respecting the Class as a whole.

2. The case is certified as a class action on behalf of all Guatemalan unaccompanied minors in ORR custody who are not subject to an executable final order of removal;

3. Plaintiffs L.G.M.L, L.M.R.S, M.O.C.G., H.L.E.C, T.A.C.P., M.F.A.P.V., L.F.M.M, G.A.B.B., A.R.M.D., and M.Y.A.T.C., are appointed as Class Representatives.

4. Plaintiffs' counsel from the National Immigration Law Center are hereby appointed as counsel for the Plaintiff Class.

IT IS SO ORDERED, this _____ day of _____, 2025

 

_____
The Honorable Sparkle Sooknanan
United States District Judge