DREW C. ENSIGN
*Deputy Assistant Attorney General*
U.S. Department of Justice
Office of Immigration Litigation
950 Pennsylvania Avenue NW
Washington, DC 20044

Counsel for Defendants

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| L.G.M.L.,, <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*, <br><br> Defendants. | Civil Action No. 1:25-cv-02942 <br><br> Hon. Sparkle L. Sooknanan |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Drew C. Ensign, Deputy Assistant Attorney General, is appearing for the Respondents in the above-captioned matter.

In addition to the other individuals listed in the CM/ECF mailing system, please send the undersigned all further pleadings, papers, and notices, which must be sent to any party in this case.

//
//
//

Respectfully submitted this August 31, 2025.

                     *s/ Drew C. Ensign*
                     DREW C. ENSIGN
                     Deputy Assistant Attorney General
                     Civil Division, Office of Immigration Litigation
                     950 Pennsylvania Avenue, NW
                     Washington, DC 20530
                     Telephone: (202) 514-2000
                     Email: drew.c.ensign@usdoj.gov