DREW C. ENSIGN
*Deputy Assistant Attorney General*
U.S. Department of Justice
Office of Immigration Litigation
950 Pennsylvania Avenue NW
Washington, DC 20044

Counsel for Defendants

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| L.G.M.L.,, <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*, <br><br> Defendants. | Civil Action No. 1:25-cv-02942 <br><br> Hon. Sparkle L. Sooknanan |

**STATUS REPORT AND RESPONSE TO ORDER TO SHOW CAUSE**

## STATUS REPORT AND RESPONSE TO ORDER TO SHOW CAUSE

Defendants hereby provide notice that all of the class members that were on planes today have been deplaned and are in the process of being returned to ORR custody. Defendants will provide an additional update once that transfer to ORR custody has been completed and confirmed, which Defendants expect will occur today.

Because Defendants had not yet entered an appearance, they had not received notice of this Court's order requiring a status report by 4:00pm and thus were not aware of it. Defendants have now entered an appearance and will respond to any additional court orders.

Respectfully submitted this August 31, 2025.

*s/ Drew C. Ensign*
DREW C. ENSIGN
Deputy Assistant Attorney General
Civil Division, Office of Immigration Litigation
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 514-2000
Email: drew.c.ensign@usdoj.gov