DREW C. ENSIGN
*Deputy Assistant Attorney General*
U.S. Department of Justice
Office of Immigration Litigation
950 Pennsylvania Avenue NW
Washington, DC 20044

Counsel for Defendants

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| L.G.M.L.,, <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*, <br><br> Defendants. | Civil Action No. 1:25-cv-02942 <br><br> Hon. Sparkle L. Sooknanan |

**SECOND STATUS REPORT**

## SECOND STATUS REPORT

Defendants hereby provide notice that the return of the minor putative class members is partially complete and is expected to be completed by approximately 10:30pm. Of the putative class members at issue:

- 16 have been returned to ORR custody;
- 56 are expected to be returned to ORR custody in the next hour; and
- 4 are expected to be returned to ORR custody by approximately 10:30pm.

Respectfully submitted this August 31, 2025.

*s/ Drew C. Ensign*
DREW C. ENSIGN
Deputy Assistant Attorney General
Civil Division, Office of Immigration Litigation
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 514-2000
Email: drew.c.ensign@usdoj.gov