DREW C. ENSIGN
*Deputy Assistant Attorney General*
U.S. Department of Justice
Office of Immigration Litigation
950 Pennsylvania Avenue NW
Washington, DC 20044

Counsel for Defendants

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| L.G.M.L.,, <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*, <br><br> Defendants. | Civil Action No. 1:25-cv-02942 <br><br> Hon. Sparkle L. Sooknanan |

**THIRD STATUS REPORT**

## THIRD STATUS REPORT

Defendants hereby provide notice that all but four of the putative class members have been returned to ORR custody. Transfer of the remaining four minors is expected to be completed at approximately 11:00pm EDT.

In addition, one minor that is likely a member of the putative class, who was not placed on the planes at issue today, was issued a voluntary departure order and is expected to be placed in ORR custody sometime tomorrow.

Respectfully submitted this August 31, 2025.

*s/ Drew C. Ensign*
DREW C. ENSIGN
Deputy Assistant Attorney General
Civil Division, Office of Immigration Litigation
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 514-2000
Email: drew.c.ensign@usdoj.gov