DREW C. ENSIGN
*Deputy Assistant Attorney General*
U.S. Department of Justice
Office of Immigration Litigation
950 Pennsylvania Avenue NW
Washington, DC 20044

Counsel for Defendants

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| L.G.M.L.,, <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*, <br><br> Defendants. | Civil Action No. 1:25-cv-02942 <br><br> Hon. Sparkle L. Sooknanan |

## FOURTH STATUS REPORT

## FOURTH STATUS REPORT

Defendants hereby provide notice that three of the four minor aliens that discussed in their third status report have now been returned to ORR custody. The final minor alien of those four is expected to be returned to ORR custody in approximately three hours.

Defendants will file an additional status report tomorrow after that minor alien is returned to ORR custody and the other minor alien discussed in the third status report is placed in ORR custody. Defendants are not aware of any other putative class members that have not been returned to ORR custody.

Respectfully submitted this August 31, 2025.

*s/ Drew C. Ensign*
DREW C. ENSIGN
Deputy Assistant Attorney General
Civil Division, Office of Immigration Litigation
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 514-2000
Email: drew.c.ensign@usdoj.gov