DREW C. ENSIGN
*Deputy Assistant Attorney General*
U.S. Department of Justice
Office of Immigration Litigation
950 Pennsylvania Avenue NW
Washington, DC 20044

Counsel for Defendants

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| L.G.M.L.,, <br><br>         Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*, <br><br>         Defendants. | Civil Action No. 1:25-cv-02942 <br><br> Hon. Sparkle L. Sooknanan |

## FIFTH STATUS REPORT

## FIFTH STATUS REPORT

Defendants hereby provide notice that that final minor alien of the four mentioned in the fourth status report was returned to ORR custody at approximately 1:30am EDT. The other alien mentioned in the fourth status report was also placed in ORR custody today.

Defendants are not aware of any other putative class members that have not been returned to ORR custody.

Respectfully submitted this September 1, 2025.

*s/ Drew C. Ensign*
DREW C. ENSIGN
Deputy Assistant Attorney General
Civil Division, Office of Immigration Litigation
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 514-2000
Email: drew.c.ensign@usdoj.gov