IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| L.G.M.L., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NOEM, *et al.* <br><br> Defendants. | Case No. 1:25-cv-02942 <br><br> Hon. Sparkle L. Sooknanan |

## STATUS REPORT

Since yesterday afternoon's hearing before the Court, Plaintiffs have been in contact with Texas-based legal service providers to confirm Defendants' representations regarding the deplaning of putative class members and their return to ORR custody. Plaintiffs' counsel apologize for their delay in providing an update to the Court during this dynamic situation. Plaintiffs' counsel inadvertently overlooked that the Court's 5:19 pm minute order also requested a status report from Plaintiffs since all putative class members are in the custody of Defendants. It is Plaintiffs' understanding that, at this time, all putative class members transported from ORR facilities have been deplaned and returned to ORR custody.

Dated: September 1, 2025

Respectfully submitted,

/s/ Hilda Bonilla

Hilda Bonilla (D.C. Bar No. 90023968)
Efrén Olivares*
Lynn Damiano Pearson**
Kevin Siegel**
NATIONAL IMMIGRATION LAW CENTER

1101 14th Street, Suite 410
Washington, D.C. 20043
Tel: (213) 639-3900
Fax: (213) 639-3911
bonilla@nilc.org
olivares@nilc.org
damianopearson@nilc.org
siegel@nilc.org


*Counsel for Plaintiffs*
*\*Admitted pro hac vice*
*\*\*Pro hac vice application forthcoming*