IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| L.G.M.L., *et al.*,<br><br>      Plaintiffs,<br><br>      v.<br><br>NOEM, *et al.*<br><br>      Defendants. | Case No. 1:25-cv-02942-SLS |

PLAINTIFFS' PARTIALLY UNOPPOSED MOTION
TO MODIFY PRELIMINARY INJUNCTION BRIEFING SCHEDULE

Plaintiffs, by and through undersigned counsel, respectfully move the Court to modify the briefing schedule for Plaintiffs' Motion for Preliminary Injunction (Minute Order, Aug. 31, 2025, 9:11 pm). Plaintiffs propose that the deadlines for each submission be pushed forward by 18 hours. Counsel for Plaintiffs have consulted with counsel for Defendants, who have consented to the extension of the deadlines for Plaintiffs' motion and for Defendants' opposition.

The new proposed deadlines are as follows:

- **Plaintiffs' Motion for preliminary injunction and memorandum of law in support: Wednesday, September 3, 2025, at 6:00 pm ET;**
- **Defendants' Opposition: Saturday, September 6, 2025, at 6:00 pm ET;**
- **Plaintiffs' Reply: Tuesday, September 9, 2025, at 6:00 pm ET.**

This Court may extend an existing deadline on a showing of good cause, Fed. R. Civ. P. 6(b)(1)(A), and good cause generally exists where there is a "valid reason for [ ] delay," *Mann v. Castiel*, 681 F.3d 368, 375 (D.C. Cir. 2012). Good cause exists for the brief extension because in this rapidly-changing situation, Plaintiffs require several additional hours to gather information from legal service providers and advocates serving named Plaintiffs and other putative class

members. This is Plaintiffs' first request for an extension, and it is sought for good cause and not for the purpose of delay. Because Defendants consent to this motion in part, the modified briefing schedule would not prejudice them.

Plaintiffs do not request any modification to the class certification briefing schedule.

## LOCAL RULE 7(m) CONFERRAL

Undersigned counsel certifies that counsel conferred with Defendants' counsel via e-mail exchanges on September 2, 2025, and that counsel for all parties consented to the extension of the deadline for Plaintiffs' motion and for Defendants' opposition.

Plaintiffs' counsel have also asked Defendants via email if they also consent to the extension of the deadline for Plaintiffs' reply by the same number of hours. Plaintiffs have not received a response as of filing. In the interest of time and since Plaintiffs seek to extend the deadlines for all submissions by the same time, Plaintiffs file this motion with partial consent.

Dated: September 2, 2025

Respectfully submitted,

/s/ Efrén Olivares

Efrén Olivares*
Hilda Bonilla (D.C. Bar No. 90023968)
Lynn Damiano Pearson**
Kevin Siegel**
NATIONAL IMMIGRATION LAW CENTER
1121 14th Street, Suite 200
Washington, D.C. 20005
Tel: (213) 639-3900
Fax: (213) 639-3911
bonilla@nilc.org
olivares@nilc.org
damianopearson@nilc.org
siegel@nilc.org

*Counsel for Plaintiffs*
*\*Admitted pro hac vice*
*\*\*Pro hac vice application forthcoming*

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                                               */s/ Efrén Olivares*
                                                               Efrén Olivares
                                                               Attorney for Plaintiffs