# EXHIBIT F

DECLARATION OF D████ I███ R███████

I, D████ I███ R████████, declare under penalty of perjury the following:

1. My name is D████ I███ R████████. I am seventeen years old and I am originally from Guatemala.

2. I came to the United States in 2024, and the U.S. Department of Homeland Security designated me as an Unaccompanied Non-Citizen Child. I am currently detained under the care of the Office of Refugee Resettlement at the Abbott House Long-Term Foster Care Program in Bronx, New York.

3. I am in removal proceedings before the Immigration Court. In April 2025 my proceedings were administratively closed; my case has not yet been decided, and I still have the right to continue fighting for protection.

4. I recently learned that I may be at risk of being removed from the United States before my case is fully heard. I am very afraid that I could be deported even though I am still waiting for the Court to decide my case.

5. In early 2024, I submitted a TVPRA Application for Asylum and Withholding of Removal with the United States Citizenship and Immigration Service (USCIS). On June 12, 2025, I was interviewed by USCIS about my application. I am still waiting to find out whether USCIS will approve my application or if USCIS will send it to an Immigration Court for a judge to decide.

6. I am terrified of having to return to Guatemala because of the many terrible things that happened to me there, and because there is no one there who can care for me and keep me safe. Also, I am certain that people there who hurt me and threatened to kill me before will once again hurt me and will carry out their threats to kill me. The Guatemalan police and government will not protect me.

7. I am afraid of the Guatemalan government. Before I left Guatemala, a judge put me in a shelter for boys whose families severely mistreated them. This was supposed to protect me. However, living in that government shelter was horrific. For close to one year, staff members subjected me to many kinds of physical abuse on an almost daily basis, and also sexually abused me.

8. I want to remain in the United States and continue to fight my case in Immigration Court. I want the chance to have my claim for asylum, withholding of removal, and protection under the Convention Against Torture fully and fairly decided.

9. I respectfully ask the Court to allow me to remain in the United States while my case is pending and to protect me from being removed before I have had a full day in court.

Executed on September 2, 2025 in New York, New York

The above statement was read to me in Spanish by Tonya Putnam, who is competent in English and Spanish to render such translation. I understand the content of the document and the statements herein are trust and correct to the best of my knowledge.

_____          9/2/2025
                                 _____
                                 Date

CERTIFICATE OF TRANSLATOR'S COMPETENCE

I, Tonya Putnam, hereby certify that I am competent in written and oral Spanish and English, and that I have rendered an oral translation of the foregoing declaration from English to Spanish to the best of my ability and skill to D█████ I███ R█████.

_____          9/2/2025
Name                             Date