# EXHIBIT H

**DECLARATION OF E▮▮▮ M▮▮▮▮▮ V▮▮▮▮ M▮▮▮▮**

I, E▮▮ M▮▮▮ V▮ M▮▮▮, declare under penalty of perjury that:

1. My name is E▮▮ M▮▮ V▮ M▮▮▮. I was born on ▮▮▮▮, 2009, in Guatemala.
2. I currently live under the custody of the Office of Refugee Resettlement, and I live in a program called JCCA Long Term Foster Care in the Bronx, NY.
3. I have a deportation case before the Immigration Court in New York, NY. I still have hearings before the Immigration Court for my case, so I am fighting for protection against being deported to Guatemala.
4. I learned recently that the government might try to deport me before I have gotten a chance to defend myself in my deportation case with the Immigration Court.
5. I do not want to be deported.
6. I am afraid to return to Guatemala. My parents did not take care of me like they should have when I was in Guatemala; I do not believe my parents would be able to take care of me if I have to return.
7. My attorney is helping me seek protection from the harm I suffered at the hands of my parents in Family Court.
8. I ask that this Court allow me to stay safely in the United States while I work with my attorneys to continue with my cases before the Family Court and Immigration Court.

Executed on September 2, 2025, in Bronx, New York.

The above statement was read to me in the Spanish language by Laura Catherine McCrary-Lehrer, who is competent in English and Spanish to render such translation. I understand the content of the document and the statements herein are true and correct to the best of my knowledge.

████████████████████████████████        09/02/2025
Signature                                Date

CERTIFICATE OF TRANSLATOR'S COMPETENCE

I, Laura Catherine McCrary-Lehrer, hereby certify that I am competent in written and oral Spanish and English and that I have rendered an oral translation of the foregoing declaration from English to Spanish to the best of my ability and skill to E███ M███ V███ M███.

_Laura Catherine McCrary-Lehrer_      09/02/2025

Laura Catherine McCrary-Lehrer      Date