# EXHIBIT I

**DECLARATION OF S███████████ C███████**

I, S███████████ C████, under penalty of perjury pursuant to 28 U.S.C. § 1746, do hereby state and declare:

1. My name is S███████████ C█████. I was born on ████████, 2010, in ████████████ Guatemala, and I am Chuj, an indigenous group in Guatemala.

2. I entered the United States around January 25, 2025, and I am currently under the care of ████████████████████████████████, a grantee of the Office of Refugee Resettlement ("ORR"). This organization operates a long-term foster care program for ORR, and as part of that program, I live with a foster family in Connecticut.

3. Before coming to the United States, I lived in █████████████████, Guatemala. My mother died when I was around 12 years old. Before my mother died, I stopped attending school to care for her fulltime. After she died, I lived with my father and stepmother and did not return to school. Instead, I had to work in the fields and do housework even though I wanted to go to school. My stepmother treated me differently than her kids, and I did not feel comfortable at home.

4. I fled to the U.S. on my own without a parent, and I am afraid to go back to Guatemala because there is a problem of gangs kidnapping girls my age and forcing them to be their girlfriends. I am afraid that will happen to me. There is no one who can care for me or protect me if I am forced to return to Guatemala. Because I am Chuj, I don't think the government will help me if I need it. I feel safe and cared for here in the United States.

5. Around a week and a half ago, some immigration agents came to ask me questions at the foster care program. The agents asked me if I have any family in my home country, and if I talk to my parents. The agents did not ask me if I was afraid to go back to Guatemala, if I have ever been forced to work, if I can go back to live with my father, or what would happen to me if I had to go back to Guatemala. I felt very anxious during the interview. I had never met the officers before and did not understand why they were asking me the questions they did or what they would do with the information.

6. I have an upcoming immigration hearing on September 4, 2025. My attorney is going to talk to the judge about my case and the protection I am in the process of applying for to ask for permission to stay in the United States.

7. I want to stay in the United States. I do not want to go back to Guatemala because I would not be safe there.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on: _____September 2, 2025_____ at ███████, Connecticut

**Signed by:** 

## Certificate of Interpretation

I, **Dariela Garcia Cantillo, do** hereby state and declare, under **pains and penalties of perjury, that I am competent** in the English and Spanish languages, that I have **read the foregoing English version of the** declaration to the declarant in its entirety in Spanish, **a language in which she is** competent, and that the declarant attested to its veracity prior to signing.

Dariela Garcia Cantillo

09/02/2025 .
Date