# EXHIBIT J

## Declaration of J███ A███ I████ T████

I swear under penalty of perjury that the following information is true and correct to the best of my knowledge and understanding.

1. My name is J███ A███ I████ T████. My immigrant number is A███████.
2. I am from Toto, Guatemala. My date of birth is ██████████, 2007.
3. Currently I am residing at Caminos West – Everstand in Pennsylvania under the custody of the Office of Refugee Resettlement.
4. I left Guatemala in April of 2025 to go to the United States. When I crossed the border, I was taken to a shelter for minors because I was 17 years old and I was on my own.
5. I have attended two immigration hearings. I have another hearing scheduled for September 19, 2025.
6. I am going to apply for special immigrant juvenile status and asylum.
7. Since I was little in Guatemala I have suffered from physical and emotional abuse from both of my parents. I am receiving mental health care here in the shelter.
8. My parents would say ugly things to me like, 'why was I born, that I have ruined their lives and why I was always in their way.' They hit me with a belt, with their hands and with sticks, and sometimes I would bleed.
9. I fear that if I were to return to Guatemala my life would end.
10. This is the reason why I do not want to return to Guatemala, and I wish to continue my legal process here in the United States.
11. I don't have any other family in Guatemala who I would live with.

Juro bajo pena de perjurio que la siguiente información es verdadera y correcta a mi leal saber y entender.

1. Mi nombre es J███ A███ I████ T████. Mi número de extranjero es A███████.
2. Yo soy de Toto, Guatemala. Mi fecha de nacimiento es ██████████ del 2007.
3. Actualmente mi residencia es en el albergue Caminos West – Everstand en Pensilvania en custodia de la Oficina de Reubicación de Refugio.
4. Yo salí de Guatemala en abril del 2025 para los Estados Unidos. Cuando yo cruce la frontera, me mandaron a un albergue para jóvenes porque yo tenía 17 años e yo estaba solo.
5. Yo ya he asistido dos audiencias de inmigración. Tengo otro programados para el 19 de septiembre 2025.
6. Voy a procesar una aplicación del estatus de juvenil inmigrante especial y asilo.
7. Desde pequeño en Guatemala yo he sufrido por danos de abuso fisca y verbal por ambos padres. Actualmente estoy recibiendo cuidado de salud mental aquí en el albergue.
8. Mis papas me decían cosas feas como, 'porque nací, arruiné sus vidas y que yo era un estorbo para ellos.' Me pegaban con un cincho, con las manos y con palos y a veces me salía sangre.

9.  Yo tengo miedo de que si regreso a Guatemala allí terminara mi vida.

10. Por esta razón yo no quiero regresar a Guatemala y deseo continuar con mi proceso legal aquí en los Estados Unidos.

11. Yo no tengo más familia en Guatemala con quien pudiera convivir.



September 2, 2025

**Certificate of Translation**

I, Yvonne Badilla, hereby swear and affirm that I am competent in both the Spanish and English languages and that I translated the foregoing declaration from Spanish to English to the best of my abilities.

September 2, 2025

_____
Yvonne Badilla
(717) 701-2857
CWS Lancaster
308 E King St
Lancaster, PA 17602