# EXHIBIT K

2 de Septiembre de 2025

Mi nombre es ███ A███ M███ y mi numero A es ████████ y mi fecha de nacimiento es ████████ 2008. Tengo miedo de regresar a Guatemala porque mi vida corre peligro alla. Mi padre esta muerto y mi madre no quiere que yo regrese.

&

September 2, 2025
My name is ███ A███ M███ and my A number is ████████ and my birth date is ████████, 2008. I am afraid to return to Guatemala by life is in danger there. My father is dead and my mother does not want me to return.