# EXHIBIT L

**DECLARATION OF S▆▆▆ M▆▆▆ G▆▆▆ T▆▆▆**

I, S▆▆ M▆▆ G▆▆ T▆▆, declare under penalty of perjury as follows:

1. My name is S▆▆ M▆▆ G▆▆ T▆▆. I am seventeen years old and originally from Guatemala.

2. I am currently detained at Inspire Georgia in Palmetto, Georgia.

3. This is my second time in a shelter. The first time was after I arrived in 2022. I was in a shelter until I reunified in January of 2023 with my older brother, who was my sponsor.

4. On July 12th, 2024, I applied for an I-360 petition as a special immigrant juvenile. On October 30th, 2024, my special immigrant juvenile visa was approved.

5. I was given deferred action with my I-360 petition approval. But, my lawyer told me that my deferred action was terminated on July 1st, 2025.

6. My case was in the immigration court before, and I had a Master Calendar Hearing on August 15th, 2024. The government and my attorney agreed to dismiss the case, and the judge ordered my case dismissed.

7. I was attending school ever since I was released from the shelter to my brother. However, during my summer break from school this year, I was a passenger in a vehicle with other people including my brother. There was a traffic stop and me and everyone in the vehicle got arrested, and I was sent to the Inspire Georgia shelter.

8. I recently learned from my lawyer that I may be at risk of being removed from the United States. I am very afraid that I could be deported even though I have my special immigrant juvenile visa.

9. I do not want to lose my special immigrant juvenile visa. I would like to apply for permanent residence when a visa number is available for me.

10. I am afraid to return to Guatemala.

11. After my lawyer told me that I was at risk of being removed from the United States, I spoke to my mother on Saturday, August 30th. She told me that my parents had not asked for me to return to Guatemala.

12. I understand that there is a chance I can be released to a safe sponsor here in the United States, and I hope that I can be placed with someone who can provide me with safety and stability.

13. I want to remain in the United States and to fight my case in Immigration Court and have a fair opportunity to be heard.

14. I respectfully ask the Court to allow me to remain in the United States and to protect me from being removed and losing my special immigrant juvenile visa before I have had a full day in court.

Executed on September 2nd, 2025, in Palmetto, Georgia.

The above statement was read to me in the Spanish language by Eddy Brandt, who is competent in English and Spanish to render such translation. I understand the content of the document and the statements herein are true and correct to the best of my knowledge.

09/02/2025
Date

CERTIFICATE OF TRANSLATOR'S COMPETENCE

I, Eddy Brandt, hereby certify that I am competent in written and oral Spanish and English, and that I have rendered an oral translation of the foregoing declaration from English to Spanish to the best my ability and skill to S███ M███ G███ T███.


Eddy Brandt

09/02/2025
Date