# EXHIBIT M

## DECLARATION OF E.Y.T.T, A MINOR CHILD

I, E.Y.T.T, declare under penalty of perjury as follows:

1. My name is E.Y.T.T. I am fifteen (15) years old and originally from Guatemala.

2. I am currently detained at an Office of Refugee Resettlement ("ORR") Shelter in Houston, Texas.

3. I am in removal proceedings before the Immigration Court. My case has not been decided yet, and I still have the right to continue fighting for protection.

4. I recently learned that I may be at risk of being removed from the United States before my case is fully heard. I am very afraid that I could be deported even though I am still waiting for the Court to decide my case.

5. I fear returning to Guatemala because random men have threatened if I do not do what they want. These men have targeted me at least four (4) times. If I am sent back, I believe I will be in danger.

6. I understand that there is a prospect of release to a safe sponsor here in the United States, and I am hopeful that I may be placed with a trusted caregiver who can provide me with safety and stability.

7. I want to remain in the United States and continue to fight my case in Immigration Court. I want the chance to present my claim for asylum, withholding of removal, and protection under the Convention Against Torture, and to have a fair opportunity to be heard.

8. I respectfully ask the Court to allow me to remain in the United States while my case is pending and to protect me from being removed before I have had my full day in court.

Executed on September 2, 2025, in Houston, Texas.



E.Y.T.T