# EXHIBIT N

**DECLARATION OF W.M.R.P.**

I, W.M.R.P., declare under penalty of the perjury as follows:

1. My name is W.M.R.P. I am 16 years old and originally from Guatemala.
2. I am currently detained at Bokenkamp in Corpus Christi, Texas.
3. I am in removal proceedings before the Immigration Court. My case has not been decided yet, and I still have the right to continue fighting for protection.
4. I recently learned that I may be at risk of being removed from the United States before my case is fully heard. I am very afraid that I could be deported even though I am still waiting for the Court to decide my case.
5. I have participated in interviews with government officials, including HSI officers, about my case and identity. Even though I have cooperated, I have not been given any guarantee of safety or protection.
6. I fear returning to Guatemala because of violence and threats I received. If I am sent back, I believe I will be in danger.
7. I understand that there is a prospect of release to a safe sponsor here in the United States, and I am hopeful that I may be placed with a trusted caregiver who can provide me with safety and stability.
8. I want to remain in the United States and continue to fight my case in Immigration Court. I want the chance to present my claim for asylum, withholding of removal, and protection under the Convention Against Torture, and to have a fair opportunity to be heard.
9. I respectfully ask the Court to allow me to remain in the United States while my case is pending and to protect me from being removed before I have had my full day in court.

Executed on September 2, 2025, at Corpus Christi, Texas.

W█████████

W.M.R.P.