# EXHIBIT O



**DECLARATION OF A▊▊▊ R▊ M▊ D▊**

I, A▊▊▊ R▊ M▊ D▊, declare under penalty of perjury the following:

1. My name is A▊▊ R▊ M▊ D▊ I am 17 years old and originally from Guatemala.

2. I began living at the Compass Connections Cameron Campus children's shelter in Los Fresnos, Texas, on August 31, 2025. I previously lived at the Compass Connections Harlingen Campus children's shelter in Harlingen, Texas.

3. I am in removal proceedings before the Immigration Court. My case has not been decided yet, and I still have the right to continue fighting for protection.

4. I recently learned that I may be at risk of being removed from the United States before my case is fully heard. I am very afraid that I could be deported even though I am still waiting for the Court to decide my case.

5. I have been asked to participate in interviews with government officials, including Homeland Security Investigation officers, about my case and identity.

6. My family in Guatemala has not participated in interviews with the Guatemalan government.

7. I came to the United States because of the violence and the drug dealers in the country who threaten my safety. I did not grow up with a father and experienced neglect and abandonment from him. He was not able to protect me from the violent conditions. My mother was worried about my safety in Guatemala and she didn't think she could protect me from the violent drug dealers.

8. On Sunday, August 31, 2025, around two in the morning, a supervisor at the Compass Connections Harlingen Shelter woke me up from my sleep. I woke up very scared, and I felt like I lost my breath for a second because they had never woken us up in the middle of the night before. The supervisor told me we were going to leave and to get our things. I asked for an explanation, but they didn't say why we were going to leave or where we were going. I started to pray to God because I was scared and wanted to stay in the shelter. I asked God to protect me and told him I would follow his will. I stayed seated in the room for a couple of minutes, praying and thinking about what would happen to me. They had not called my family, and I didn't know what to expect if they would take me

back to Guatemala. I was pensative and worried. I didn't have time to wash my face or brush my teeth before they placed me on a bus headed for the airport.

9. I asked the bus driver if he could tell us what was happening. He said he couldn't tell us anything and that we would see where they would take us. They took us to the airport, and we made it there around 5:30 am. They fed us breakfast while we were on the bus, but I wasn't able to eat because of my nerves. I had no appetite for food. Around 10 am, they began to take us off the bus. I got off the bus and I started to say goodbye to all the friends I had made in the shelter in case we would not see each other again. I thought they were going to make me board the plane like they did for the other kids from the shelter, but they asked me for my name and then told me I was not on the list. I saw the other kids get on the plane around 10:30 am, and I saw the plane go up in the air around 11 or 12 pm, but eventually the same plane came back to the airport. When I saw the plane land back at the airport, I thought it was another plane, and I thought the kids were already back in Guatemala, but it was the same group of kids in the plane. The kids got off the plane, and then they were all placed back on the bus. We left the airport around 6:30 pm, and they took me to a new shelter. I made it to Compass Connections Cameron around 8 pm.

10. When they told me I was not on the list of kids being returned, I was nervous that maybe they had made a mistake, and I thought they would still try to take me back to Guatemala. At one point, I saw more planes come, and I thought they might try to divide us up into planes. I got scared that they would still try to take me back to Guatemala later that night. I only felt safe once they took me to the shelter at night.

11. The impact of being woken up in the middle of the night and threatened with my return to Guatemala has been very hard on me. I was worried and scared the entire time. I didn't feel like I could cry or laugh about anything because I was so confused about what would happen to me. I had a big headache, and my feet started hurting from being seated on the bus for so long. I had very little appetite all day from all the nerves and anxiety I had. There were times when I wanted to sleep, but I couldn't because I was so scared. Since this happened, I feel like the days are really long. I don't feel like I can have fun anymore or play in the gym. I can't focus on anything because I just keep thinking about them trying to return me to Guatemala. I feel depressed.

12. I understand that there is a prospect of release to a safe sponsor here in the United States, and I am hopeful that I may be placed with a trusted caregiver who can provide me with safety and stability.

13. I want to remain in the United States and continue to fight my case in Immigration Court. Being here in the U.S. gives me security that I do not have in Guatemala.

14. I respectfully ask the Court to allow me to remain in the United States while my case is pending and to protect me from being removed before I have had a full day in court.

Executed on September 2, 2025, in Cameron County, State of Texas.

A.R.M D
A▮▮▮ R▮▮▮ M▮▮▮ D▮▮▮

The above statement was read to me in the Spanish language by Jocelyne Torres, who is competent in English and Spanish to render such translation. I understand the content of the document and the statements herein are true and correct to the best of my knowledge.

A.R.M.D                                                                                    09/02/2025
_____                           _____
Signature                                                                                 Date

---

### CERTIFICATE OF TRANSLATOR'S COMPETENCE

I, Jocelyne Torres, hereby certify that I am competent in written and oral Spanish and English, and that I have rendered an oral translation of the foregoing declaration from English to Spanish to the best of my ability and skill to A███ R███ M███ D███.

Jocelyne Torres                                                                09/02/2025
_____                           _____
Signature                                                                                 Date