# EXHIBIT P

**DECLARATION OF A█████ J████ D████ E█████**

I, A█████ J████ D████ E█████, declare under penalty of perjury the following:

1. My name is A█████ J████ D████ E█████.
2. I live at the Alamo Refugio shelter. I am 16 years old and originally from Guatemala.
3. I am in removal proceedings and my second hearing is later this month. My case has not been decided and I still want to fight for relief from removal.
4. I have a potential sponsor in the United States. If my sponsor is unable to receive me, I desire to be placed in long-term foster care.
5. I am afraid to return to Guatemala. My sister was murdered in Guatemala in March of last year. I am afraid that the same thing could happen to me if I am returned.
6. My mother is in Guatemala, but she does not want me to return. She does not have the resources to care for me. My father is not a part of my life. I have no other family who could receive me.
7. Late Saturday night, we went to bed as normal. But then somebody woke me up and told me to come down to the main floor with other Guatemalan children. They sat us down and the director told me that they received a letter that all Guatemalans had to be returned to our home country. I wondered why, because I knew that I had a right not to be deported and speak with a judge. I felt like, wow, I have rights. When I was packing up my personal belongings, I was thinking about everything that could happen to me with all the crime in Guatemala. I was worried that I would be killed. We were brought to the front lobby area around 11 pm to wait for the vans.
8. At around 1:30 am I spoke with Laura Pena an attorney with ProBAR. I felt a little better because I told her that I was scared to go back to Guatemala and she said she would try to make sure that didn't happen.
9. I was afraid that I was going to be returned. At around 2:30 a.m., I called my mother to tell her I might be deported to Guatemala. My mom started crying. She said that we could only trust in God. She had no idea that the government had a plan to return me.
10. At around 4:00 a.m., a man showed up to take us away in a van. I was afraid of him. I didn't want him to take me. I watched Ms. Pena speak with him and then he called somebody. He then left. I was shocked.
11. The director of the shelter told us that we were not going to be deported because a judge had issued an order pausing the deportations. I was so relieved.
12. The impact is real. I feel totally traumatized. I don't even know how to explain it.
13. I respectfully ask the Court to allow me to remain in the United States while my case is pending and to protect me from being removed before I have had a full day in court.

Executed on September 2, 2025, Texas

Signed: /s/ A█████ J████ D████ E█████

The above statement was read to me in the Spanish language by ___Laura Peña___, who is competent in English and Spanish to render such translation. I understand the content of the document and the statements herein are true and correct to the best of my knowledge.

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

9\2\2025
Date

### CERTIFICATE OF TRANSLATOR'S COMPETENCE

I, ___Laura Peña___, hereby certify that I am competent in written and oral Spanish and English, and that I have rendered an oral translation of the foregoing declaration from English to Spanish to the best my ability and skill to (CLIENT NAME).

A▇▇▇ J▇▇ D▇▇ E▇▇

_____
Signature

9/2/2025
Date