# EXHIBIT Q

## Declaración Jurada de G.Y.V.S.

1. Mis iniciales son G.Y.V.S.
2. Soy una menor guatemalteca no acompañada de 16 años, bajo la custodia de la ORR en un programa LTFC.
3. Mis abogados me informaron que el gobierno de los Estados Unidos está coordinando con el gobierno de Guatemala para expulsarme de regreso a Guatemala.
4. Mis padres no han pedido mi regreso a Guatemala.
5. Temo regresar a Guatemala. Me identifico como parte de la comunidad LGBTQIA+ y temo regresar a Guatemala, donde seré violada por hombres de mi comunidad y mi familia me obligará a casarme con un hombre. Si tuviera que regresar a Guatemala, me suicidaría.
6. No tengo una orden de expulsión final, en cambio, mis procedimientos en el tribunal de inmigración han sido cancelados porque estoy solicitando asilo con USCIS.
7. El 21 de agosto de 2025, fui entrevistada por la unidad de Investigaciones de Seguridad Nacional (HSI) con el Departamento de Seguridad Nacional. Me hicieron preguntas sobre los nombres de mis padres, su información de contacto y sus fechas de nacimiento. Me preguntaron cómo vine a los Estados Unidos, si vine para acá sola y quien planeo mi viaje a los Estados Unidos.

Fecha: 2 de septiembre de 2025

G.Y.V.S.
_____
G.Y.V.S.

## Affidavit of G.Y.V.S.

1. My initials are G.Y.V.S.
2. I am a 16 year old Guatemalan unaccompanied child in ORR custody within an LTFC facility.
3. I was informed by my attorneys that the U.S. government is coordinating with the government of Guatemala to remove me back to Guatemala.
4. My parents have not requested my return to Guatemala.
5. I fear returning to Guatemala. I identify as part of the LGBTQIA+ community and fear returning to Guatemala where I will be raped by men in my community and my family will force me to marry a man. If I had to return to Guatemala, I would kill myself.
6. I do not have a final order of removal and, instead, my immigration court proceedings have been terminated because I am applying for asylum with USCIS.
7. On August 21, 2025 I was interviewed by the Homeland Security Investigations (HSI) Unit of the Department of Homeland Security. I was asked questions about my parents' names, contact information, and their dates of birth. I was asked how I came to the United States, when I came to the United States, if I came here alone, and who planned my trip to the United States.

Date: September 2, 2025

_____
G.Y.V.S.

---

## Certificate of Translation

I, **Jennifer Vazquez**, am competent in both English and Spanish and I certify that this **Affidavit of G.Y.V.S.** is an accurate **English** translation of the **Spanish** document entitled **Declaración Jurada de G.Y.V.S.**

Dated: September 2, 2025

_____
Jennifer Vazquez
Children's Legal Center
(312) 722-6642
1100 West Cermak Road, Suite 422
Chicago, IL 60608

Subscribed and sworn to me on the **2nd** day of **September of 2025**.

_____
Karina Serna, Notary



OFFICIAL SEAL
KARINA SERNA
Notary Public, State of Illinois
Commission No. 992109
My Commission Expires
June 07, 2028