# EXHIBIT R

<u>**Declaración Jurada de R.M.S.C.C.**</u>

1. Mis iniciales son R.M.S.C.C.
2. Soy una menor guatemalteca no acompañada de 16 años, bajo la custodia de la ORR en un programa LTFC.
3. Mis abogados me informaron que el gobierno de los Estados Unidos está coordinando con el gobierno de Guatemala para expulsarme de regreso a Guatemala.
4. Mis padres no han pedido mi regreso a Guatemala.
5. Temo regresar a Guatemala. Fui víctima de trata de personas en los Estados Unidos y mi país no cuenta con recursos para víctimas de trata de personas.
6. No tengo una orden de expulsión final del Tribunal de Inmigración; en cambio, mis procedimientos en el tribunal de inmigración se han cerrado administrativamente porque estoy esperando una decisión sobre mi solicitud de estatus T de no inmigrante. También tengo una carta de la Oficina de Trata en Personas (OTIP) que confirma que soy víctima de trata de personas.

Fecha: 2 de septiembre de 2025

*RMSCC*
R.M.S.C.C.

## Affidavit of R.M.S.C.C.

1. My initials are R.M.S.C.C.
2. I am a 16 year old Guatemalan unaccompanied child in ORR custody within an LTFC program.
3. I was informed by my attorneys that the U.S. government is coordinating with the government of Guatemala to remove me back to Guatemala.
4. My parents have not requested my return to Guatemala.
5. I fear returning to Guatemala. I was a victim of human trafficking in the United States and my country does not have resources for victims of human trafficking.
6. I do not have a final removal order from the Immigration Court and, instead, my immigration court proceedings have been administratively closed because I am awaiting a decision on my Application for T Nonimmigrant Status. I also have a letter from the Office of Trafficking in Persons (OTIP) confirming that I am a victim of human trafficking.

Date: September 2, 2025

_____
R.M.S.C.C.

---

## Certificate of Translation

I, **Jennifer Vazquez**, am competent in both English and Spanish and I certify that this **Affidavit of R.M.S.C.C.** is an accurate **English** translation of the **Spanish** document entitled **Declaración Jurada de R.M.S.C.C.**

Dated: September 2, 2025

_____
Jennifer Vazquez
Children's Legal Center
(312) 722-6642
1100 West Cermak Road, Suite 422
Chicago, IL 60608

Subscribed and sworn to me on the **2nd** day of **September of 2025**.

_____
Karina Serna, Notary



OFFICIAL SEAL
KARINA SERNA
Notary Public, State of Illinois
Commission No. 992109
My Commission Expires
June 07, 2028