# EXHIBIT S

DECLARATION OF M█████ I████ T███

I, M███ F█████ I███ T███ declare under penalty of perjury as follows:

1. My name is M███ F█████ I███ T███. I am seventeen years old and originally from Guatemala.

2. I am currently detained at Youth for Tomorrow Long Term Foster Care in Bristow, Virginia.

3. I was in removal proceedings before the Immigration Court until April 2025, when the judge terminated my case because I have Deferred Action as a Special Immigrant Juvenile. My I-360 Petition was approved on February 25, 2025.

4. I recently learned that I may be at risk of being removed from the United States even though I have Special Immigrant Juvenile Status. I do not want to return to Guatemala because I didn't have any opportunities there and wasn't able to study.

5. I was asked to participate in interviews with government officials, including Homeland Security Investigation officers and the Guatemalan consulate, about my case and identity. I did not participate in those interviews because I had already answered all of those questions in my case and my lawyer told me that it is my right to decide whether I want to answer more questions. My family in Guatemala has not told me if anyone came to talk to them about me.

6. I came to the United States because my parents did not send me to school and because I was working in dangerous conditions as a young teenager. If I had to go back to Guatemala, I would return to the same situation again.

7. I understand that my application to the Unaccompanied Refugee Minor (URM) program is pending. I am very excited about this program because there they can help me continue my studies and I can stay until I turn 21.

8. I want to remain in the United States and continue to move forward with my immigration case. I think that it would be unfair because I've been in this program and working on my case for two years and to have it taken away would be very hard.

9. I respectfully ask the Court to allow me to remain in the United States while my case is pending and to protect me from being removed without a decision from an immigration judge.

Executed on August 30, 2025, in Bristow, Virginia.

/s/ M███ F█████ I███ T███

The above statement was read to me in the Spanish language by Laura Nally, who is competent in English and Spanish to render such translation. I understand the content of the document and the statements herein are true and correct to the best of my knowledge.

/s/ M█████ F█████████ I████ T████.                                             __08/30/2025__

                                                                                                                           DATE

CERTIFICATE OF TRANSLATOR'S COMPETENCE

I, Laura Nally, hereby certify that I am competent in written and oral Spanish and English, and that I have rendered an oral translation of the foregoing declaration from English to Spanish to the best my ability and skill to M████ F████████ I███ T██

*Laura Nally* (signature)                                             08/30/2025

_____                                    _____

Laura Nally                                                                                                         Date