UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| L.G.M.L., et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>*Defendants*. | Case No. 25-cv-2942<br><br>**[PROPOSED] ORDER GRANTING PLANTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

Upon consideration of Plaintiffs' Motion for Preliminary Injunction, any opposition, reply, further pleadings and argument thereto, and the entire record before the Court:

Having determined that Plaintiffs are likely to succeed on the merits of their claims that Defendants' attempts to remove Guatemalan unaccompanied minors from the United States violate Section 35 of the William Wilberforce Trafficking Victims Protection Reauthorization Act ("TVPRA"), Pub. L. No. 110-457, 122 Stat. 5044 (2008), 8 U.S.C. § 1232; the Immigration and Nationality Act ("INA"), 8 U.S.C 1101, *et seq.*; 45 C.F.R. 410.1000, *et seq.*; and the Fifth Amendment of the United States Constitution; that Plaintiffs will suffer irreparable injury in the absence of injunctive relief; and that the balance of hardships and public interest favor a preliminary injunction, it is, therefore,

ORDERED that Plaintiffs' Motion for Preliminary Injunction is hereby GRANTED. The Defendants, their agents, representatives, and all persons or entities in concert with them are hereby ORDERED, pending further order of this court:

1. Not to transfer, repatriate, remove, or otherwise facilitate the transport of any Plaintiff and putative class members from the United States;

1

2. The Office of Refugee Resettlement shall carry out its standard release and reunification process for all putative class members during the pendency of these proceedings in accordance with the TVPRA and all applicable laws and regulations.

It is further ORDERED that Plaintiffs shall not be required to furnish security for costs. Entered on _____, 2025 at _____ a.m./p.m.

_____
The Honorable Timothy J. Kelly,
 U.S. District Judge