AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| L.G.M.L. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   25-cv-2942-TJK |
| Noem | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs                                                                                                    .

Date:     09/04/2025

/s/Joseph W. Mead
*Attorney's signature*

Joseph W. Mead (1740771)
*Printed name and bar number*
Institute for Constitutional Advocacy and Protection
Georgetown Law
600 New Jersey, NW
Washington, DC 20001
*Address*

jm3468@georgetown.edu
*E-mail address*

(202) 662-9765
*Telephone number*

(202) 661-6730
*FAX number*