IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| L.G.M.L., *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>Kristi Noem, *in her official capacity as Secretary of the U.S. Department of Homeland Security*, *et al.*<br><br>　　　　Defendants. | Case No. 1:25-cv-02942-TJK |

**DEFENDANTS' MOTION FOR ONE-DAY EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Defendants, by and through the undersigned counsel, respectfully move the Court pursuant to Federal Rule of Civil Procedure 6(b)(1) to extend by one day the due date for the Defendants' response to Plaintiffs' Motion for Class Certification. Undersigned counsel conferred with Plaintiffs' counsel, who do not consent to this extension.

On September 2, 2025, the Court ordered the Opposition to the Motion to Certify Class be filed by September 5, 2025. *See* Minute Order of September 2, 2025. This due date lined up with the original due date for the Opposition to the Motion for Preliminary Injunction. Plaintiffs then sought a short extension on the deadline for their preliminary injunction motion – to which the government largely consented. ECF 17. On September 2, 2025, upon consideration of Plaintiffs' Motion to Modify Preliminary Injunction Briefing Schedule (Partially Unopposed), the Court ordered Defendants to file their opposition to Plaintiffs' Motion for Preliminary Injunction by noon on September 6, 2025. *See* Minute Order of September 2, 2025; ECF 17.

Given that the issues are interrelated, undersigned counsel requests that the Court extend the deadline to file the opposition to class certification by one day, to be filed on the same date as,

but after, the opposition to the preliminary injunction. We ask that we not have a noon deadline so that attention can be focused on filing the response to the preliminary injunction at that time. The government also requests that the due date for Plaintiff's reply, which is currently September 8, 2025, also be extended by one day to September 9, 2025.

Based on the foregoing, Defendants respectfully request a one-day extension of the deadline to respond to Plaintiffs' motion for class certification through and including September 6, 2025. A proposed order is attached.

Dated: September 4, 2025                              Respectfully submitted,

                                                     BRIAN A. SHUMATE
                                                     Assistant Attorney General

                                                     DREW C. ENSIGN
                                                     Deputy Assistant Attorney General
                                                     Civil Division

                                                     /s/ August E. Flentje
                                                     AUGUST E. FLENTJE
                                                     Special Counsel for Immigration
                                                     United States Department of Justice
                                                     Civil Division
                                                     P.O. Box 878, Ben Franklin Station
                                                     Washington, DC 20044
                                                     202-514-3309

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/August E. Flentje*

Attorney for Defendants

IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLUMBIA

| | |
|---|---|
| L.G.M.L., *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>NOEM, *et al.*<br><br>  Defendants. | Case No. 1:25-cv-02942-TJK<br><br>Class Action |

## PROPOSED ORDER

Defendants' motion to extend the time to respond to Plaintiffs' Motion for Class Certification, ECF No.   , is GRANTED.

IT IS HEREBY ORDERED THAT:

Defendants' response to Plaintiffs' Motion for Class Certification is due September 6, 2025.  Plaintiffs' reply is due September 9, 2025.


DATE:_____                    _____
                                          TIMOTHY J. KELLY
                                          UNITED STATES DISTRICT JUDGE