# EXHIBIT A

**Lynn Damiano Pearson**

---

| | |
|---|---|
| **From:** | Flentje, August (CIV) <August.Flentje@usdoj.gov> |
| **Sent:** | Thursday, September 4, 2025 4:05 PM |
| **To:** | Efrén C Olivares; Kevin Siegel; Lynn Damiano Pearson; Hilda Bonilla; Joseph Mead; Mary McCord |
| **Cc:** | Ensign, Drew C (CIV) |
| **Subject:** | RE: LGML v. Noem |

External (august.flentje@usdoj.gov)

Report This Email  Protection by Live Oak

We will say you don't consent.  Thanks.

---

**From:** Efrén C Olivares <olivares@nilc.org>
**Sent:** Thursday, September 4, 2025 6:56 PM
**To:** Flentje, August (CIV) <August.Flentje@usdoj.gov>; Kevin Siegel <siegel@nilc.org>; Lynn Damiano Pearson <damianopearson@nilc.org>; Hilda Bonilla <bonilla@nilc.org>; Joseph Mead <jm3468@georgetown.edu>; Mary McCord <mbm7@georgetown.edu>
**Cc:** Ensign, Drew C (CIV) <Drew.C.Ensign@usdoj.gov>
**Subject:** [EXTERNAL] Re: LGML v. Noem

Auggie,

We are sorry to hear that you are not amenable to this modest request. Please reflect our position as follows in your filing:

In response to concerns that the government may imminently seek to remove unaccompanied children of other nationalities, Plaintiffs asked the government to agree that it will not seek to effectuate removals of such children over the course of the coming weekend, because any such actions would necessitate renewed TRO briefing. The government refused that request, and Plaintiffs are unable to consent to the requested extension in light of the possibility of further emergency proceedings this weekend.

Thanks,

Efrén

---

**From:** Flentje, August (CIV) <August.Flentje@usdoj.gov>
**Sent:** Thursday, September 4, 2025 5:26 PM
**To:** Efrén C Olivares <olivares@nilc.org>; Kevin Siegel <siegel@nilc.org>; Lynn Damiano Pearson <damianopearson@nilc.org>; Hilda Bonilla <bonilla@nilc.org>; Joseph Mead <jm3468@georgetown.edu>; Mary McCord <mbm7@georgetown.edu>
**Cc:** Ensign, Drew C (CIV) <Drew.C.Ensign@usdoj.gov>
**Subject:** RE: LGML v. Noem

Thanks.  I'm sorry but we can't make representations about matters outside this litigation or with respect to minors that are not represented by you in this matter.  We will submit our request and state that you do not consent, but would appreciate your consent and will say either way that we do not object to a similar extension for you.  We plan to file this by 7pm given the due date is tomorrow.

Auggie

---

**From:** Efrén C Olivares <olivares@nilc.org>
**Sent:** Thursday, September 4, 2025 5:42 PM
**To:** Flentje, August (CIV) <August.Flentje@usdoj.gov>; Kevin Siegel <siegel@nilc.org>; Lynn Damiano Pearson <damianopearson@nilc.org>; Hilda Bonilla <bonilla@nilc.org>; Joseph Mead <jm3468@georgetown.edu>; Mary McCord <mbm7@georgetown.edu>
**Cc:** Ensign, Drew C (CIV) <Drew.C.Ensign@usdoj.gov>
**Subject:** [EXTERNAL] Re: LGML v. Noem

Thank you for your email, Auggie. We are inclined to consent to your extension request, premised on a commensurate extension for the replies to preserve our allotted time. We have become concerned, however, about reports that the administration may be planning events mirroring those of last weekend but targeting other unaccompanied children. We are hoping to avoid the necessity of another quick-turn weekend TRO. We believe the briefing schedule would, at minimum, need to be adjusted were such events to unfold.

We request that you confirm that your clients do not plan to imminently seek to deport or repatriate unaccompanied children, of other-than Guatemalan nationality, in the custody of ORR during the pendency of the weekend. With that modest agreement in place, we will agree to your request.

Efrén

**Efrén C. Olivares**
Vice President, Litigation & Legal Strategy
National Immigration Law Center
olivares@nilc.org | O: 213.674.2817

*This message may be confidential and protected from disclosure by law. If you are not the intended recipient of this message, please let me know immediately and do not forward, distribute, or copy this message. Admitted to practice in Texas and Georgia. Practice limited to federal and immigration courts.*

---

**From:** Flentje, August (CIV) <August.Flentje@usdoj.gov>
**Sent:** Thursday, September 4, 2025 3:53 PM
**To:** Efrén C Olivares <olivares@nilc.org>; Kevin Siegel <siegel@nilc.org>; Lynn Damiano Pearson <damianopearson@nilc.org>; shough@jfcspgh.org <shough@jfcspgh.org>; Hilda Bonilla <bonilla@nilc.org>
**Cc:** Ensign, Drew C (CIV) <Drew.C.Ensign@usdoj.gov>
**Subject:** LGML v. Noem

Hello – I will be helping on this matter for the United States and filing an appearance shortly.  We intend to ask the Court for a one day extension on the deadline for our class cert opposition.  Will Plaintiffs oppose?  We would be happy to consent to one day extension on the reply.

Thanks
Auggie

August E. Flentje
Special Counsel for Immigration (on detail)
Civil Division, U.S. Department of Justice