IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| L.G.M.L., *et al.*,<br><br>      Plaintiffs,<br><br>      v.<br><br>NOEM, *et al.*<br><br>      Defendants. | Case No. 1:25-cv-02942 |

NOTICE OF APPEARANCE

    Notice is hereby given that Kate Talmor, Senior Counsel, Institute for Constitutional Advocacy and Protection, hereby enters her appearance in this matter on behalf of all Plaintiffs.

September 4, 2025                          *s/ Kate Talmor*

                                              Kate Talmor (DC Bar No. forthcoming)
                                              INSTITUTE FOR CONSTITUTIONAL
                                              ADVOCACY AND PROTECTION
                                              Georgetown Law
                                              600 New Jersey Ave., N.W.
                                              Washington, D.C. 20001
                                              Phone: (202) 662-9765
                                              Fax: (202) 661-6730
                                              kt894@georgetown.edu

                                              *Counsel for Plaintiffs*