UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| L.G.M.L., et al.<br><br>    *Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>    *Defendants*. | Case No. 25-cv-2942<br><br>**DECLARATION OF EFREN C. OLIVARES IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

I, Efrén C. Olivares, hereby declare as follows:

    1.    I am over the age of 18 and mentally capable of making this declaration.

    2.    I currently serve as Vice President of Litigation and Legal Strategy at the National Immigration Law Center. I have personal knowledge of the matters stated herein.

    3.    I submit this declaration in support of Plaintiffs' Motion for Class Certification in *L.G.M.L., et al., v. Noem, et al.*, Case No. 1:25-cv-02942-TJK, to demonstrate adequate class representation.

    4.    Founded in 1979, the National Immigration Law Center (NILC) is one of the leading advocacy organizations in the U.S. dedicated to advancing and defending the rights and opportunities of low-income immigrants and their loved ones. Working at the intersection of immigrant, economic, and racial justice, NILC deploys a multi-pronged strategy to secure lasting, transformational change. We are building an inclusive future for low-income immigrants through impact litigation, policy advocacy, movement-building, and narrative and culture change.

    5.    Prior to joining NILC, I served as Deputy Legal Director of the Immigrant

Justice Project and as Director of Strategic Litigation and Advocacy at the Southern Poverty Law Center ("SPLC") in Atlanta, Georgia.

6. In that role, I supervised multiple teams of attorneys in numerous class actions and complex litigation matters, including: *Immigrant Defenders Law Center, et al. v. Mayorkas, et al.*, No. 2:20-CV-09893-JGB-SHK (C.D. Cal.) (certified class action on behalf of certain individuals subjected to the Remain in Mexico policy); *Barrientos v. Core Civic*, No. 4:18-CV-70 (M.D. Ga.) (putative class of current and former detained immigrant workers at Stewart detention center in Georgia challenging forced labor practices); *Al Otro Lado v. Wolf*, No. 17-cv-02366 (S.D. Cal.) (certified border-wide class of asylum seekers challenging the practice by immigration officers of turning back asylum seekers at ports of entry along U.S.-Mexico border); *Innovation Law Lab v. Mayorkas*, No. 3:19-cv-00807 (N.D. Cal.) (challenge to Migrant Protection Protocols); *East Bay Sanctuary Covenant v. Trump*, No. 18-17274 (9th Cir.) (challenge to interim final rule rendering individuals who entered the United States between ports of entry ineligible for asylum); *East Bay Sanctuary Covenant v. Barr*, No. 3:19-cv-04073 (9th Cir.) (challenge to asylum transit rule); *J.E.C.M. v. Lloyd*, No. 18-cv-903 (E.D. Va.) (certified class action brought on behalf of unaccompanied minor children detained by the Office of Refugee Resettlement challenging the sharing of information between ); *Zelaya v. Hammer*, No. 3:19-cv-62 (putative class of individuals affected by an Immigration and Customs Enforcement workplace raid in Tennessee).

7. Prior to joining SPLC, I spent seven years as the Racial and Economic Program Director at the Texas Civil Rights Project in Alamo, Texas. In that capacity, I lead or supervised cases in state and federal court, as well as international human rights tribunals, representing indigent clients in cases involving constitutional claims, disability rights, due process violations,

and farmworkers' rights, among others. In that capacity, I led a putative class action lawsuit on behalf of the U.S.-born children of immigrant parents to whom the State of Texas was denying birth certificates, *Perales Serna, et al. v. Texas Department of State Health Services, et al.*, No. 1:15-CV-446 (S.D. Tex.). I was also a member of the litigation team that brough a series of putative class actions on behalf of immigrants detained in dangerous, overcrowded conditions, in Border Patrol facilities near the Texas-Mexico border, which settled in their early stages. I also led the Texas Civil Rights Projects' work on behalf of hundreds of families who were separated by the Zero-Tolerance Policy implemented by the Trump Administration in 2018.

8. I previously worked as a Human Rights Consultant for the Inter- American Commission on Human Rights, where I reported on the human rights situations in Honduras, Guatemala, and Mexico.

9. I received my J.D. degree from Yale Law School in 2008 and am admitted to practice law in Texas. I am admitted to the U.S. District Courts for the Southern, Northern, and Western Districts of Texas, the U.S. Courts of Appeals for the Fifth Circuit, and the U.S. Supreme Court. I have been admitted *pro hac vice* in the above-captioned matter.

10. The NILC attorneys involved in this matter include Mr. Kevin Siegel. He is also counsel of record in *Davids v. Adams*, Case No. 1:25-cv-00334-AKB (D. Idaho 2025), a certified class action of certain individuals living with HIV in Idaho and who would qualify for federally funded services.

11. I am aware of the responsibilities that come with serving as class counsel, and I am ready to accept that responsibility and vigorously fight for the rights of all class members. I am aware of no conflicts of interest between myself, Mr. Siegel, NILC, or any members of the class.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 4th day of September, 2025 in Texas, United States.

_____
Efrén C. Olivares