IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| L.G.M.L., *et al.*,<br><br>   *Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, *et al.*,<br><br>   *Defendants*. | Case No.: 25-cv-2942-TJK |

## **DECLARATION OF JOSEPH MEAD**

  I, Joseph Mead, upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

  1. I am more than 18 years of age and competent to testify, upon personal knowledge and knowledge related to me by my colleagues, to the facts set forth herein.

  2. I am Special Litigation Counsel at the Institute for Constitutional Advocacy and Protection at Georgetown University Law Center (ICAP), and I am one of the lawyers for the named Plaintiffs and the putative Class members in this case. I submit this Declaration on behalf of ICAP in support of Plaintiffs' Emergency Motion for Provisional Class Certification.

  3. ICAP is an institute based at the Georgetown University Law Center in Washington, D.C. ICAP is composed of experienced litigators and professionals, with a mission to defend U.S. constitutional rights and values. ICAP is prepared to devote considerable and sufficient resources to litigate this case.

4. Just last month, ICAP (along with co-counsel) was appointed as Class Counsel for a nationwide class of all babies whose birthright citizenship was challenged by a recent Executive Order. *CASA, Inc. v. Trump*, --- F. Supp. 3d ----, No. CV DLB-25-201, 2025 WL 2263001, at *17 (D. Md. Aug. 7, 2025). The Court cited "counsel's experience with class actions [and] complex litigation more generally," as well as knowledge of the relevant law, in finding that "counsel will fairly and adequately represent the class." *Id.* at *18.

5. ICAP has litigated many broad constitutional and other challenges to federal, state, and local laws and policies across the country and at every level of the federal and state court systems, including class actions and putative class actions, actions with dozens of plaintiffs, and actions seeking facial invalidation of a law. And ICAP has specific experience challenging federal government immigration-related policies. *E.g., Casa De Maryland, Inc. v. Trump*, 414 F. Supp. 3d 760 (D. Md. 2019) (obtaining preliminary injunction against DHS's Public Charge rule), *rev'd and remanded*, 971 F.3d 220 (4th Cir. 2020), *vacated for rehearing en banc*, 981 F.3d 311 (4th Cir. 2020); *E.B. v. U.S. Dep't of State*, 583 F. Supp. 3d 58 (D.D.C. 2022) (obtaining vacatur of Department of State's Diversity Visa rule); *R.V. et al v. Mnuchin et al.*, Docket No. 8:20-cv-01148 (D. Md. 2020) (challenging, on behalf of a putative class of children, the constitutionality of CARES Act provision that denied U.S. Citizen children access to federal benefits based on the immigration status of their parents); *Mennonite Church USA et al., v. Dep't Homeland Security*, Docket No. 1:25-cv-00403 (D.D.C. 2025) (representing broad coalition of faith-based organizations challenging new DHS policy allowing immigration enforcement actions in houses of worship and other sacred spaces).

6. ICAP attorneys are accomplished professionals with considerable background and expertise in litigating cases involving government policy. The ICAP attorneys who have been

2

involved with this case collectively have several decades of experience litigating constitutional and civil rights cases. Moreover, the members of this team have spoken and published widely on constitutional law and federal litigation, and teach upper-level law students about constitutional public interest litigation. The following paragraphs provide a summary of the qualifications and experience of each ICAP lawyer currently working on this case.

7. Mary B. McCord is the Executive Director of ICAP. Ms. McCord co-founded ICAP in 2017 after more than two decades at the U.S. Department of Justice. There, she was an Assistant United States Attorney for the District of Columbia between 1994 and 2014; the Principal Deputy Assistant Attorney General for National Security between 2014 to 2017, and the Acting Assistant Attorney General for National Security between 2016 and 2017. Since co-founding ICAP, Ms. McCord has been involved in litigating and decision-making in every case brought by or defended by ICAP, including each of the cases mentioned in this declaration and every class action brought by ICAP. Ms. McCord clerked for a United States District Court Judge.

8. Rupa Bhattacharyya is the Legal Director of ICAP. Ms. Bhattacharyya has been practicing law, primarily as a litigator, since 1995. Prior to joining ICAP in 2022, Ms. Bhattacharyya held various positions in the federal government, including serving as the Special Master for the September 11th Victim Compensation Fund, as a Director of the Civil Division's Torts Branch (Constitutional and Specialized Tort Litigation Section), and as a Trial Attorney and Senior Trial Counsel in the Civil Division's Federal Programs Branch at the United States Department of Justice. Ms. Bhattacharyya clerked for a United States District Court Judge.

9. Seth Wayne is Senior Counsel at ICAP, where he has been since 2017. During his time at ICAP, Mr. Wayne has served as lead counsel on multiple federal court impact litigations challenging local, state, and federal government activities. In several of those cases Mr. Wayne

has been appointed class counsel. Before joining ICAP, Mr. Wayne was a Trial Attorney in the Civil Rights Division of the U.S. Department of Justice, where he litigated cases challenging law enforcement agencies engaged in a pattern or practice of civil rights violations. Prior to that, Mr. Wayne spent several years as a special litigation public defender in New Orleans.

10. Kate Talmor is Senior Counsel at ICAP and has been practicing law since 2015. Prior to joining ICAP in January 2025, Ms. Talmor served since 2017 as a Trial Attorney and Senior Counsel in the Department of Justice's Federal Programs Branch, where she litigated high-profile constitutional- and administrative-law challenges to Executive Branch actions and policies. In that role, Ms. Talmor handled class-action and putative class matters on behalf of federal agencies. Ms. Talmor served as a law clerk for a federal court of appeals.

11. I have practiced law since 2007, nearly exclusively on behalf of or against government in federal courts. I have litigated a large number of constitutional challenges against federal, state, and local laws, including class actions against the federal government as counsel on both the plaintiffs' and the defendants' side. Before coming to ICAP, I was a law professor who taught civil procedure, administrative law, and other related courses. Before that, I was an attorney at the U.S. Department of Justice's Federal Programs Branch, and served as a law clerk to two federal judges.

12. ICAP is aware of the responsibilities that come with serving as class counsel, and is ready to accept that responsibility and vigorously fight for the rights of all class members. ICAP is not aware of any conflict of interest or other obstacle that would prevent the vigorous and adequate representation of the class.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: September 4, 2025

                                                                                         _____

                                                                                                     Joseph Mead