UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

L.G.M.L., *et al.*,

    *Plaintiffs,*

v.

KRISTI NOEM, *et al.*,

    *Defendants.*

Case No. 25-cv-2942-TJK

**DECLARATION OF A▆▆▆ R▆▆ M▆▆ D▆▆**

I, A▆▆▆ R▆▆ M▆▆ D▆▆, based on my personal knowledge, hereby submit this declaration under 28 U.S.C. § 1746 and state the following:

1. I submit this sworn declaration in further support of my prior statement in this case.

2. I volunteered to represent the class. I want to bring this lawsuit not only for myself, but for all minors in the same situation as me. I will fairly and adequately protect the interests of the class so that we can stay in the United States and pursue our immigration cases. I plan to seek justice in the name of the proposed class of minors by bringing the claims in this lawsuit with persistence and determination. I will participate in the lawsuit according to the way in which my lawyers and I decide I should. I will work with the lawyers so that the lawyers do what is best for all the children in the case. I intend to remain involved with this case and to represent the proposed class to the best of my ability.

3. I want to make sure these children do not have their rights denied.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 4, 2025, in Cameron, County, TX.



A R M D

The above statement was read to me in the Spanish language by Jocelyne Torres, who is competent in English and Spanish to render such translation. I understand the content of the document and the statements herein are true and correct to the best of my knowledge.

*A.RMD*

Signature

09/04/2025

Date

---

### CERTIFICATE OF TRANSLATOR'S COMPETENCE

I, Jocelyne Torres, hereby certify that I am competent in written and oral Spanish and English, and that I have rendered an oral translation of the foregoing declaration from English to Spanish to the best of my ability and skill to A█████ R████ M███ D█.

*Jocelyne Torres*

Signature

09/04/2025

Date