UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

L.G.M.L., *et al.*,

    *Plaintiffs*,

v.

KRISTI NOEM, *et al.*,

    *Defendants*.

Case No. 25-cv-2942-TJK

### DECLARATION OF G█████ A███ B█████ B█████

I, G█████ A███ B█████ B█████, based on my personal knowledge, hereby submit this declaration under 28 U.S.C. § 1746 and state the following:

1. I submit this sworn declaration in further support of my prior statement in this case.

2. I volunteered to represent the class. I want to bring this lawsuit not only for myself, but for all minors in the same situation as me. I will fairly and adequately protect the interests of the class so that we can stay in the United States and pursue our immigration cases. I plan to seek justice in the name of the proposed class of minors by bringing the claims in this lawsuit with persistence and determination. I will participate in the lawsuit according to the way in which my lawyers and I decide I should. I will work with the lawyers so that the lawyers do what is best for all the children in the case. I intend to remain involved with this case and to represent the proposed class to the best of my ability.

3. I want to make sure these children do not have their rights denied.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 4, 2025,



G████ A███ B█████ B█████

## Certificate of Translation

I, Laura Stump Kennedy, hereby affirm that I am competent both the English and Spanish languages and that I conveyed the contents of the preceding declaration to the declarant in the Spanish language.

_____  September 4, 2025
Laura Stump Kennedy
(717) 802-4725
308 E. King St.
Lancaster, PA 17602