UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

L.G.M.L., *et al.*,

    *Plaintiffs*,

v.

KRISTI NOEM, *et al.*,

    *Defendants*.

Case No. 25-cv-2942-TJK

**DECLARATION OF T██ A█████ C████ P████**

I, T██ A█████ C████ P████, based on my personal knowledge, hereby submit this declaration under 28 U.S.C. § 1746 and state the following:

1. I submit this sworn declaration in further support of my prior statement in this case.

2. I volunteered to represent the class. I want to bring this lawsuit not only for myself, but for all minors in the same situation as me. I will fairly and adequately protect the interests of the class so that we can stay in the United States and pursue our immigration cases. I plan to seek justice in the name of the proposed class of minors by bringing the claims in this lawsuit with persistence and determination. I will participate in the lawsuit according to the way in which my lawyers and I decide I should. I will work with the lawyers so that the lawyers do what is best for all the children in the case. I intend to remain involved with this case and to represent the proposed class to the best of my ability.

3. I want to make sure these children do not have their rights denied.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 9/4/2025



T██ A█ C█ P█

## CERTIFICATION OF ORAL TRANSLATION

I, Amy McMeeking, declare and say as follows:

I certify that I am competent to render oral translation in both the English and Spanish languages, and that I reviewed the above declaration with T███ A███ C███ P███, who confirmed that he understood and verified the contents thereof prior to signing.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 09/04/2025

Amy McMeeking