IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| L.G.M.L., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NOEM, *et al.* <br><br> Defendants. | Case No. 25-cv-02942-TJK <br><br> **PLAINTIFFS' NOTICE OF FILING CORRECTED EXHIBITS 2-2, 20-2 20-5, 20-6, 20-9** |

  Plaintiffs' file this Notice of Filing of Corrected Exhibits pursuant the Court's September 5, 2025 Order Under Seal ECF 33 to replace the exhibits filed with missing redactions: (1) ECF 2-2 Exhibits to Plaintiffs' Emergency Motion for Temporary Restraining Order, (2) ECF 20-09 Exhibit G, Declaration of D.E.C.E. in support of their Memorandum of Law in Support of a Preliminary Injunction, (3) ECF 20-05 Exhibit C, Declaration of M. Y. V. S. in support of their Memorandum of Law in Support of a Preliminary Injunction, and (4) ECF 20-06, Exhibit D, Declaration of R. A. T. C. in support of their Memorandum of Law in Support of a Preliminary Injunction.

  Additionally, Plaintiffs submit a correctly redacted version of ECF 20-2, Exhibit List to the Motion for Preliminary Injunction. ECF 20-2 contains the same identifying information as ECF 20-5 and ECF 20-6 and is therefore refiled with that information redacted.

Dated: September 8, 2025        Respectfully submitted,

                /s/ Efrén C. Olivares

                Efrén C. Olivares*
                Hilda Bonilla (D.C. Bar No. 90023968)

1

Lynn Damiano Pearson*
Kevin Siegel*
NATIONAL IMMIGRATION LAW CENTER
1101 14th Street, Suite 410
Washington, D.C. 20005
Tel: (213) 639-3900
Fax: (213) 639-3911
bonilla@nilc.org
olivares@nilc.org
damianopearson@nilc.org
siegel@nilc.org


*Counsel for Plaintiffs*
*\*Admitted pro hac vice*

`                           **CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                           */s/ Efrén C. Olivares*
                                           Efrén C. Olivares
                                           Attorney for Plaintiffs