## *L.M.G.L. v. Noem*

*Motion in Support of a Preliminary Injunction*

A. Supplemental Declaration of Lauren Fisher Flores

B. Declaration of Carrie Vander Hoek, Young Center for Children's Rights

C. Declaration of M▮▮▮ Y▮▮▮ V▮▮▮ S▮▮▮ (Mother of Plaintiff M.F.A.P.V.)

D. Declaration of R▮▮ A▮▮▮ T▮ C▮▮ (Father of Plaintiff M.Y.A.T.C.)

E. Declaration of Amy Tabaddor, Immigration Judge (Ret.)

F. Declaration of D.I.R.

G. Declaration of D.E.C.E.

H. Declaration of E.M.V.M.

I. Declaration of S.C.

J. Declaration of J.A.I.T.

K. Declaration of E.A.M.

L. Declaration of S.M.G.T.

M. Declaration of E.Y.T.T.

N. Declaration of W.M.R.P.

O. Supplemental Declaration of A.R.M.D.

P. Declaration of A.J.D.E.

Q. Declaration of G.Y.V.S.

R. Declaration of R.M.S.C.C.

S. Declaration of M.I.F.T.