**DECLARACION OF M███ Y███ V███ S███, MOTHER OF M███ F███ A███ P███ V███**

1. Mi nombre es M███ Y███ V███ S███. Tengo 36 años. Soy madre de M███ F███ A███ P███ V███ quien actualmente vive con una familia de acogida en Fresno, California.

2. Hace aproximadamente dos semanas, dos mujeres me visitaron en casa para hablar de mi hija, M███. Parecían enojadas y me regañaban. Me dijeron que no debería haber enviado a mi hija a los Estados Unidos.

3. Les dije a las mujeres que vinieron a mi casa que M███ se había ido a los Estados Unidos porque querría tener una vida mejor y ella sabía que conmigo no la podría tener.

4. M███ vivía con mi madre, pero cuando ella falleció, ya no estaba protegida. Mi madre le proporcionaba comida, ropa y todo lo que necesitaba. Yo no tenía suficientes recursos para poder mantener a mi hija. No tenemos casa propia y alquilamos en cuarto. Podríamos perder el lugar en donde vivimos.

5. M███ vivió muchos problemas familiares con su padre. Él tomaba y me pegaba a mí y a M███. Cuando vivíamos con su padre, no teníamos comida, ni ropa. Les dije a las mujeres que me visitaban en casa que M███ querría algo diferente.

6. Somos indígena maya. En donde M███ asistía a la escuela, sufría bullying y discriminación por ser indígena y pobre. Los niños de mejor posición económica la acosaban sexualmente y le levantaban la falda. No podemos reclamar este trato porque no nos escuchan por ser indígena.

7. Quiero que M███ se quede en los Estados Unidos.

8. Les conté todo esto a las mujeres que llegaron a mi casa. Me dijeron que "así es la vida" y que tengo que aguantarlo. No me dieron comprensión. Estaban enojadas. No querían escucharme. Me dijeron que yo tendría que recoger a M███ cuando llegara a Guatemala. Me hablaron de un albergue en Guatemala en donde habían muerta varias niñas por un incendio como amenaza que M███ podría salir lastimada si no la recogía. Nunca les dije a estas mujeres que querría que regresara M███ a Guatemala. Fue el opuesto a eso, les dije que quiero que mi hija se quede en los Estados Unidos. Ella vivió experiencias muy difíciles con mi ex pareja-su padre-y en la escuela y ahora ella quiere algo mejor.

### DECLARATION OF M▆ Y▆ V▆ S▆, MOTHER OF M▆ P▆ A▆ H▆ V▆

I, M▆ Y▆ V▆ S▆, declare as follows:

1. My name is M▆ Y▆ V▆ S▆. I am 36 years old. I am the mother of M▆ P▆ A▆ H▆ V▆ who is currently living with a foster family in Fresno, California.

2. About two weeks ago, I was visited by two women at my house to talk about my daughter, M▆. These women seemed angry and were reprimanding me. They told me that I should not have sent my daughter to the United States.

3. I told the women that came to my house that M▆ went to the United States because she wanted a better life and she knows that she doesn't have that with me.

4. M▆ lived with my mother but when my mother died, M▆ was no longer protected. My mother was able to provide food, clothing, everything that she needed. I did not have the resources to support my daughter. We do not have a house and rent a small room. We could lose the place that we live.

5. M▆ had to live through family problems with her father. He would drink and hit me and hit M▆. When we lived with her father, we didn't have food or clothing. I told the women that visited me that M▆ wanted something different from herself.

6. We are indigenous Mayan. Where M▆ attended school, she regularly suffered bullying and discrimination because we were indigenous and poor. The children from a better economic position would sexually harass her and lift her skirt. We cannot say anything about this treatment because we are not listened to for being indigenous

7. I want M▆ to remain in the United States.

8. I told all of this to the women that arrived to my house. They told me that "this is how life is" and I have to deal with it. They did not understand. They were angry. They didn't want to hear me. They told me I would need to pick M▆ up when she is returned to Guatemala. They told me about a shelter in Guatemala that had burned down killing many girls to threaten me that she could be hurt if I did not pick her up. I never told these women that I wanted M▆ to return. It was the opposite, I told them I want my child to stay in the United States. She lived very difficult experiences with my former partner-her father- and at school and she wants something better now.

Conforme a 28 USC Sec. 1746 yo certifico bajo pena de perjurio bajo las leyes de los Estados Unidos que lo anterior es verdadero y correcto.

Ejecutado el 2 de septiembre en  Guatemala.

M███ Y███ V███ S███

## CERTIFICATE OF TRANSLATION

I, Erin Maxwell, declare under penalty of perjury that I am competent in both the Spanish and English languages. I have accurately and completely translated the relevant information in the attached document from Spanish into English.

Executed on September 2, 2025, in San Francisco, California.

Pursuant to 28 USC Sec. 1746, I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on 9/02/2025 in ▮▮▮▮▮▮▮ Guatemala.



M▮ Y▮ V▮ S▮

CERTIFICATION OF ORAL TRANSLATION

I, Erin Maxwell, declare and say as follows:

I certify that I am competent to render oral translation in both the English and Spanish languages, that I simultaneously translated the applicant's oral declaration in Spanish onto paper and into English, to the best of my knowledge and ability, and I reviewed the declaration with M▮ Y▮ V▮ S▮, who confirmed that she understood and verified the contents thereof prior to signing.

I declare under penalty of perjury that the foregoing is true and correct. Date: 09/02/2025

Erin Maxwell