# EXHIBIT D

Corrected Exhibit Per Sealed Order ECF#33

### Declaration of R▓▓ A▓▓ T▓▓ C▓▓

I, R▓▓ A▓▓ T▓▓ C▓▓, pursuant to 28 U.S.C. s.1746 declare as follows:

1. My name is R▓▓ A▓▓ T▓▓ C▓▓. I live in ▓▓▓▓▓▓ Guatemala.

2. I am the father of my daughter, M▓▓ Y▓▓ A▓▓ T▓▓ C▓▓. My wife, A▓▓ Y▓▓ C▓▓ I▓▓ Ti▓▓ is M▓▓'s mother.

3. To my knowledge, M▓▓ is currently living in New York.

4. M▓▓ arrived in the United States in around January 2023 in pursuit of safety and a better life.

5. On or around August 15, 2025, my wife and I received a strange phone call. The person told us in Spanish that the U.S. government is going to soon deport M▓▓ as part a large group of Guatemalan children from the United States. The person asked us in Spanish whether we would be able to receive M▓▓ back. We told the person that M▓▓ was going to school in the United States and that she has an attorney there. We were very surprised to receive this call.

6. I was alarmed and extremely worried about my daughter after receiving this call. My wife and I told our daughter M▓▓ about this call, and she became very worried and scared. We do not know why we received this call. We never asked for M▓▓ to be sent back to Guatemala.

7. Neither my wife nor I have ever asked for M▓▓ to be sent back to Guatemala. To the contrary, we believe that M▓▓ is safe and protected in the United States, where she is studying and has stability. We are in regularly in communication with our daughter and she has told us that she is happy and safe in the United States.

8. We do not want our daughter to be sent back to Guatemala. In the United States, M▓▓ is attending school, and she is an honors student.

9. I am afraid for my daughter to be deported to Guatemala. My wife and I would like our daughter to remain in New York, where she has safety and stability. To my understanding, my daughter M▓▓ has the support of an attorney and she has a pending petition for asylum. She should remain in the United States so that she can have her case heard.


10. I respectfully ask the Court to protect my daughter from deportation and allow M▮▮▮▮ to remain in the United States and seek humanitarian relief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 2, 2025, in ▮▮▮▮ Guatemala.



R▮ A▮ T▮ C▮

The above statement was read to me in the Spanish language by Chris Suquitana, who is competent in English and Spanish to render such translation. I understand the content of the document and the statements herein are true and correct to the best of my knowledge.



R▮ A▮ T▮ C▮                                                Dated: 09/02/2025

### CERTIFICATE OF TRANSLATOR'S COMPETENCE

I, Chris Suquitana, hereby certify that I am competent in written and oral Spanish and English, and that I have rendered an oral translation of the foregoing declaration from English to Spanish to the best of my ability and skill to R▮ A▮ T▮ C▮

                                                            Dated: 09/02/2025

_____
Chris Suquitana