## DECLARATION OF D█ E█ C███ E█

I, D█ E█ C███ ███, declare under penalty of perjury as follows:

1. My name is D█ E█ C███ E██. I am fourteen years old and originally from Guatemala.

2. I am currently detained at National Youth Advocate Program in Lawrenceville, Georgia.

3. I am awaiting initiation of removal proceedings before the Immigration Court. My case has not been decided yet, and I still have the right to continue fighting for protection.

4. I recently learned that I may be at risk of being removed from the United States before my case is fully heard. I am very afraid that I could be deported even though I am still waiting for the Court to decide my case.

5. I came to the United States after receiving threats from gang members. One day on my way from picking my brother up from school gang members approached us and told us to tell our mom to pay an extortion that she could not afford or they would kill us. If I am sent back, I will not be able to live safely.

6. My mother did not request my return to Guatemala, she fears for my safety there.

7. I understand that there is a prospect of release to a safe sponsor here in the United States, and I am hopeful that I may be placed with a trusted caregiver who can provide me with safety and stability.

8. I want to remain in the United States and continue to fight my case in Immigration Court and have a fair opportunity to be heard.

9. I respectfully ask the Court to allow me to remain in the United States while my case is pending and to protect me from being removed before I have had a full day in court.

Executed on September 2, 2025, in Lawrenceville, Georgia.

The above statement was read to me in the Spanish language by Maria Acosta, who is competent in English and Spanish to render such translation. I understand the content of the document and the statements herein are true and correct to the best of my knowledge.

09/02/2025
Date

## CERTIFICATE OF TRANSLATOR'S COMPETENCE

I, Maria Acosta, hereby certify that I am competent in written and oral Spanish and English, and that I have rendered an oral translation of the foregoing declaration from English to Spanish to the best my ability and skill to D█ E█ C█ E█.

*[signature]*
Maria Acosta

09/02/2025
Date