IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| L.G.M.L., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>Kristi Noem, *in her official capacity as Secretary of the U.S. Department of Homeland Security*, et al.<br><br>    Defendants. | Case No. 1:25-cv-02942-TJK |

**NOTICE OF FILING OF DECLARATION**

Attached is a supplemental declaration that is being submitted in support of the Government's briefs opposing Plaintiffs' Motion for Preliminary Injunction (ECF 35) and Motion for Class Certification (ECF 36).

DATE: September 8, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

DREW ENSIGN
Deputy Assistant Attorney General

AUGUST FLENTJE
Special Counsel

By: *s/ Sarah Welch*
SARAH WELCH
Counsel to the Assistant Attorney General
United States Department of Justice
Civil Division
950 Pennsylvania Avenue NW
Washington, DC 20530
(202) 514-3180
sarah.e.welch@usdoj.gov

1

GLENN GIRDHARRY  
Acting Deputy Director  
Office of Immigration Litigation  
General Litigation and Appeals Section