# TABLE OF EXHIBITS

*L.M.G.L. v. Noem,* 25-cv-2942-TJK

*Exhibits in Support of Reply to Opposition to Preliminary Injunction Motion*

A. Report of National Attorney General's Office of Guatemala

B. Declaration of Jennifer Smyers, Former Chief of Staff, Office of Refugee Resettlement

C. Declaration of Jennifer Nagda, Young Center for Immigrant Children's Rights

D. ORR Demand for Compliance to Shelter Staff, August 31, 2025

E. Declaration of Roxana Avila-Cimpeanu, Deputy Director, Florence Project

F. Declaration of Aimee Korolev, Deputy Director, ProBar

G. Declaration of F.O.Y.P.

H. Declaration of A.Y.S.T.

I. Declaration of B.M.R.P. (Mother of M.A.L.R.)

J. Declaration of I.B.

K. Declaration of Z.I.M.T.T.

L. Declaration of C.M.L.

M. Declaration M.A.L.R.

N. Declaration of D.A.G.R.

O. Declaration of D.Y.D.C.R.

P. Declaration of Marion Donovan-Kaloust, Immigrant Defenders Law Center

Q. Declaration of Stephanie Lubert (with email attached)

R. Declaration of A.V.R.R.

S. Declaration of Natasha H. Rosario

T. Declaration of Laura Smith (with emails attached)