# EXHIBIT A



**ACTIVITIES TO IDENTIFY AND ASSESS FAMILY RESOURCES FOR UNACCOMPANIED MIGRANT CHILDREN AND ADOLESCENTS RETURNING FROM THE UNITED STATES OF AMERICA**

The National Attorney General's Office, through its Office for Children and Adolescents, and pursuant to its responsibilities established by Guatemalan law, is required to legally represent, in the context of human mobility, Guatemalan children and adolescents who are being returned to the country by air or land.

For this reason, this Office actively participates in the process of receiving, caring for, accompanying, and reunifying children and adolescents that find themselves in this situation with their families. To this end, we perform a psychosocial assessment or preliminary investigation to determine if family reunification is viable, or if a special (judicial) protection process is necessary due to threats or rights violations of these returning minors.

The responsibilities of the National Attorney General's Office are established by the Comprehensive Protection of Children and Adolescents Act, and the Migration Code, among others, and it also seeks to develop and strengthen its activities in coordination with other agencies, as required.

**a. BACKGROUND:**

On July 9, 2025, the National Attorney General's Office held a meeting in our facilities with the Foreign Relations Ministry and other agencies regarding the "**Program for the Voluntary Return of Minors**" to discuss an action plan for Guatemalan children and adolescents who find themselves detained by the United States government in centers designated for minors. Of particular interest were adolescents close to becoming of age, and the fear that they then would be transferred to adult detention centers, followed by deportation.

Subsequently, we received a legal memorandum, #DAMIG-832-2025/GL-367, dated July 11, 2025, which contained a list of adolescents close to turning 18 years of age, with the goal of locating and interviewing their families, to determine if they could be considered a suitable resource to receive these adolescents if they were returned to the country. This information was up to date as of July 1, 2025. We subsequently received another legal memorandum, #DAMIG-935-2025/GL-405, containing a database of 609 adolescents between the ages of 14 and 17, submitted by the U.S. Office of Refugee Resettlement (ORR). Based on that information, these adolescents would be returned to Guatemala, their country of origin.

**b. ACTIVITI ES TO SEARCH FOR AND LOCATE FAMILY RESOURCES:**

---

Headquarters
**15 avenida 9-69, zona 13, Ciudad de Guatemala**

Zona 8 Branch
**41 calle 3-45 zona 8, Ciudad de Guatemala**

PBX **1584**

🌐 **www.pgn.gob.gt**         **@PGNguatemala**

f **PGNguatemalaOficial**        📷 **pgnguatemalaOficial**

♪ **@PGNguatemala**

Based on this information, the National Attorney General's Office initiated a plan to identify and locate family resources, which consisted of identifying all the information in the lists provided that was necessary to allow us to exhaust all search options to locate the addresses or exact locations of the parents or other possible relatives of the adolescents on those lists. To that end, it is of utmost importance to have their telephone numbers and addresses.

We proceeded to review the lists provided and discovered that of the 609 adolescents listed, phone numbers were provided for only 204; of those, we could only confirm the information of 115.

Prior to conducting home visits, this Office made telephone calls in order to collect the information needed for the home visit and assessment process. During this process, we discovered that the families were surprised, some even annoyed, that we had contacted them, because many believed that their children were part of a process that aimed to protect them and legalize their immigration status in the United States, and therefore did not expect them to be returned to Guatemala. Other calls went unanswered; some of the phone lines were disconnected and others indicated that we had the wrong number.

We should note that —based on information provided by the Foreign Relations Ministry— families were alerted to the fact that there was a significant possibility that the adolescents on the lists would be returned to the country, and that this Office was offering to inform them about this process, and fulfill its legal duty to conduct social investigations to determine if these adolescents were under threat, or if their rights had been violated, and also to determine the motive for their migration and, above all, the willingness of the families to welcome back their adolescents, and subsequently connect them with the social programs offered by the Government of Guatemala.

**c. HOME VISITS:**

Once the information was obtained, multidisciplinary teams from the Attorney General's Office at the Federal level scheduled home visits for the families that had responded to the telephone calls, as well as those whose addresses we were able to confirm.

From August 6-20 of this year, the National Attorney General's Office conducted home visits and issued reports, and was able to prepare psychosocial or investigation reports for the families of **115 adolescents**. During this process, we found the following:

1. **50** family resources (parents) who were willing to welcome back their children if they were to return,



with the caveat that none of them was requesting their return, indicating their desire to consider first the viability of the children staying in the United States. Nevertheless, the assessment results determined that they may be considered a family resource.

It should be noted that in one of the reports, the parents stated that if their daughter were to return, they would do everything possible to get her out of the country again, because she had received death threats and therefore could not live in this country.

2. **59** potential family resources (parents) expressed annoyance when this Office went to their residences, rejecting the request to conduct an assessment, sometimes in an intimidating manner. They claim that their contacts in the United States had told them that their children had an opportunity to stay there, so they were not willing to authorize or subject themselves to an assessment to determine if they were a suitable family resource; some even refused to provide information to locate their whereabouts.

3. In the case of **4** adolescents, we were informed by the families that they had been released, and were living with a sponsor in the United States of America.

4. In the case of **2** adolescents, it was established that they had been returned already, and were back living with their parents.

### d. ACTIONS TAKEN ON AUGUST 31, 2025:

On August 31 of this year, we received information from several agencies that a substantial number of adolescents that were on several lists provided by the ORR and the United States Government were being returned to this country. The National Attorney General's Office proceeded to coordinate with other agencies to initiate a "Comprehensive Care Roadmap" program to ensure the proper care of Guatemalan adolescents in the context of human mobility.

For this purpose, this Office coordinated with the Foreign Relations Ministry, the Guatemalan Institute of Migration and the Office of the Social Welfare Secretary, among others, and proceeded to create multidisciplinary teams to participate in the process of receiving, caring for, accompanying, assessing and reunifying these returning adolescents with their families. However, later that afternoon, we were informed that these minors would not be traveling.

When we arrived at the Guatemalan Air Force (FAG) facilities, we encountered 7 families who said they were there because they had been informed that their children were being returned or deported.

Headquarters
**15 avenida 9-69, zona 13, Ciudad de Guatemala**

Zona 8 Branch
**41 calle 3-45 zona 8, Ciudad de Guatemala**

PBX **1584**

 **www.pgn.gob.gt**

 **PGNguatemalaOficial**

**@PGNguatemala**

 **@PGNguatemala**

 **pgnguatemalaOficial**

This Office then proceeded to conduct a psychosocial assessment  of these families, and determined that they were fully willing to welcome back their children in case they returned to this country. We also collected the information necessary to conduct a social investigation to determine if the parents could be considered a family resource.

We should note that of the 57 families that were assessed, 56 indicated that their children had immigrated for economic reasons, stating that they wished their children would be able to stay in the U.S. so they could "send money back," as well as to find personal growth, and new opportunities in their lives.

Finally, it is important to note that this Office will continue its activities to identify and locate family resources, and to create social programs for the benefit of adolescents who are returned to Guatemala.



**Procuraduría General de la Nación**

**ACCIONES DE ATENCIÓN E IDENTIFICACIÓN FAMILIARA A FAVOR DE LA NIÑEZ Y ADOLESCENCIA
MIGRANTE NO ACOMPAÑADA EN LOS ESTADOS UNIDOS DE AMÉRICA**

La Procuraduría General de la Nación, a través de la Procuraduría de la Niñez y la Adolescencia, de conformidad a sus atribuciones, establecidas en el ordenamiento jurídico guatemalteco, es la responsable de representar legalmente en Guatemala, a las niñas, niños y adolescentes guatemaltecos en contexto de movilidad humana que son retornado al país, vía aérea o terrestre.

De esa cuenta, esta Procuraduría tiene una participación activa en los procesos de recepción, atención, acompañamiento y reunificación familiar de la niñez y adolescencia que se encuentra en este contexto, para ello realiza un abordaje psicosocial o investigación preliminar, que permite identificar si la reunificación familiar es viable o bien si se requiere un proceso de protección especial (judicial) por encontrarse en situación de amenaza o violación de derechos en contra de la niña, niño o adolescente que ha sido retornado.

La Procuraduría General de la Nación tiene sus atribuciones establecidas en la Ley de Protección Integral de la Niñez y la Adolescencia, Código de Migración entre otras, para lo cual también busca que estas acciones, se desarrollen y fortalezcan a través de las coordinaciones interinstitucionales que se requieren para el efecto.

### a. ANTECEDENTES:

La Procuraduría General de la Nación sostuvo una reunión con autoridades del Ministerio de Relaciones Exteriores y otras instituciones en relación al **"Programa de Retorno Voluntario para Menores"** en las instalaciones de esta Procuraduría el 9 de julio de 2025, con el fin de discutir el plan de acción a tomar respecto a **niños, niñas y adolescentes guatemaltecos** que se encontraban bajo el resguardo de autoridades estadounidenses en albergues designados para dicho perfil, manifestándose preocupación principalmente respecto a los adolescentes próximos a cumplir la mayoría de edad, y el temor de que al alcanzarla fueran trasladados a albergues para adultos y sufrir posteriormente una deportación.

Posteriormente se recibió el Oficio identificado con el número DAMIG-832-2025/GL-367 de fecha 11 de julio de 2025 a través del cual se trasladó un listado de los adolescentes próximos a cumplir 18 años, con el fin de poder ubicar y entrevistar a sus familias para determinar si constituyen recurso familiar idóneo para la recepción de dichos adolescentes en caso fueran retornados al país. Dichos datos se encontraban actualizados hasta el 1 de julio de 2025. Posteriormente se recibió también el oficio de DAMIG-935-2025/GL-405 con una base de datos con información de 609 adolescentes de 14 a 17 años, la cual fue remitida por la Oficina de Reasentamiento de Refugiados (Office of Refugee Resettlement, ORR, por sus siglas en inglés); conforme dicha información, estos serían retornados a Guatemala por ser su país de origen.

### b. DE LAS ACCIONES DE BÚSQUEDA Y LOCALIZACIÓN DE RECURSO FAMILIAR:

Sede central
15 avenida 9-69 zona 13. Ciudad de Guatemala
Sede Zona 8
41 calle 3-45 zona 8. Ciudad de Guatemala
PBX 1584

 www.pgn.gob.gt
PGNguatemalaOficial
 @PGNguatemala

 @PGNguatemala
pgnguatemalaOficial

En atención a los antecedentes, la Procuraduría General de la Nación inició con un plan de individualización, identificación y ubicación de recurso familiar, el cual consistió en identificar en los listados proporcionados, la información necesaria que permitiera agotar otros mecanismo de búsqueda para localizar las direcciones o ubicaciones exactas de los progenitores o posibles recursos familiares de los adolescentes que aparecen en los listados, para lo cual es de suma importancia contar con los números telefónicos y direcciones.

De esa cuenta, se procedió a revisar el listado, proporcionado, siendo el caso que, del listado de los 609 adolescentes, únicamente se proporcionó el número telefónico a favor de 204 y de esa cantidad fue posible confirmar la información de 115.

Previo a realizar las visitas domiciliarias, esta Procuraduría, procedió a realizar la llamadas telefónicas, cuya finalidad consiste recabar la información necesaria que permita realizar una visita domiciliar y el proceso de evaluación; durante este proceso, fue posible establecer que las familias se encontraban sorprendidas al momento de contactarlas, incluso algunas con molestia, ya que varias manifestaron tener conocimiento que sus hijos se encontraban en un proceso que busca protegerlos y regularizar su situación migratoria en Estados Unidos, por lo que no esperan que sus hijos regresen a Guatemala. Otras llamadas no fueron respondidas, algunos teléfonos estaban desconectados y otros indicaron que era número equivocado.

Es oportuno indicar que, como parte de la información que se les brindó a las familias, se les indicó que según información remitida por el Ministerio de Relaciones Exteriores, existe una gran posibilidad de que los adolescentes que aparecen en los listados, sean retornados al país, para lo cual esta Procuraduría se pone a disposición de los mismos para informar sobre este proceso y así como cumplir con las atribuciones que le corresponde de conformidad con la Ley en cuanto a la investigación social, cuando existe amenaza o violación de derechos, aunado a ello establecer, cuál fue el motivo de la migración y sobre todo la disposición de recibir a los adolescentes, para posteriormente vincular a los programas sociales que ofrece el Estado de Guatemala.

c.  **DE LAS VISITAS DOMICILIARIAS:**

Una vez obtenida la información, se coordinó para que los equipos multidisciplinarios que conforman a la Procuraduría General de la Nación a Nivel Nacional, procedieran a realizar las visitas domiciliarias a las familias que habían respondido las llamadas, así también a las familias a las que fue posible identificar una dirección.

En ese sentido, la Procuraduría General de la Nación, procedió a realizar la visita domiciliaria y emisión de informes durante las fechas programadas del 6 al 20 de agosto del presente año, siendo posible elaborar el informe psicosocial o de investigación de las familias de los **115 adolescentes** de quienes fue posible obtener información, siendo oportuno indicar que se identificó lo siguiente:

1.  **50** recursos familiares (progenitores) refirieron que estaban de acuerdo con recibir a sus hijos, si los mismos son retornados, haciendo la salvedad de que ninguno de ellos ésta requiriendo tal situación,



es decir, manifestaron su deseo respecto a que analice la viabilidad de lo que los mismos permanezcan en Estados Unidos, no obstante, el resultado de la evaluación determinó que sí su pueden ser considerados recurso familiar.

Cabe resaltar que, en uno de los informes, los progenitores refirieron que sí su hija regresaba, harían todo lo posible para ella saliera del país, ya que la misma se encuentra amenazada de muerte y por consiguiente no puede vivir en el país.

2. **59** posibles recursos familiares (progenitores) manifestaron su molestia al momento que ésta Procuraduría se constituyó a sus residencias, mostrando rechazo a la evaluación, incluso intimidación, refiriendo que personas de Estados Unidos, les han indicado que sus hijos tiene oportunidad de permanecer en ese país, por lo que no quisieron permitir o autorizar las evaluaciones correspondientes para establecer si los mismos constituyen recurso familiar, incluso algunos, no quisieron ampliar información para ser localizados de forma física.

3. En el caso de **4** adolescentes, se obtuvo información por parte de los familiares, que los mimos ya fueron reintegrados con un *sponsor* o patrocinador en Estados Unidos de América.

4. Respecto a **2** adolescentes, se estableció que los mismos ya habían sido retornados, por consiguiente, ya se encuentran a lado de sus progenitores.

**d. DE LAS ACCIONES REALIZADAS EL 31 DE AGOSTO DEL 2025:**

El 31 de agosto del presente año, se recibió información por diferentes instituciones del posible retorno de un número significativo de adolescentes que figuran en los diferentes listados que fueron traslados y proporcionados por la ORR y autoridades de Estados Unidos, para lo cual esta Procuraduría procedió a realizar las coordinaciones interinstitucionales correspondientes para poner en marcha la "Ruta de Atención Integral" de adolescentes guatemaltecos en contexto de movilidad humana, para su debida atención.

Para el efecto esta Procuraduría realizó coordinaciones con el Ministerio de Relaciones Exteriores, Instituto Guatemalteco de Migración y la Secretaría de Bienestar Social, entre otras, así mismo, procedió a la conformación de los equipos multidisciplinarios que participarían en el proceso de recepción, atención, acompañamiento, evaluación y reunificación familiar de los adolescentes retornados; sin embargo, en horas de la tarde, se nos informó que los mismos no viajarían.

Al momento de constituirnos a las instalaciones de Fuerza Aérea Guatemalteca -FAG- se observó la presencia de 7 núcleos familiares que manifestaron encontrarse en el lugar en virtud de que se les informó que sus hijos serían retornados o bien deportados.

Sede central
15 avenida 9-69 zona 13, Ciudad de Guatemala
Sede Zona 8
41 calle 3-45 zona 8, Ciudad de Guatemala
PBX 1584

 www.pgn.gob.gt     @PGNguatemala
 PGNguatemalaOficial     pgnguatemalaOficial
 @PGNguatemala

Para el efecto, esta Procuraduría procedió a realizar el abordaje psicosocial de los mismos, estableciendo que se encuentran en la disposición plena de recibir a sus hijos en caso los mismos regresen al país, así también, se recabó la información necesaria que permita realizar una investigación social para determinar si los progenitores constituyen o no un recurso familiar.

Cabe resaltar, que dentro de la información que se brindó por parte de los 57 recursos que fueron evaluados, 56 refirieron que el motivo de la migración radica en el tema económico, ya que manifestaron el deseo de que sus hijos puedan trabajar en ese país para poder "enviar dinero", así como la superación personal y nuevas oportunidades para retomar proyectos de vida.

Finalmente, es importante tomar en cuenta que esta Procuraduría continuará con las acciones correspondientes para la identificación y localización de los recursos familiares, así como la inclusión a programas sociales a favor de las y los adolescentes que sean retornados a Guatemala.

# Certified Translation

This declaration certifies the accuracy of the translation named below:

EN_20250904_guatemala.pdf

The documents listed above were translated by an ATA, Federal Court, State Court, United Nations*, or otherwise qualified linguist. These documents are, to the best of my knowledge, complete, faithful, and accurate.

9/5/2025
_____
Date

_____
Florencia Russ, Transcend

*ATA formulates and maintains standards of professional ethics, practices, competence and quality of translation services. ATA accreditation is a testament to a translator's professional competence, as is Federal Court Certification, State of California Certification, and United Nations Affiliation.



1520 Covell Blvd., Ste. 5
Davis, California 95616
Phone 530.756.5834
end@transcend.net
www.transcend.net