# **EXHIBIT D**



**ADMINISTRATION FOR CHILDREN & FAMILIES**

Office of the Assistant Secretary | 330 C Street, S.W., Suite 4034
Washington, D.C. 20201 | www.acf.hhs.gov

**DATE:** August 31, 2025

**TO:** ORR Care Provider Facilities

**FROM:** Angie Salazar, Acting Director, Office of Refugee Resettlement (ORR)

**SUBJECT:** DEMAND FOR COMPLIANCE WITH TERMS OF CUSTODY & CARE

The Administration for Children and Families (ACF) Office of Refugee Resettlement (ORR) requires that all care facilities comply with the lawful directives of ORR as consistent with applicable laws and court orders.

ORR, through a network of shelters and programs, provides care and services to all unaccompanied alien children referred to ORR by other federal agencies, as required by the Homeland Security Act of 2002 and the Trafficking Victims Protection Reauthorization Act of 2008. ORR is statutorily required to consider the interests of the child in decisions relating to the care and custody of the child. 6 USC 279(b)(1)(B). See also 8 USC 1232(c)(3)(A).

**ORR is the agency lawfully authorized and entrusted with the custody and care of unaccompanied alien children including those in your care provider facility.**

When ORR makes a decision regarding the care and custody of a child consistent with and in furtherance of its statutory and legal obligations, your refusal to comply can materially interfere with ORR's ability to effectively complete its statutory mission.

Negligent or intentional failure to comply with lawful requests from ORR regarding the care of the children in your care facility will result in prompt legal action and may result in civil and criminal penalties and charges, as well as suspension and termination of contractual relations with your facility. I refer you to the above referenced laws, the legal terms and conditions of your relationship with ORR and the ORR Unaccompanied Alien Children Bureau Policy Guide.

_Angie M. Salazar_     Date: 2025.08.31 09:17:06 -04'00'

_____     _____
Angie Salazar                                                           Date