# EXHIBIT G

**DECLARATION OF F█████ O███████ Y█ P█████**

I, F████ O██████ Y█ P█████, declare under penalty of perjury the following:

1. My name is F████ O██████ Y█ P█████. I am a 17-year-old boy from ████████, Guatemala.

2. My mother's family is Kiche, although I do not speak Kiche.

3. I entered the United States on about November 4, 2024. I spent about three days in custody of immigration until I was transferred to the shelter where I am staying now, Compass Connections Cameron, on about November 7, 2024.

4. I have a case before the immigration court. My next court date is going to be October 28, 2025. My case has not been decided yet. I want to stay here in the United States and keep fighting it. I do not want to be deported.

5. About six months before the date of this declaration, people from the Guatemalan consulate came to talk to me. They asked me about my life in Guatemala.

6. Then about two weeks before the date of this declaration, people from immigration came to talk to me. They asked me a lot of questions, including about my sponsor here and about where I lived in Guatemala. I did not give them the information for my sponsor or about where I lived in Guatemala.

7. On Sunday, August 31, 2025, at about 1 o'clock in the morning, they arrived in my room and told me they were going to be transporting me out of the shelter. They gave me only about 20 to 30 minutes to get ready. It was not enough time to get all of my stuff together. I had to leave stuff behind.

8. They told me I was not the only one, that there was a big group of us being transported. I had heard from my attorney that they might be trying to deport a big group of Guatemalan children, so I asked what country all the children were from. They told me

they were from different countries. I thought maybe they were reunifying me with my cousin in Maryland or sending me to a shelter closer to him. But when I got to where they were keeping all of us, it turned out that we were all from Guatemala.

9. Finally they told us that we were all going to be going back to Guatemala.

10. I asked to talk to my attorney at ProBAR and they did allow me to call his office, but no one answered since it was the middle of the night.

11. They took us to a bus. I was the first one on the bus. When I got on, I said that I understood that they only way they could send us back to Guatemala was if we got ordered removed by a judge or if we asked for voluntary departure. The man on the bus told me that he was just ordered to transport us and that he didn't know anything about that.

12. I saw that it looked like one child was staying off the bus, so I said I was going to get off the bus. The employee of the transport company told me that I could try and get off of the bus and see what happens. I took it as a threat, so I stayed where I was. The employee was named ▮▮▮▮▮▮▮▮. I saw it on his nametag. After this he stopped responding to my questions.

13. Another child tried to open the window, but they closed it so that we could not escape.

14. We were on the bus for about two hours before we arrived at the airport.

15. We waited on the bus for about four more hours when we got to the airport.

16. Then we waited on the airplane for about four hours.

17. Then they took us back on the bus and they said they weren't sure if they were taking us back to the shelter or to Guatemala or to a different shelter.

18. Finally they told us we were going back to the shelter. We were all very happy. We finally arrived at around 7 or 8pm.

19. Throughout this whole experience I was nervous and sad. I was trying to defend myself by not agreeing to be deported or signing anything, but it felt like I could not defend myself.

20. I cannot go back to Guatemala because my father died when I was 13 and my brother has a brain injury which is getting worse and worse. It is very expensive to live over there and we struggle to survive.

21. I am looking forward to reunifying with my cousin in Maryland. I turn 18 on September 12 so it might be after that, if the shelter does not approve it before that. I look forward to living with him in safety.

The above statement was read to me in the Spanish language by Samuel Phipps, who is competent in English and Spanish to render such translation. I understand the content of the document and the statements herein are true and correct to the best of my knowledge. Executed in Cameron County, Texas.



/s/ F▮▮▮ O▮▮▮ Y▮ P▮▮▮
F▮▮▮ O▮▮▮ Y▮ P▮▮▮

09/02/2025
Date

CERTIFICATE OF TRANSLATOR'S COMPETENCE

I, Samuel Phipps, hereby certify that I am competent in written and oral Spanish and English, and that I have rendered an oral translation of the foregoing declaration from English to Spanish to the best my ability and skill to F███ O███ Y██ P████.

/s/ Samuel Phipps                               09/02/2025
Signature                                       Date