# EXHIBIT H

**DECLARATION OF A▮▮▮ Y▮▮▮▮▮ S▮ T▮▮▮▮**

I, A▮▮▮ Y▮▮▮▮▮ S▮ T▮▮▮▮, declare under penalty of perjury the following:

1. My name is A▮▮▮ Y▮▮▮▮ S▮ T▮▮▮. I am 17 years old and originally from Guatemala.

2. I began living at the Compass Connections Cameron Campus children's shelter in Los Fresnos, Texas, on August 31, 2025. I previously lived at the Compass Connections Chavaneaux in San Antonio, Texas.

3. I am in removal proceedings before the Immigration Court. My case has not been decided yet, and I still have the right to continue fighting for protection.

4. I recently learned that I may be at risk of being removed from the United States before my case is fully heard. I am very afraid that I could be deported even though I am still waiting for the Court to decide my case.

5. I have been asked to participate in interviews with government officials, including Homeland Security Investigation officers, about my case and identity.

6. My family in Guatemala has not participated in interviews with the Guatemalan government.

7. I came to the United States because my family is very poor, and I would not be able to have any form of future in my home country. I would suffer hunger sometimes because we were so poor. I want to stay in the United States.

8. On Saturday, August 30, 2025, around nine in the evening, shelter staff started waking up other Guatemala children to start packing and getting ready. I was awake during this time and just confused as to what was happening. A shelter supervisor got everyone together and took us to the cafeteria. They told everyone that we were all going to be sent back to our home country.

9. The shelter supervisor did not know where we were going. They were just instructed to get us ready because in a couple of hours immigration would be picking us all up. I was sad because I did not know what was happening nor where I was going. Some of my roommates were crying and were so scared and did not know what was happening.

10. It was a total of seven of us that were put on the bus, five others stayed because they were going to see the medical staff. I was able to call my mom and let her know what was happening, my mom sounded so sad on the phone.

11. A couple hours later, some shelter staff including the supervisor and clinicians were arguing with the people who were outside picking us up trying to get answers as to what was happening. After some time, we were told to get our belongings and get on the bus. When I got on the bus, the worker told us that they were hired to just transport us and that we would be traveling for 3-4 hours until we got to the airport.

12. They took us to Harlingen Airport, and we made it there around 5:30 am. They fed us breakfast while we were on the bus, but I wasn't able to eat because of my nerves. I had no appetite for food; I only drank my Gatorade. When I was on the bus, a worker, who I don't know if they were an immigration officer or not, told us we would leave shortly and go back to Guatemala.

13. I got on the plane around 9am or 10am. When the plane started moving, I was really sad. I was so scared and nervous. I was given food and water on the plane. I was even more sad knowing I was going to be deported. I was thinking what I was going to do once I got to Guatemala because I knew I did not have any other opportunity to come back and did not know what my future would be like anymore. The plane never took off and we stayed on the plane for two hours. We were all asking why we were not leaving yet. The workers were saying that there was a lot of planes in Guatemala, and it could not take off.

14. After two hours a worker got on the bus and started calling our names. They told us we were going to get off and to get on a bus. I was so confused about what was happening. When we got on the bus we were there for a long time. I do not know the time because there was no way to tell the time. I was so tired from being awake for a whole night and being seated on the bus for so long. I had very little appetite all day from all the nerves and anxiety I had. There were times when I wanted to sleep, but I couldn't because I was so scared. The bus was really hot as well and made it hard to sleep. After some time, I was told that we were being taken to another shelter, and I felt some relief.

15. Since this happened, I feel like the days are really long. I can't focus on anything because I just keep thinking about them trying to return me to Guatemala. I feel worried not knowing what is next in my life.

16. I understand that there is a prospect of release to a safe sponsor here in the United States, and I am hopeful that I may be placed with a trusted caregiver who can provide me with safety and stability.

17. I want to remain in the United States and continue to fight my case in Immigration Court. Being here in the U.S. gives me security that I do not have in Guatemala.

18. I respectfully ask the Court to allow me to remain in the United States while my case is pending and to protect me from being removed before I have had a full day in court.

Executed on September 2, 2025, in Cameron County, State of Texas.



Electronically signed: /s/A█████ Y███████ S██ T█████
A█████ Y███████ S██ T█████

The above statement was read to me in the Spanish language by Nohemi Charles, who is competent in English and Spanish to render such translation. I understand the content of the document and the statements herein are true and correct to the best of my knowledge.

_____       09/03/2025
Signature                                                              Date

_____

CERTIFICATE OF TRANSLATOR'S COMPETENCE

I, Nohemi Charles, hereby certify that I am competent in written and oral Spanish and English, and that I have rendered an oral translation of the foregoing declaration from English to Spanish to the best of my ability and skill to A███ Y█████ S██ T████.

_____       09/03/2025
Signature                                                              Date