# EXHIBIT I

**DECLARATION OF B███ M█████ R████ P████**

My name is B████ M██████ R████ P████. I declare under the laws of the United States the following statement is true and correct to the best of my memory, knowledge, information and belief.

1. My name is B████ M██████ R████ P████ and I am M████ A████████'s mother. M███ was living in the United States with a foster family. From what I knew she was safe and doing okay.

2. But then late Saturday night in the early Sunday morning hours, I talked to M███. M███ was crying uncontrollably. She sounded very scared. All I could understand was she was woken up and told to change and pack her things quickly. I couldn't get more information about why this was going on. I started crying too with M███ because I was worried for her.

3. I called back later but then couldn't reach M███. So, I called her foster mom. Her Foster mom apologized for what happened. She told me M███ had been taken but she did not know where. She said the whole thing was a surprise to them also. Her foster mom told me she had tried get more information about what was going on and why they were taking M███, but no one would give her details.

4. Her foster mom started crying and said M███ was well behaved and they had a good routine down that worked for them.

5. Yesterday, I heard from M███ again. She let me know they traveled by bus for hours and did not each much food or water during the entire drive. She told me she was feeling sick while on the bus. She told me she did not know where she was, why she was there, or what was going to happen next. She sounded so unsure.

6. When I talked to M███, she was crying and in pain because she had a fever, had body aches, and she told me no one was giving her medicine.

7. She told me she was scared. That the place she is at now with other kids is like a prison. She told me they cannot leave the location and its one person isolated per room. Not at all like the foster home she was in before. I couldn't get more details because of the time limit and how much we were both crying. They forced us off the phone.

8. I learned from a group that this is happening because the government is trying to return her to Guatemala. I have not received communication from Guatemala or the United States Government about what is going on. No one has ever asked me if I wanted M███ to return. I also never told anyone I wanted M███ to return. I think she is in danger if she does return to Guatemala. That is why M███ needs help. She needs help with getting time to get an

attorney and fight her case and not be returned to Guatemala without having that chance. All I ask is that you help my daughter stay safe – help her stay safe by not returning her to Guatemala.

The above statement was read to me in the Spanish language by Soledad Vega, who is competent in English and Spanish to render such translation. I understand the content of the document and the statements herein are true and correct to the best of my knowledge. I have included my fingerprint in lieu of my signature because I cannot read or write.

B▊▊ M▊▊ R▊▊ P▊▊



Date: 09/02/2025

### CERTIFICATE OF TRANSLATORS COMPETENCE

I, Soledad Vega, hereby certify that I am competent in written and oral Spanish and English, and that I have rendered an oral translation of the foregoing declaration from English to Spanish to the best of my ability and skill to B▊▊ M▊▊ R▊▊ P▊▊.

Soledad Vega

09/02/2025
Date