# EXHIBIT J

**DECLARATION OF** ▇▇▇ I.B. ▇▇▇

I, ▇▇ I.B. ▇▇, under penalty of perjury pursuant to 28 U.S.C. § 1746, do hereby state and declare:

1. My name is ▇▇ I.B. ▇▇. I was born on ▇▇, 2009, in ▇▇, Guatemala, and I am Q'eqchi', an indigenous group in Guatemala.

2. I entered the United States around September 16, 2024, and I am currently under the care of ▇▇, a grantee of the Office of Refugee Resettlement ("ORR"). This organization operates a long-term foster care program for ORR, and as part of that program, I live with a foster family in Connecticut.

3. Before coming to the United States, I lived in ▇▇, Guatemala with my mother and siblings. We were very poor. My father was not part of my life since I was very young, and during one of the few times I saw him, he abused me. My mother was unable to care for me.

4. Because of our difficult circumstances, I had to stop going to school and work from a young age to help support my family. There were times when we had no food, and sometimes I had to eat food from dumpsters to survive. There was also a local church that would give me food if I agreed to do missionary work for them. I had to miss school to do the work, and they would not give me the food if I didn't do the work they said.

5. I had to leave Guatemala because of all of my suffering there, and I fled on my own.

6. Here in the U.S., I live with my foster family who treats me well and supports me. Because of their care, I feel safe, secure, and hopeful for my future. I am able to focus on my education and dream about building a better life.

7. I am afraid to go back to Guatemala because no one there can take care of me. My mother still lives in extreme poverty, and my father has never supported or cared for me in any way. Also, in Guatemala, the increase in gang activity makes it very dangerous, especially for young girls like me. Girls are often abused, threatened, or hurt, and there is no one to protect them. I am afraid that if I go back, I could be targeted, and I would not be safe.

8. Around a week and a half ago, some immigration agents came to ask me questions at the foster care program. The agents asked me if I have any family in my home country, and if I talk to my parents. No one asked me if I was afraid to go back to Guatemala, which I am, or if I have ever been forced to work, or what would happen to me if I had to go back to Guatemala. I felt very nervous, confused and worried during the interview because I did not understand why they were asking those questions.

9. I have an immigration hearing on February 6, 2026. My attorney is going to talk to the judge about my case and the visa I applied for to ask for permission to stay in the U.S.

10. I do not want to go back to Guatemala. I would not be safe if I return to Guatemala, and I believe I have no future there.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on: 09/02/2025 at ▮▮▮▮▮, Connecticut

Signed by: ▮▮▮▮▮▮▮▮▮▮
I.B.

## Certificate of Interpretation

I, Dariela Garcia Cantillo, do hereby state and declare, under pains and penalties of perjury, that I am competent in the English and Spanish languages, that I have read the foregoing English version of the declaration to the declarant in its entirety in Spanish, a language in which she is competent, and that the declarant attested to its veracity prior to signing.

_____        09/02/2025
Dariela Garcia Cantillo                 Date