# EXHIBIT K

DECLARATION OF Z████ I████ M████ T████ T██

I, Z████ I████ M████ T████ T██, declare the following statement is the true and correct to the best of my memory, knowledge, information, and belief.

1. Things in my life have been very hard. I have seen a lot of suffering. I am K'iche' and have had to deal with the murder of my people for almost all my life. K'iche' is my maternal language. It is the only language I really spoke until I came to the United States. Here, I started learning Spanish. It was hard to get an interpreter and so I tried as best I could to explain myself in Spanish.

2. Scared for my life, I fled to the United States. It has been a hard journey. I was in a shelter with other kids for a long time. But then, once I was 16, I was placed with the ████ family, a foster family. I was very thankful to be placed with such a loving family. I finally felt safe and secure. Mrs. ████ felt like a second mom to me. I recently started school, and I made a lot of new friends.

3. While I was with my foster family last week, officers from Homeland Security Investigations came to talk to me. They asked me my name and my birthday. They asked me where I was from and how I got to the United States. They asked me about my parents - where they were and their names. They did not ask me anything else. They did not ask me if I wanted to go back. They did not ask me if I was afraid to go back. They did not ask me if I was in danger or if someone hurt me.

4. I also was not very comfortable meeting with them. It was not a private space. Other kids and the staff could hear me. Although they were not mean, they were not nice and friendly. I did not feel safe telling them things. They made me feel suspicious.

5. They also did not explain well why they were meeting with me, why they needed this information.

6. The Guatemalan consulate has not come visit me. I also never called them while I have been in the shelter or with my fosters. I have never said that I wanted to return to Guatemala. I do not think that my parents would have asked for me to return. My mom just wants me to be safe. And she knows my life is in danger if I go back to Guatemala.

7. Last Friday, I met with my immigration judge. And I told the judge I was scared of going back to Guatemala. My attorney told the judge that too. And my attorney told the judge she was going help me apply for asylum. So, the judge gave me more time on my case so I could do that. But it did not matter. It did not matter that I had told the immigration judge I wanted to stay in the United States. The very next day, immigration officials tried to deport me without a chance to present my case.

8. It did not matter I had told the shelter workers I wanted to stay. It did not matter I had told my foster mom I wanted to stay.

9. On late Saturday night, I was woken up in the middle of the night. My foster mom told me to pack a few things, but she didn't know why. This entire process was confusing and scary.

10. When I arrived at the office, officials frisked my body and my shoes and they took my phone, money, and all personal belongings. And they did not tell me why. It was as if, I did not matter at all.

11. They put me on a bus. I was really sad about traveling away from my foster family and my new school. My new friends. My new life. I didn't even get a chance to say goodbye to my foster mom. She has been so good to me, and I didn't even get to tell her thank you. Neither of us knew if this would be the last time that I saw her. That makes me feel really sad.

12. In the bus, we traveled a long way the entire day for many hours. I asked the officials where we were going lots of times. They never responded to me. We were not allowed to get out, to stretch, or even walk around the bus when we stopped.

13. I was terrified. I didn't know where I was being taken, and I didn't know what they were going to do to me once we got there. There are stories about this in the community where I am from. There are stories of K'iche' children being stolen – disappeared.

14. They took us to different places, but I do not know what or where these different places were. I then heard the bus driver arguing with the officials on the bus; she told them that they needed to decide where they were going to take us.

15. After being on the bus what felt like all night and day, we were taken to this new place, a shelter with other immigrant kids. I have not been here before. I feel horrible being here. I feel like I did something wrong. I am really sad like when I first arrived.

16. All I want is a chance to present my case and present all the reasons why I believe I should remain in the United States. I want safety instead of being bused around and put into what feels like prison. I hope I will get a chance to be free. I want to go back to my foster parents. Please help me so I can return back to them.

"I verify that the statements made in this state are true and correct."



Z███ I███ M███ T███ T█

## CERTIFICATE OF TRANSLATION

I hereby certify that I am competent in both Spanish and English and that I have accurately read the above Sworn Declaration of Z███ I███ M███ T███ I█ from English to Spanish to the best of my abilities.

Raquel Melon ███            09/02/25