# EXHIBIT L

DECLARATION OF C███████ M███████ L████

I, C██████ M█████ L████, declare the following statement is true and correct to the best of my memory, knowledge, information, and belief.

1. I speak Mam and Spanish. When I was around 16 years old, I got put in a foster home here in the United States. I arrived to the first shelter around May of 2025. I have been living in shelters since then. I was initially hoping to go live with my sister, but I was told that my sister couldn't sponsor me. I do not understand why I cannot go live with my sister.

2. Instead, I was sent to live with a foster family. They sent me to live with the ██████ Family in Texas. Once I was placed with the █████, I felt stable for the first time in very long time.

3. I have grown close to my foster family. They helped me get ready to start high school. I was nervous at first but once I got there, I made a lot of new friends.

4. Aside from school, I also have to go to immigration court every so often. My last time in immigration court was last Friday.   The judge asked me if I wanted voluntary departure. The attorney who was there with me as Friend of the Court explained what that meant. She told me the judge had gotten a list of kids who had said they wanted to leave the United States. I do not know why I was on that list because I never asked for this.

5. I told the judge that I did not want to go back to Guatemala, so she gave me more time. My case has not been decided yet. I want the time and need the time to find an attorney, because I am scared to go back to Guatemala.

6. I cannot return to Guatemala. I do not have anyone to care of me there.  It is also not safe for me there. I am scared I will continue to be hurt if I go back.  I do not ever want to return to Guatemala.

7. I do not believe my parents ever asked for me to go back to Guatemala. I think this because I have not ever spoken to my parents since I got to the shelter.

8. In the middle of the night on Saturday, my foster parents woke me up and told me that I had to pack my most important belongings because immigration was sending me to another place. I was very confused and scared. I could tell that my foster mother was very worried. She could not tell me where I would go. She did not seem to know much or really able to explain what was happening.

9. I was taken to the foster care office. Some case workers were going through all of my things. I did not know why or what they were looking for. They did not explain anything. I was just crying hysterically. I did not understand what was happening to me.

10. Then government agents arrived. This was worse. They had a lady agent frisked me. The agents took my jewelry and belongings. It felt ugly.

11. I could not believe this was happening. I just moved to this new place, moved in with a foster family and I just started school. I am really sad that I was taken away from all of those things. The things I knew. The things that were helping me to start feeling safe.

12. Then the agents put me in a bus with other kids. We were on the bus for many hours. I felt worried, I immediately thought I was going back to Guatemala. I just didn't know what was going on and no one would tell us what was happening. I was more scared than worried because this meant I would have to return to a place where people have hurt me. We were on that bus since those early morning hours until late in the evening.

13. Then, they brought me here, to a different place. A shelter with other immigrant kids. A place I have never been before. A place where I do not know anyone else except my foster sister, who was also picked up with me that night. I feel sad in this place.  I miss my foster family. We were very close, and I feel like my new family, my new home was taken away from me. I also was taken away from my routines. My life. My school. My friends. Even just being able to walk around outside. Back with my foster parents, if I needed time to go to my room, or needed to walk outside, I could go to my room to walk outside. Here, I don't have the freedom to do that.  I cannot even use the restroom on my own. We have to travel in groups and if someone in my group doesn't want to do something I do then none of us can do it.

14. I do not understand why this is happening to me. I never told anyone I wanted to go back to Guatemala. The immigration police and the Guatemalan government have not asked me if I wanted to go back. Only the immigration judge on Friday and I told the judge I did not want to go back to Guatemala. I do not want to return to my parents in Guatemala. I fear for my safety in Guatemala.

15. I want to remain in the United States. I want my case worker to keep working on my case so I can go to my sister. But until then, I want to go back and live with my foster parents. The place I was making my home until that happened.  I want to continue to fight my case in Immigration Court and have a fair chance. Please help me.

"I verify that the statements made in this state are true and correct."



C████  M████  L████

## CERTIFICATE OF TRANSLATION

I hereby certify that I am competent in both Spanish and English and that I have accurately read the above Sworn Declaration of C████ M████ L████ from English to Spanish to the best of my abilities.

Erik De la Cruz                    9-2-2025