# EXHIBIT M

DECLARATION OF M███ A███ L███ R███

I, M██ A████ L███ R███, declare the following statement is the true and correct to the best of my memory, knowledge, information, and belief.

1. I was put in a shelter here in the United States with other immigrant kids like me. That was really hard on me. Especially at first because I speak Mam, but I also speak Spanish. But once I was placed with the ███ family, I was relieved.

2. When I started to live with the ███, my life felt more stable. I started school and I made lots of new friends. I was still adjusting, but it was a good place to be.

3. Since I have gotten to the United States, no one from the government ever visited me to ask if I wanted to go back to Guatemala. Not when I was in the shelter with the other kids and not at the ███ family. From what my parents in Guatemala have told me, they were never contacted either. I also know my parents did not ask for me to return to Guatemala. I, myself, do not want to return to Guatemala.

4. I have been able to go to Immigration Court since I got to the United States. My most recent court date was on Friday August 29. An attorney appeared as friend of court with me. The judge said she had been given a list of kids who wanted to go back. But I never told anyone I wanted to go back. So, I do not know why my name was on the judge's list. I told this to the judge and the judge gave me time to find an attorney so I can work on my immigration case to stay here.

5. This weekend was terrible. I was woken up in the middle of the night, it was around 1 am. I was told to pack a bag because I have to go to the long-term foster care office. I started crying because I thought I was in trouble, and I did not understand. I felt confused. I packed some of my things but not all of them because I didn't understand what was happening. I thought I would be back. No one told me anything, so I was very afraid.

6. Me and my foster sister were taken to a different place in a bus. I didn't know where we were going. They did not tell us. It was very cold in the vehicle and raining outside, and the sheet they gave us was not enough.

7. During this whole thing, I got a fever and they weren't helping me even though I felt sick.

8. Although they stopped and got us a burger, I could not eat on the bus because I get car sick, and I did not want to throw up.

9. I really miss my foster family. Everything was really good there. I didn't lack anything with them. My foster mom made good food, and she was really nice. I also just started school, and I made lots of new friends. But with this, now I am missing my school, and missing my friends. I am missing my life.

10. I don't like being here, in this new place. A shelter with other kids. They have us in a room. I feel locked away. I want to go back to my foster family. Please help me so I can go back to my foster family and keep working on my case.

11. I do not want to go back Guatemala. I came to the United States to be safe and want a chance to remain in the United States.

12. When a girl turns 15 in my country it is expected that they get married, but I didn't want that. I saw many girls be forced into marriage and live horrible lives filled with physical abuse and poverty. When I turned 15, a 19-year-old boy started courting me. He tried giving my family and me small gifts. He asked me to be his girlfriend, and I refused. This refusal made him angry, and he threatened to kill us all. As the threats became worse, I came to the United States.

"I verify that the statements made in this state are true and correct."



M▮▮A▮▮▮▮L▮▮R▮▮

## CERTIFICATE OF TRANSLATION

I hereby certify that I am competent in both Spanish and English and that I have accurately read the above Sworn Declaration of M▮▮A▮▮▮L▮▮R▮▮ English to Spanish to the best of my abilities.

_Raquel Melon_   09/02/2025