# EXHIBIT N

**DECLARATION OF CHILD'S D▮▮ A▮▮ G▮▮ R▮▮**

I, D▮▮ A▮▮ G▮▮ R▮▮ declare under penalty of perjury the following:

1. My name is D▮▮ A▮▮ G▮▮ R▮▮. I am 16 years old and originally from Guatemala.

2. I currently live at Compass Connection Cameron, a children's shelter in Los Fresnos, Texas.

1. I am in removal proceedings before the Immigration Court. My case has not been decided yet, and I still have the right to continue fighting for protection.

2. I recently learned that I may be at risk of being removed from the United States before my case is fully heard. I am very afraid that I could be deported even though I am still waiting for the Court to decide my case.

3. I have not been asked to participate in interviews with government officials, including Homeland Security Investigation officers and the Guatemalan consulate, about my case and identity.

4. My family in Guatemala has not participated in interviews with the Guatemalan government.

5. I came to the United States seeking a better life for myself and my family.

6. Late Saturday night I woke up at 11:00 PM and the shelter supervising staff told me that I was going to be gathered with other children from Guatemala in a room. I was held there by the shelter staff until I was picked up by government officials. I was told that I was going to be deported by the shelter staff around 1:00 AM. I was then put on a bus at 2:00 AM and drove overnight to the Harlingen, TX from San Antonio, TX. I arrived at Harlingen airport at 9:00 AM and waited for 2 hours before boarding a plane at 11:00 AM. I was waiting in the plane for 2 hours before being taken off at 1:00 PM. Then government officials put me in a bus from 1:00 PM till 5:00 PM. I was then transferred to Compass Connections Cameron, but I was originally in Compass Connections San Antonio.

7. The impact of being woken up in the middle of the night and threatened with my return to Guatemala is very stressful.

8. I understand that there is a prospect of release to a safe sponsor here in the United States, and I am hopeful that I may be placed with a trusted caregiver who can provide me with safety and stability.

9. I want to remain in the United States and continue to fight my case in Immigration Court.

10. I respectfully ask the Court to allow me to remain in the United States while my case is pending and to protect me from being removed before I have had a full day in court.

Executed on September 02, 2025 Texas.

The above statement was read to me in the Spanish language by <u>Roy Manuel Cantu Jr</u>, who is competent in English and Spanish to render such translation. I understand the content of the document and the statements herein are true and correct to the best of my knowledge.

*DAGR*

Signature                                                                                   09/02/2025

                                                                                                                    Date

---

## CERTIFICATE OF TRANSLATOR'S COMPETENCE

I, <u>Roy Manuel Cantu Jr</u>, hereby certify that I am competent in written and oral Spanish and English, and that I have rendered an oral translation of the foregoing declaration from English to Spanish to the best my ability and skill to (CLIENT NAME).

*Roy Cantu*

Signature                                                                                  09/02/2025

                                                                                                                     Date