# EXHIBIT O

DECLARATION OF D███ Y███ D█ C█ R█████

I, D███ Y███ D█ C█ R█████ declare the following statement is the true and correct to the best of my memory, knowledge, information, and belief.

1. I am 17 years old, and from Honduras. I have been here since January of 2025. I arrived unaccompanied to the United States with only some friends, no family members. I am currently at a foster home in the Dallas area. My foster mom takes good care of me. I feel safe here.

2. In Texas I am able to attend school, see a doctor, and enjoy other activities.

3. I am afraid to return to Honduras. My mother and I lived with my uncle, and he was abusive. He did things to me I do not like to talk about. It would be dangerous for me, and I do not want to return. My mother does not want me to go back to that either; so I do not think she would have asked for my return.

4. I also cannot remember my dad. He moved away when I was very little and then died.

5. I received a visit from HSI, but they never asked me if I wanted to return to my country. I also never told them that I wanted to go back to Honduras. I have not spoken to anyone from the Honduran Consulate. I have not had any conversations with anyone where I have ever indicated a wish to return to my country.

6. At the end of August, I had an immigration court hearing. The judge asked me if I wanted Voluntary Departure, but I told them that I did not. The judge said he had been given a list and that I was on that list. But I do not know why I was on that list. The judge gave me more time to work on my case. My next hearing is set for October.

7. I am scared of being taken away from my foster family. I feel safe there and I have a lot of friends. I only want to leave my foster family if it is to live with my paternal uncle in Virginia.

8. Please help me so that I can continue to work with my case manager on my release to my family in the United States, while I work on my immigration case. I want to continue studying and have a career.

"I verify that the statements made in this document are true and correct and have been read to me in the Spanish language." ("*He verificado que las declaraciones hechas en este documento son verdaderas y correctas y que me han sido leidas en el idioma Español.*")

SIGNATURE ▮▮▮▮▮▮▮▮▮▮▮▮

NAME: D▮▮ Y▮▮ D▮ C▮ R▮▮▮

09/04/2025
Date

## CERTIFICATE OF TRANSLATION

I hereby certify that I am competent in both Spanish and English and that I have accurately read the above Sworn Affidavit to the Affiant and translated it from Spanish to English to the best of my abilities.

SIGNATURE: *J. Thomas, Esq.*
NAME:  Jaha Thomas, Esq.

09/04/2025
Date