# EXHIBIT Q

Declaration of Stephanie Lubert

I, Stephanie Lubert, pursuant to 28 U.S.C. § 1746, declare:

I work at HIAS Pennsylvania. My job title is Managing Attorney. On August 8, 2025, at 10:48am, I received the attached email from a Federal Field Specialist at the Office of Refugee Resettlement. The subject line was, "[Shelter name] Interviews URGENT." My email address is slubert@hiaspa.org. There were two attachments to this email, one titled, "OPLA Guidance 08052025 New UAC Initiative" and one titled, "UAC [Shelter name]."

We represent several children on the list, and I was concerned about these interviews going on with our clients and other children. The email attachment (OPLA Guidance 08052025 New UAC Initiative), which is attached here, does not align with my understanding of children's right to counsel during custodial interrogations.

09/08/2025

Stephanie Lubert, Esq.



Stephanie Lubert <slubert@hiaspa.org>

## FW: ███ Interviews URGENT
7 messages

███ (ACF) <███@acf.hhs.gov>   Fri, Aug 8, 2025 at 10:47 AM
To: "khepburn@hiaspa.org" <khepburn@hiaspa.org>, "slubert@hiaspa.org" <slubert@hiaspa.org>, ███, Mary McCabe <mmccabe@hiaspa.org>, ███

URGENT NOTICE

Good morning Kaitlyn and Stephanie

Please see below and attached. There is an HSI agent that will be going to ███ on Monday to interview the children in regards to the attached OPLA letter received. The children should have an attorney present during the interviews – kindly confirm if arrangements can be made as HSI has a habit of showing up without extending an amicable date and time. In terms of logistics, once confirmed that LSP can be present I will loop you in the email of what time they want to arrive to the facility so that someone can be present with the children.

Please feel free to call me however I was advised that would be available after 1:00 PM today I will contact you directly after that time. I have enclosed all of the documents that were sent to me by the below HSI officer.

Respectfully submitted,



Federal Field Specialist

Office of Refugee Resettlement

Administration for Children and Families

U.S. Department of Health and Human Services

For after hours, weekends and holidays concerns that require immediate assistance/emergencies please contact ORR Field Operations on-call number at 202-795-7711.

CONFIDENTIALITY NOTICE: The information contained in this e-mail message, including any attachments, is for OFFICIAL USE ONLY (FOUO) and is for the sole use of the intended recipient(s). Furthermore, this e-mail and its attachments, if any, may contain GOVERNMENT SENSITIVE

material and is therefore, privileged, and confidential. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please notify the sender by reply e-mail and delete the original message and all copies from your computer.

**From:** ██████████████@hsi.dhs.gov>
**Sent:** Friday, August 8, 2025 10:19 AM
**To:** ██████ (ACF) <██████@acf.hhs.gov>
**Cc:** ██████████████@hsi.dhs.gov>
**Subject:** ██████ Interviews

Good morning ████

Thanks so much for speaking with me this morning and getting everything cleared for *Monday, August 11, 2025*. Please let me know once cleared with ████████ so we may coordinate a time.

I attached our letter from OPLA advising ORR has cleared the interviews and a list of the children's names. Please let me know if any additional information is needed at this time.

Those highlighted in red will not be interviewed.

V/R

████████

**Special Agent**

Homeland Security Investigations (HSI)

████████

E-mail: ████████@ice.dhs.gov

---

**2 attachments**


OPLA Guidance 08052025 New UAC Initiative.pdf
214K


UAC ████.xlsx
11615█

████ (ACF) <████████@acf.hhs.gov>     Fri, Aug 8, 2025 at 11:41 AM

To: "khepburn@hiaspa.org" <khepburn@hiaspa.org>, "slubert@hiaspa.org" <slubert@hiaspa.org>, ▮▮▮▮
Cc: Mary McCabe <mmccabe@hiaspa.org>, "tbenchoamrogers@theyoungcenter.org" <tbenchoamrogers@theyoungcenter.org>, "amozuna@theyoungcenter.org" <amozuna@theyoungcenter.org>, Laura Nino-Berry <lnino-berry@theyoungcenter.org>

Looping in the Child Advocates for their visibility. ▮▮▮▮ f there are any additional CA's not included please loop them into this email.

Thank you.

Respectfully submitted,

▮▮▮▮

Federal Field Specialist

Office of Refugee Resettlement

Administration for Children and Families

U.S. Department of Health and Human Services

▮▮▮▮

For after hours, weekends and holidays concerns that require immediate assistance/emergencies please contact ORR Field Operations on-call number at 202-795-7711.

CONFIDENTIALITY NOTICE: The information contained in this e-mail message, including any attachments, is for OFFICIAL USE ONLY (FOUO) and is for the sole use of the intended recipient(s). Furthermore, this e-mail and its attachments, if any, may contain GOVERNMENT SENSITIVE material and is therefore, privileged, and confidential. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please notify the sender by reply e-mail and delete the original message and all copies from your computer.

[Quoted text hidden]

**2 attachments**

- OPLA Guidance 08052025 New UAC Initiative.pdf
  214K
- UAC ▮▮▮▮.xlsx
  11615▮

▮▮▮▮                                                                                         Fri, Aug 8, 2025 at 11:43 AM
To: ▮▮▮▮ (ACF)" ▮▮▮▮@acf.hhs.gov>, "khepburn@hiaspa.org" <khepburn@hiaspa.org>, "slubert@hiaspa.org" <slubert@hiaspa.org>
Cc: Mary McCabe <mmccabe@hiaspa.org>, "tbenchoamrogers@theyoungcenter.org" <tbenchoamrogers@theyoungcenter.org>, "amozuna@theyoungcenter.org" <amozuna@theyoungcenter.org>, Laura Nino-Berry <lnino-berry@theyoungcenter.org>, "rchavarria@theyoungcenter.org" <rchavarria@theyoungcenter.org>

Looping in Child Advocate, Ruth Chavarria as well.



Notice: This communication, including attachments, may contain information that is confidential and protected. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an associate or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful.

**From:** ▮▮▮▮▮ (ACF) <▮▮▮▮▮@acf.hhs.gov>
**Sent:** Friday, August 8, 2025 11:41 AM
**To:** khepburn@hiaspa.org; slubert@hiaspa.org; ▮▮▮▮▮
**Cc:** Mary McCabe <mmccabe@hiaspa.org>; tbenchoamrogers@theyoungcenter.org; amozuna@theyoungcenter.org; Laura Nino-Berry <lnino-berry@theyoungcenter.org>
**Subject:** RE: ▮▮▮▮▮ interviews URGENT

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

[Quoted text hidden]

▮▮▮▮▮ (ACF) <▮▮▮▮▮@acf.hhs.gov>    Fri, Aug 8, 2025 at 11:50 AM
To: "khepburn@hiaspa.org" <khepburn@hiaspa.org>, "slubert@hiaspa.org" <slubert@hiaspa.org>, ▮▮▮▮▮
Cc: Mary McCabe <mmccabe@hiaspa.org>, "tbenchoamrogers@theyoungcenter.org" <tbenchoamrogers@theyoungcenter.org>, "amozuna@theyoungcenter.org" <amozuna@theyoungcenter.org>, Laura Nino-Berry <lnino-berry@theyoungcenter.org>, "rchavarria@theyoungcenter.org" <rchavarria@theyoungcenter.org>

Looping in CA Ruth Chavarria

Respectfully submitted,

[redacted]

Federal Field Specialist

Office of Refugee Resettlement

Administration for Children and Families

U.S. Department of Health and Human Services

[redacted]

[redacted]

For after hours, weekends and holidays concerns that require immediate assistance/emergencies please contact ORR Field Operations on-call number at 202-795-7711.

CONFIDENTIALITY NOTICE: The information contained in this e-mail message, including any attachments, is for OFFICIAL USE ONLY (FOUO) and is for the sole use of the intended recipient(s). Furthermore, this e-mail and its attachments, if any, may contain GOVERNMENT SENSITIVE material and is therefore, privileged, and confidential. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please notify the sender by reply e-mail and delete the original message and all copies from your computer.

**From:** [redacted] (ACF)
**Sent:** Friday, August 8, 2025 11:41 AM
**To:** khepburn@hiaspa.org; slubert@hiaspa.org; [redacted]
**Cc:** Mary McCabe <mmccabe@hiaspa.org>; tbenchoamrogers@theyoungcenter.org; amozuna@theyoungcenter.org; Laura Nino-Berry <lnino-berry@theyoungcenter.org>
**Subject:** RE: [redacted] nterviews URGENT

Looping in the Child Advocates for their visibility. [redacted] if there are any additional CA's not included please loop them into this email.

[Quoted text hidden]

2 attachments

- **OPLA Guidance 08052025 New UAC Initiative.pdf**
  214K

-  **UAC [redacted].xlsx**
  11615K

---

**Kaitlyn Hepburn** <khepburn@hiaspa.org>	Fri, Aug 8, 2025 at 11:51 AM
To: Stephanie Lubert <slubert@hiaspa.org>

**Kaitlyn Hepburn** (She/Her)
Immigrant Youth Advocacy Program Paralegal
Phone 267-793-2749  Fax 215-832-0919
Web www.hiaspa.org
Email khepburn@hiaspa.org
**HIAS Pennsylvania**
600 Chestnut St, Suite 500B,
Philadelphia, PA 19106

*HIAS Pennsylvania is migrating.*

Our **Mailing Address is:**

HIAS Pennsylvania

P.O. Box 8688

Philadelphia, PA 19101

Because we are between spaces, HIAS PA is seeing clients by **appointment only**. To open a new case please call us at 215-832-0900 during our INTAKE hours:
**Wednesday 9:30 am – 12.00 pm or**
**Thursday 2.00 pm – 4:30 pm.**
To meet your legal advocate or case manager please call them directly to schedule an appointment or call 215 832-0900 to be transferred to your legal advocate or case manager. Please leave a message if you get voicemail. We are experiencing a high volume of calls. Thank you for your patience with us during this period of transition.

Confidentiality Notice: This message contains information that may be privileged, confidential, and exempt from disclosure under applicable law. If you're not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you're hereby notified that any dissemination, distribution, or copying of this communication is prohibited. If you've received this communication in error, please reply to the sender and destroy all copies of this transmission.

---------- Forwarded message ----------
From: ▓▓▓▓▓▓▓ (ACF) <▓▓▓▓▓▓▓@acf.hhs.gov>
Date: Fri, Aug 8, 2025 at 10:48 AM
Subject: FW: ▓▓▓▓ Interviews URGENT
[Quoted text hidden]
[Quoted text hidden]

**2 attachments**



OPLA Guidance 08052025 New UAC Initiative.pdf
214K

UAC▓▓▓▓▓▓.xlsx
11615K

---

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                                    Fri, Aug 8, 2025 at 11:54 AM
To: ▓▓▓▓▓▓▓▓ (ACF)" <▓▓▓▓▓▓@acf.hhs.gov>, "khepburn@hiaspa.org" <khepburn@hiaspa.org>, "slubert@hiaspa.org" <slubert@hiaspa.org>
Cc: Mary McCabe <mmccabe@hiaspa.org>, "tbenchoamrogers@theyoungcenter.org" <tbenchoamrogers@theyoungcenter.org>, "amozuna@theyoungcenter.org" <amozuna@theyoungcenter.org>, Laura Nino-Berry <lnino-berry@theyoungcenter.org>, "rchavarria@theyoungcenter.org" <rchavarria@theyoungcenter.org>, Fryda Cortes <fcortes@theyoungcenter.org>

Looping in CA, Fryda Cortes.

Thank you all for your support in advance!



Notice: This communication, including attachments, may contain information that is confidential and protected. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an associate or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful.

**From:** ▮▮▮▮▮▮▮ (ACF) <▮▮▮▮▮▮▮@acf.hhs.gov>
**Sent:** Friday, August 8, 2025 11:51 AM
**To:** khepburn@hiaspa.org; slubert@hiaspa.org; ▮▮▮▮▮▮▮
**Cc:** Mary McCabe <mmccabe@hiaspa.org>; tbenchoamrogers@theyoungcenter.org; amozuna@theyoungcenter.org; Laura Nino-Berry <lnino-berry@theyoungcenter.org>; rchavarria@theyoungcenter.org
**Subject:** RE: ▮▮▮▮▮ Interviews URGENT

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Looping in CA Ruth Chavarria

[Quoted text hidden]



**From:** Loiacono, Adam V <Adam.V.Loiacono@ice.dhs.gov>
**Sent:** Tuesday, August 5, 2025 6:48 PM
**To:** King, Tatum <Tatum.King@hsi.dhs.gov>
**Cc:** Hippolyte, Tasha <Tasha.Hippolyte@hsi.dhs.gov>; Weindorf, Eric J <Eric.J.Weindorf@hsi.dhs.gov>; Kovachy, Matthew <Matthew.Kovachy@ice.dhs.gov>; Spidle, Helki <Helki.Spidle@ice.dhs.gov>; Loiacono, Adam V <Adam.V.Loiacono@ice.dhs.gov>
**Subject:** RE: New UAC Initiative for Action

Tatum,

Thanks for reaching out on this question. We understand that, in an effort to help the Department of Health and Human Services (HHS) reunite unaccompanied alien children (UAC) with their families, HSI intends to interview a number of UAC at HHS shelters with the following goals:

1. Locate a parent or guardian responsible for the UAC
2. Reunite the UAC with their parent/guardian
3. If the parent or guardian is unlawfully present in the US, take administrative action as appropriate (after reuniting them with their child so they remain a family unit throughout any administrative process)
4. Assess criminal conduct which warrants investigation or enforcement (to include trafficking, smuggling, harboring, false statements, etc.)

We also understand, from your message, that some of the UAC are represented by counsel. The William Wilberforce Trafficking Victims Protection Reauthorization Act of 2008 (TVPRA) requires that HHS, "ensure, to the greatest extent practicable . . . that all [UAC] who are or have been in the custody of [HHS] . . . have counsel to represent them." 8 U.S.C. § 1232(c)(5); *see also* 6 U.S.C. § 279(b)(1)(A) (requiring HHS to develop plans to "ensure that qualified and independent legal counsel is timely appointed to represent the interests of each such child"). Specifically, such counsel is "to represent them in *legal proceedings or matters* and protect them from mistreatment, exploitation, and trafficking." 8 U.S.C. § 1232(c)(5) (emphasis added). The context in which the intended HSI interviews would occur would not qualify as "legal proceedings or matters," therefore it does not appear that any representation by such counsel would extend to the purpose of the interviews, such that counsel would be required to be present for such interviews. *See Lucas R. v. Becerra*, 2022 WL 2177454, *29-31 (C.D. Cal. 2022) (finding that "legal proceedings or matters" in 8 U.S.C. § 1232(c)(5) is not limited to representation in removal proceedings but would also extend to "decisions regarding placement of children in secure facilities, evaluation of custodial fitness, and medicating children without parental consent"). Moreover, HSI's purpose for conducting the interviews— family reunification— serves to counter "mistreatment, exploitation, and trafficking," which is consistent with one of the purposes for representation by counsel under the TVPRA. Of course, HSI should not question the UAC with regard to issues related to removability and eligibility for relief or protection from removal without their counsel present.

Additionally, we understand that HHS Office of Refugee Resettlement (ORR), which is responsible for the care and custody of the UAC, has cleared contact by HSI to conduct these interviews. With that understanding, HSI will likely interview the UAC in federal custody. Not all custodial questioning requires *Miranda* warnings. *Miranda v. Arizona*, 384 U.S. 436 (1966). The Supreme Court has clarified that custodial interrogation includes "both express questioning and words or actions . . . reasonable likely to elicit an incriminating response." *Pennsylvania v. Muniz*, 496 U.S. 582, 601 (1990). If, during the course of a custodial interview initiated with the goal of family unity, HSI develops suspicion that the UAC themselves may be involved in criminal activity (including, but not limited to false statements, trafficking, smuggling, or harboring), and seeks to pursue a line of questioning designed to elicit an incriminating response, HSI should stop and administer *Miranda* warnings before proceeding further with the interview.

If specific questions arise in the course of this effort, please let us know and we will look at the particulars. I am adding Matt and Helki here in case there is any follow up.

Thanks,

**Adam V. Loiacono**
Deputy Principal Legal Advisor for
Enforcement and Litigation
Office of the Principal Legal Advisor
U.S. Immigration and Customs Enforcement
Iphone: 202-500-3700
adam.loiacono@ice.dhs.gov
avloiacono@dhs.ic.gov

*** ATTORNEY/CLIENT PRIVILEGE *** ATTORNEY WORK PRODUCT ***
**This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product and/or law enforcement sensitive information. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient. Please notify the sender if this message has been misdirected and immediately destroy all originals and copies. Any disclosure of this document or information contained therein must be approved by the Office of the Principal Legal Advisor, U.S. Immigration & Customs Enforcement. This document is for INTERNAL GOVERNMENT USE ONLY and is FOIA exempt under 5 U.S.C. § 552(b)(5), (b)(7).**