# EXHIBIT R

**DECLARATION OF A▓▓▓ V▓▓▓▓ R▓▓▓ R▓▓▓▓**

I, A▓▓▓ V. R▓▓▓ R▓▓▓▓, declare under penalty of perjury the following:

1. My name is A▓▓▓ V▓▓▓▓ R▓▓▓ R▓▓▓▓. I am 16 years old and originally from El Salvador.

2. I live at the Urban Strategies children's shelter in San Benito, Texas.

3. I am in removal proceedings before the Immigration Court. My case has not been decided yet, and I still have the right to continue fighting for protection.

4. I recently learned that I may be at risk of being removed from the United States before my case is fully heard. I have yet to have a hearing in front of the judge. My attorney tells me that I had a hearing briefly scheduled for November of this year, but now it says I do not have a future hearing date in my case. I do not know why. I am very afraid that I could be deported even though I am still waiting for the Court to hear from me about my case.

5. I have been asked to participate in interviews with government officials, the Salvadoran Consulate, about my case and identity. They asked me questions about how I was doing and confirmed who I was. They came to my shelter about a month ago.

6. I have spoken with my family in El Salvador. My family in El Salvador has not participated in interviews with the Salvadoran government. They do not have any knowledge that I could be sent back to El Salvador quickly.

7. I do not have any family in El Salvador that can take good care of me and keep me safe. My two sisters already fled to the United States, and my father fled here as well. My mom is still in El Salvador, but it is not safe to be there with her or elsewhere in El Salvador because I will be targeted by the police.

8. I came to the United States because I feared for my safety and life in El Salvador. I am scared that I will be harmed or killed by the police. My family and myself have been threatened by the police in El Salvador for over 10 years. First, we were extorted my family and we had to close our restaurant because we ran out of money. Then, my father was unlawfully arrested after the police planted drugs in his car. He was in jail for seven years and then he had to flee to the US. My uncle was disappeared by the police in 2022, and we fear he is dead. My mom started to be a human rights defender, joining groups that track the disappearances and try to document what is happening against the Salvadoran people. Then the police started to target her, too.

9. The threats against me started in 2024, once my sisters left. They were threatening me to get to my dad and my mom, who continued to speak out against the police. They showed

up at the school and they would follow me when I was walking home, harassing me for information. I am very scared to return. I would have to be hiding, I couldn't live, I could not go to school. I fear that I will disappear like my uncle or worse. I can't go back.

10. I understand that there is a prospect of release to a safe sponsor here in the United States, and I am hopeful that I may be placed with a trusted caregiver who can provide me with safety and stability.

11. I want to remain in the United States and continue to fight my case in Immigration Court.

12. I respectfully ask the Court to allow me to remain in the United States while my case is pending and to protect me from being removed before I have had a full day in court.

Executed on September 5, 2025, in San Benito, Texas.

The above statement was read to me in the Spanish language by Aimee Korolev, who is competent in English and Spanish to render such translation. I understand the content of the document and the statements herein are true and correct to the best of my knowledge.

██████████████████████████                                         9/5/2025

Signature                                                                Date

---

### CERTIFICATE OF TRANSLATOR'S COMPETENCE

I, Aimee Korolev, hereby certify that I am competent in written and oral Spanish and English, and that I have rendered an oral translation of the foregoing declaration from English to Spanish to the best my ability and skill to A████ V. R████ R████.

*Aimee Korolev*                                                         9/5/2025

Signature                                                                Date