# EXHIBIT S

## DECLARATION

I, Natasha H. Rosario, declare under penalty of perjury the following:

1. My name is Natasha Halina Rosario. I am over age 18 and competent to make this declaration.

2. I am an attorney and the Children's Program Director for the Unaccompanied Minors Program at the nonprofit legal organization Estrella de El Paso in El Paso, Texas. I have worked at Estrella del Paso for about 10 years.

3. Estrella del Paso is the legal services provider for the Office of Refugee and Resettlement (ORR) shelters for unaccompanied children in El Paso, Texas.

4. On Friday, September 5, 2025, at 9:24 AM (MDT), I received a phone call from a phone number I recognized as one from the shelters we provide legal services to.

5. The person did not identify herself and requested to stay anonymous.

6. The person expressed her gratitude for the services we provide to the children. She then proceeded to alert us, as legal services providers, that the government was planning to repatriate all children under the ORR custody without making any announcement. She said that the government was "attacking" all the children, not only the children from Guatemala.

7. The person requested us to provide a Know Your Rights presentation and to empower the children to verbalize their fear of return to their country and to say that they do not want to return to their home country.

8. The person was emotional and said that all these involuntary repatriations were unfair and sad for the children.

Executed in El Paso County, Texas, on the 8th day of September 2025.

Natasha H. Rosario, Esq.
Children's Program Director
Estrella del Paso
Declarant