# EXHIBIT T

Case 1:25-cv-02942-TJK   Document 40-21   Filed 09/08/25   Page 1 of 5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

| | |
|---|---|
| L.G.M.L., *et al*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> Krisit Noem, *in her official capacity as Secretary* ) <br> *Of the US. Dept. of Homeland Security, et al,* ) <br> ) <br> Respondents. ) <br> ) | Case No. 1:25-cv-2942-TJC |

**DECLARATION OF LAURA SMITH**

I, Laura Smith, formerly Laura Hoover, declare under penalty of perjury that the following statements are true and correct.

1. I am a licensed attorney in good standing in the State of Illinois and am the Executive Director of Children's Legal Center ("CLC"), 1100 W. Cermak Road, Suite 422, Chicago, Illinois 60608. I am the attorney for Unaccompanied Minor Children (UACs) located in five (5) ORR facilities in Illinois and Indiana. This includes two (2) facilities whom ORR contracted with National Youth Advocacy Center (NYAP) to run and those facilities are located in in ▉▉▉ Illinois and ▉▉▉ Illinois (NYAP ▉▉▉ and NYAP ▉▉▉).

2. On September 4, 2024 I received an email from ▉▉▉ ▉▉▉, ▉▉▉ at the NYAP ▉▉▉ Illinois ORR facility informing me that the ORR Program Officer (PO) alerted NYAP ▉▉▉ that "ICE may soon be taking into custody minors from the country of Honduras with the intent to repatriate them to their home country". A true and accurate copy of that email is attached to this Declaration.

3. On September 5, 2024 I received an email from ▉▉▉, ▉▉▉ ▉▉▉ at NYAP, informing me that the ORR Program Officer (PO) alerted NYAP that "ICE

may soon be taking into custody minors from the country of Honduras with the intent to repatriate them to their home country". Based on my verbal conversation with ▓▓▓▓, I understood this notice to be with respect to the NYAP ▓▓▓▓ facility. A true and accurate copy of that email is attached to this Declaration.

Executed on the 8th day of September 2025 in Chicago, Illinois.

                               /s/ Laura J Smith
                               Laura Smith
                               Executive Director and Attorney
                               Children's Legal Center



Laura Smith

## NYAP PO Notice of Repatriation of Honduran Minors

To: [redacted], Laura Smith [redacted], Laura Hoover [redacted]

Thu, Sep 4, 2025 at 2:36 PM

Good afternoon CLC LSP team,

This afternoon we were alerted by our PO that ICE may soon be taking into custody minors from the country of Honduras with the intent to repatriate them to their home country. Our PO has also asked that we immediately contact our LSP to inform them of this update and to maintain you continuously informed if we receive an ICE visit either to the program or the foster parents' homes.

Thank you for all you do!

Here to Serve,

National Youth Advocate Program
IL





*Caring for People – Connecting Communities – Promoting Peace*

This email, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you received this email and are not the intended recipient, please inform the sender by email reply and destroy all copies of the original message. **Save the Planet; Please Don't Print Unless Necessary!**
CONFIDENTIALITY NOTICE: This email (and/or the documents accompanying such) may contain privileged/confidential information. Such information is intended only for the use of the individual or entity above. If you are not the named or intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of such information is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by telephone to arrange for the secure return of the document.



Laura Smith

## Request
1 message

> 
To: Laura Hoover

Fri, Sep 5, 2025 at 4:13 PM

Good afternoon Team,

This afternoon we were alerted by our PO that ICE may soon be taking into custody minors from the country of Honduras with the intent to repatriate them to their home country. This is similar to what occurred unsuccessfully last week and weekend with minors from Guatemala. PO has asked that you immediately contact your LSP to inform them of this update and to maintain LSP continuously informed if you receive an ICE visit either to the program or the foster parents' homes.

PO has also requested that you elevate to her and to her supervisor Alejandra Devito at alejandra.devito@acf.hhs.gov any updates regarding this matter. As always, keep us informed as well of any such updates.

Please inform your respective APDs accordingly.

Kindly let me know if you have any questions.

Thank you.



National Youth Advocate Program

*Caring for People, Connecting Communities, Promoting Peace*

This email, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you received this email and are not the intended recipient, please inform the sender by email reply and destroy all copies of the original message.

CONFIDENTIALITY NOTICE: This email (and/or the documents accompanying such) may contain privileged/confidential information. Such information is intended only for the use of the individual or entity above. If you are not the named or intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of such information is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by telephone to arrange for the secure return of the document.