UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| L.G.M.L., et al.<br><br>　　　*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>　　　*Defendants*. | Case No. <u>25-cv-2942-TJK</u><br><br>**PLAINTIFFS' MOTION TO PROVIDE REMOTE PUBLIC ACCESS TO COURTROOM AUDIO FOR THE SEPTEMBER 10, 2025, HEARING** |

　　　Plaintiffs respectfully request that the Court authorize an audio-only call-in line for the upcoming September 10, 2025, hearing on Plaintiffs' motion for a Preliminary Injunction in this case, which brings a statutory and constitutional challenge to Defendants' unlawful attempts to remove unaccompanied minors from the United States. Plaintiffs are 10 Guatemalan unaccompanied minors based across the country and one organization based in Chicago, IL as their next friend, representing a putative class of unaccompanied immigrant children. A teleconference line would allow access for Plaintiffs and other members of the public interested in this hearing concerning the facts and issues in this case, for whom in-person attendance may not be feasible.

　　　A Standing Order of this Court provides that "the presiding judge may authorize" a call-in line for the public and members of the media in a non-trial civil proceeding. U.S. Dist. Ct. for the Dist. of Columbia, Public Access Teleconference Information, https://www.dcd.uscourts.gov/public-access-teleconference-information; *In re: Prohibition on Photographing, Recording, Broadcasting, and Livestreaming Judicial Proceedings*, Standing

1

Order 24-31 (JEB), ¶ 2 (Sept. 18, 2024),

https://www.dcd.uscourts.gov/sites/dcd/files/Standing%20Order%20No.%2024-31_001.pdf.

Plaintiffs have conferred with counsel for the government, *see* LCvR 7(m), who advised that Defendants do not take a position on this Motion.

Dated: September 8, 2025

Respectfully submitted,

| | |
|---|---|
| Joseph W. Mead (1740771)<br>Rupa Bhattacharyya (D.C. Bar No. 1631262)<br>Kate Talmor (DC Bar No. 90036191)<br>Mary B. McCord (D.C. Bar. No. 427563)<br>Seth Wayne (D.C. Bar No. 888273445)<br>**INSTITUTE FOR CONSTITUTIONAL ADVOCACY AND PROTECTION**<br>Georgetown Law<br>600 New Jersey Ave., N.W.<br>Washington, D.C. 20001<br>Phone: (202) 662-9765<br>Fax: (202) 661-6730<br>jm3468@georgetown.edu<br>rb1796@georgetown.edu<br>kt894@georgetown.edu<br>sw1098@georgetown.edu<br>mbm7@georgetown.edu | */s/ Efrén C. Olivares*<br>Efrén C. Olivares*<br>Lynn Damiano Pearson*<br>Kevin Siegel*<br>Hilda Bonilla (D.C. Bar No. 90023968)<br>**NATIONAL IMMIGRATION LAW CENTER**<br>1121 14th Street, Suite 200<br>Washington, D.C. 20005<br>Tel: (213) 639-3900<br>Fax: (213) 639-3911<br>bonilla@nilc.org<br>olivares@nilc.org<br>damianopearson@nilc.org<br>siegel@nilc.org |

*Counsel for Plaintiffs*
*\*Admitted pro hac vice*