-TJKUNITED STATES DISTRICT COURT  
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| L.G.M.L., et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>*Defendants*. | Case No.  25-cv-2942-TJK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO PROVIDE REMOTE PUBLIC ACCESS TO COURTROOM AUDIO FOR THE SEPTEMBER 10, 2025, HEARING** |

 Plaintiffs have filed a motion requesting that the Court authorize an audio-only call-in line for a preliminary injunction hearing in this case, to be held before the Court on September 10, 2025. Upon consideration of the motion, it is hereby ORDERED that Plaintiffs' Motion to Provide Remote Public Access to Courtroom Audio for the September 10, 2025, hearing is GRANTED, and a designated call-in line will be available in advance of the proceeding.

DATED: September \_\_\_\_, 2025

                _____  
                The Honorable Timothy J. Kelly,  
                U.S. District Judge