# DECLARATION OF H███ D███ C███ R███

I, H███ D███ C███ R███, declare under penalty of perjury the following:

1. My name H███ D███ C███ R███ I am 17 years old and originally from Guatemala. I live at the Sunny Glen New Life children's shelter in San Benito, Texas.

2. I am in removal proceedings before the Immigration Court. My case has not been decided yet, and I still have the right to continue fighting for protection.

3. I recently learned that I may be at risk of being removed from the United States before my case is fully heard. I am very afraid that I could be deported even though I am still waiting for the Court to decide my case.

4. I have been asked to participate in interviews with government officials, including Homeland Security Investigation officers and the Guatemalan consulate, about my case and identity. My family in Guatemala has not participated in interviews with the Guatemalan government.

5. I came to the United States because I am afraid of violence in Guatemala. Minors are often sexually abused and there are no laws in Guatemala to protect us.

6. Late Saturday night I was asleep in my bed when I was woken up and told that I was being taken. I told them I was not going anywhere, and I was going to continue sleeping. I was told I needed to go, and I was rushed to get my things ready. I prayed to God and started packing. When I got on the bus, I was told by the driver that I was going back to my country. I got very worried because my family did not know I was going to return. I spent about 7 hours on a hot bus, where I was not allowed to use the restroom and I was very hungry, but I was not given an actual meal, only snacks. After spending many hours on a bus, I was taken to the airport where I spent another three hours on an airplane. Then I was taken off the plane to spend another five hours on the hot bus without a meal. I was taken at 4:00 am and returned to the shelter at around 6:30 pm, that was about 14.5 hours of being hungry without eating a meal and being in a hot bus. When I heard I was going to be returned to the shelter I felt happy because I was afraid to return to Guatemala.

7. Being woken up in the middle of the night and threatened with my return to Guatemala made me feel worried and scared. When I am under stress I faint and after what happened to me my condition got worse. I had to spend three days in the hospital. I suffered so much that I will never forget the bad time I had that weekend. Today, I still feel very sad about everything that I went through.

8. I understand that there is a prospect of release to a safe sponsor here in the United States, and I am hopeful that I may be placed with a trusted caregiver who can provide me with safety and stability.

9. I want to remain in the United States and continue to fight my case in Immigration Court.

10. I respectfully ask the Court to allow me to remain in the United States while my case is pending and to protect me from being removed before I have had a full day in court.

Executed on September 8, 2025 in San Benito, Texas.

X  H.D.C.R.

The above statement was read to me in the Spanish language by <u>Roberto Reyes</u>, who is competent in English and Spanish to render such translation. I understand the content of the document and the statements herein are true and correct to the best of my knowledge.

_____   09/08/2025
Signature                          Date

---

### CERTIFICATE OF TRANSLATOR'S COMPETENCE

I, ___Roberto Reyes___, hereby certify that I am competent in written and oral Spanish and English, and that I have rendered an oral translation of the foregoing declaration from English to Spanish to the best my ability and skill to C███ R███, H███ D███

_____   09/08/2025
Signature                          Date