

Cancillería Honduras
@CancilleriaHN

Translate post

📌|| La @CancilleriaHN a través de la Dirección General de Protección al Hondureño Migrante, en conjunto con @senaf_hn, la @OIMhonduras y representantes de @unicefhonduras, iniciaron los trabajos de articulación cooperación institucional con el fin garantizar un retorno seguro de los menores deportados de Estados Unidos.

Leer: sreci.gob.hn/node/2263



5:32 PM · Sep 1, 2025 · **1,085** Views



Cancillería Honduras
@CancilleriaHN

Translated from Spanish by Grok  Show original

📌|| The @CancilleriaHN through the General Directorate for the Protection of the Honduran Migrant, in conjunction with @senaf_hn, @OIMhonduras, and representatives from @unicefhonduras, initiated the coordination efforts for institutional cooperation in order to ensure a safe return of the minors deported from the United States.

Read:

Rate this translation: 👍 👎



5:32 PM · Sep 1, 2025 · **1,085** Views