[sreci-gob-hn.translate.goog](sreci-gob-hn.translate.goog)

# The Ministry of Foreign Affairs, Senaf, and IOM coordinate a strategy to secure and mobilize minors returned from the U.S.

~2 minutes

The Ministry of Foreign Affairs and International Cooperation (SRCI), through the General Directorate for the Protection of Honduran Migrants, in conjunction with the Ministry of Children, Adolescents and Family (SENAF), the International Organization for Migration (IOM), and representatives of the United Nations Children's Fund (UNICEF), began coordinating institutional cooperation to ensure the safe return of minors deported from the United States.



"The working groups will be held to share experiences and address situations like the one experienced in Guatemala, with the deportation of unaccompanied minors from the United States on flights," said Guadalupe Sandoval, Director of the General Directorate for the Protection of Hondurans.

For her part, SENAF Director Lizeth Coello confirmed her full commitment to continue working for minors, receiving them and monitoring them in their homes, and also providing psychological, educational, and health support.

The Ministry of Foreign Affairs, Senaf, and IOM coordinate a strategy t...    about:reader?url=https%3A%2F%2Fsreci-gob-hn.translate.goog%2Fn...
Case 1:25-cv-02942-TJK    Document 42-4    Filed 09/09/25    Page 3 of 3
3 of 3



Finally, IOM Chief of Mission for Honduras, Mariana Rendón, explained that they will work with the various government secretariats to implement the best ideas with the goal of continuing to collaborate with children and ensuring their safe return to the country. One of her missions as head of the IOM is to appeal for respect for their rights and their safety.

.