AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

L.G.M.L., et al.,
*Plaintiff*
v.
NOEM, et al.
*Defendant*

Case No.  1:25-cv-02942-TJK

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs

Date:   09/11/2025

/s/ Kevin Siegel
*Attorney's signature*

Kevin Siegel NY Bar # 5800511
*Printed name and bar number*

NATIONAL IMMIGRATION LAW CENTER
1121 14th Street, Suite 200
Washington, D.C. 20005
*Address*

siegel@nilc.org
*E-mail address*

(213) 639-3900
*Telephone number*

(213) 639-3911
*FAX number*