UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| L.G.M.L., *et al.*,<br><br>  *Plaintiffs,*<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security, *et al.*,<br><br>  *Defendants.* | Case No. 1:25-cv-02942 |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(c), I, Rebecca Wolozin, counsel for the Plaintiffs in the above-captioned matter, hereby move this Court for an Order for admission to practice *pro hac vice* on behalf of Mishan Wroe to appear as co-counsel in the above-captioned case. I, Rebecca Wolozin, a member in good standing of the Bar of this Court, sign this Motion as the sponsor for the admission *pro hac vice* of Mishan Wroe.

Mishan Wroe is an attorney with the National Center for Youth Law. As reflected in the attached Declaration, Mishan Wroe is an active member in good standing of the California State Bar. A Declaration for *Pro Hac Vice* Admission, an accompanying list of state and federal court bar memberships, and a Certificate of Good Standing issued by the State Bar of California are attached hereto. Mishan Wroe is familiar with the facts and law relating to this case and, upon admission *pro hac vice*, will assist in the litigation of this action.

Dated: September 15th, 2025

Respectfully submitted,

*/s/ Rebecca Wolozin*
Rebecca Wolozin (D.C. Bar No. 144369)
National Center for Youth Law
818 Connecticut Ave NW, Suite 425
Washington, D.C. 20006
(202) 868-4792
bwolozin@youthlaw.org