IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| L.G.M.L., *et al.*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security, *et al.*,<br><br>    *Defendants*. | Case No. 1:25-cv-02942 |

### [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF MISHAN WROE *PRO HAC VICE*

This matter having come before the Court on a motion of Rebecca Wolozin, local counsel for Plaintiffs, for the admission of Mishan Wroe *pro hac vice* as co-counsel for Plaintiffs, and the Court having considered the arguments and papers submitted herein, and for good cause shown:

IT IS SO ORDERED on this ___ day of _____, 2025, as follows:

1.    Plaintiffs' Motion for Admission of Mishan Wroe *Pro Hac Vice* is GRANTED.

2.    In accordance with Local Civil Rule 83.2(e), counsel admitted *pro hac vice* shall make a payment of $100.00 to the Clerk of the United States District Court.

BY THE COURT:

Date: September ___, 2025

                                                                   United States District Judge