AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

L.G.M.L., et. al )
*Plaintiff* )
v. ) Case No. 1:25-cv-02942
Kristi Noem, et. al, )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs   .

Date: 09/16/2025

*Mishan Wroe*
*Attorney's signature*

Mishan Wroe, CA Bar No. 299296
*Printed name and bar number*

1212 Broadway Suite 600, Oakland, CA 94612
*Address*

mwroe@youthlaw.org
*E-mail address*

(510) 835-8098
*Telephone number*

(510) 835-8099
*FAX number*