IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| L.G.M.L., *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>NOEM, *et al.*<br><br>　　　　　Defendants. | Case No. 25-cv-02942-TJK<br><br>**NOTICE** |

　　Plaintiffs respectfully file this Notice to alert the Court of new developments that are relevant to Plaintiffs' Motion for a Preliminary Injunction, Dkt. 20, and Defendants' response thereto.

　　Attached to this Notice is a letter reported in national media and submitted earlier today to the Chair and Ranking Member of the Senate Judiciary Subcommittee on Border Security and Immigration. In it, whistleblowers with lawful access to pertinent Office of Refugee Resettlement (ORR) data communicated to Congress through their counsel that some of the factual statements contained in ORR Acting Director Angie Salazar's declaration, Dkt. 35-1, contained "inaccurate" information. In particular, they stated that:

> based on information available in ORR's database for tracking unaccompanied children, that at least 30 and possibly more children who were deemed eligible for imminent return to Guatemala, have indicators of being a victim of child abuse, including death threats, gang violence, human trafficking and/or have expressed fear of return to Guatemala, including in some cases concern for harm and threats from their parents. Additionally, because the information upon which whistleblowers base their reasonable belief is from ORR's database, the whistleblowers reasonably believe Acting Director Salazar knew or should have known of the inaccuracies in her declaration." Exh. A.

　　Plaintiffs respectfully bring this information, which was only recently disclosed, to the

1

Court's attention in the interest of ensuring the Court has all relevant information before it in a timely manner particularly given the harm these children face if returned without the protections they are legally entitled to.

Dated: September 16, 2025

Respectfully submitted,

Joseph W. Mead (D.C. Bar No.1740771)
Rupa Bhattacharyya (D.C. Bar No. 1631262)
Kate Talmor (D.C. Bar No. 90036191)
Mary B. McCord (D.C. Bar. No. 427563)
Seth Wayne (D.C. Bar No. 888273445)
**INSTITUTE FOR CONSTITUTIONAL ADVOCACY AND PROTECTION**
Georgetown Law
600 New Jersey Ave., N.W.
Washington, D.C. 20001
Phone: (202) 662-9765
Fax: (202) 661-6730
jm3468@georgetown.edu
rb1796@georgetown.edu
kt894@georgetown.edu
sw1098@georgetown.edu
mbm7@georgetown.edu

Rebecca Wolozin (D.C. Bar No 144369)
**NATIONAL CENTER FOR YOUTH LAW**
818 Connecticut Ave NW, Suite 425 Washington, D.C. 20006
Phone: (202) 868-4792
Fax: (510) 835-8099
bwolozin@youthlaw.org

Mishan Wroe*
**NATIONAL CENTER FOR YOUTH LAW**
1212 Broadway Ste 600,
Oakland, CA 94612
Phone: (510) 835-8098
Fax: (510) 835-8099

/s/ Efrén C. Olivares
Efrén C. Olivares*
Lynn Damiano Pearson*
Kevin Siegel*
Hilda Bonilla (D.C. Bar No. 90023968)
**NATIONAL IMMIGRATION LAW CENTER**
P.O. Box 34573
Washington, D.C. 20043
Tel: (213) 639-3900
Fax: (213) 639-3911
olivares@nilc.org
damianopearson@nilc.org
siegel@nilc.org
bonilla@nilc.org

2

mwroe@youthlaw.org

*Counsel for Plaintiffs*
*\*Admitted pro hac vice*

` **CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                          */s/ Efrén C. Olivares*
                                          Efrén C. Olivares
                                          Attorney for Plaintiffs