UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

L.G.M.L. et al.,

    *Plaintiffs*,

v.                                                              Civil Action No. 25-2942 (TJK)

KRISTI NOEM et al.,

    *Defendants*.

**ORDER**

For the reasons set forth in the Court's accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. Plaintiffs' Motion to Certify Class, ECF No. 6, is **GRANTED** to the extent it is consistent with the class described below. It is further **ORDERED** that the following class is **PROVISIONALLY CERTIFIED** under Federal Rule of Civil Procedure 23(b)(2): all unaccompanied alien children from Guatemala who are or will be in the custody of Defendants and who (1) are not subject to an executable final order of removal and (2) have not been permitted to voluntarily depart under 8 U.S.C. § 1229c and applicable regulations;

2. Plaintiffs' Motion for Preliminary Injunction, ECF No. 20, is **GRANTED**. It is further **ORDERED** that Defendants, their agents, representatives, and all persons or entities in concert with them are **ENJOINED** from transferring, repatriating, removing, or otherwise facilitating the transport of any Plaintiff—including both named Plaintiffs and all members of the provisionally certified class—from the United States;

3. It is further **ORDERED** that Plaintiffs shall, by September 22, 2025, post a $1.00 bond in accordance with Federal Rule of Civil Procedure 65(c).

**SO ORDERED**.

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: September 18, 2025

2