AO 440 (Rev. 06/12, DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

L.G.M.L., et al.,

Plaintiff(s)

v.

Noem, et al.,

Defendant(s)

Civil Action No. 25-CV-2942

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* U.S. Immigration and Customs Enforcement
500 12th Street SW
Washington, DC 20536

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Hilda Bonilla
1101 14th Street, Suite 410
Washington, D.C. 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 09/02/2025

/s/ Nicole M. Wilkens
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 25-CV-2942

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* US Immigration and Customs Enforcement
was received by me on *(date)* 9/30/2025 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Kara Springer, Mission Support Specialist, 500 12th Street, SW, Washington, DC 20536 , who is designated by law to accept service of process on behalf of *(name of organization)* US Immigration and Customs Enforcement on *(date)* 10/1/2025 11:26 AM ; or

☐ I returned the summons unexecuted because _____ ; or

Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 10/1/2025

*Server's signature*

Andres Olaciregui, Process Server
*Printed name and title*

P.O. Box 18647, Washington, DC 20036
*Server's address*

81525

Additional information regarding attempted service, etc:
Kara Springer  Gender: Female   Race/Skin: White   Age: 51 - 60 yrs. old   Weight: 131-160 lb.   Height: 5'4" - 5'8"   Hair: Gray   Glasses: No   Other:

Documents Served: Summons in a Civil Action, Notice of Right To Consent To Trial Before a united States Magistrate Judge, Class Action Complaint Declaratory Relief