AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia ▼

| | |
|---|---|
| L.G.M.L., et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-2942 |
| Kristi Noem, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Defendants (see clients list attached)                                             .

Date:   11/25/2025                                   /s/ McKenna Rackleff
                                                     *Attorney's signature*

                                                     McKenna Rackleff (ID Bar No. 12028)
                                                     *Printed name and bar number*
                                                     U.S. Department of Justice
                                                     Civil Division
                                                     Office of Immigration Litigation
                                                     PO Box 868, Ben Franklin Station
                                                     Washington, DC 20044
                                                     *Address*

                                                     mckenna.rackleff@usdoj.gov
                                                     *E-mail address*

                                                     (202) 532-4525
                                                     *Telephone number*

                                                     (202) 305-7000
                                                     *FAX number*

**Clients Sheet:**

Kristi Noem, in her official capacity as Secretary of the U.S. Department of Homeland Security

U.S. Department of Homeland Security

Todd Lyons, in his official capacity as Acting Direct, U.S. Immigration and Customs Enforcement

U.S. Immigration and Customs Enforcement

Robert F. Kennedy, in his official capacity as Secretary of Health and Human Services

U.S. Department of Health and Human Services

Angie Salazar, in her official capacity as Acting Director of the Office for Refugee Resettlement

Office of Refugee Resettlement

Pamela J. Bondi, in her official capacity as Attorney General

U.S. Department of Justice

Marco A. Rubio, in his official capacity as Secretary of State

U.S. Department of State

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 25, 2025, I served a copy of the foregoing on counsel for Petitioner via the Court's CM/ECF e-filing system.

*/s/ McKenna Rackleff*
McKenna Rackleff (ID Bar No. 12028)
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation

*Attorney for Defendants*
