# EXHIBIT C

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO PEREZ-FUNEZ, *et al.*, <br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br> Defendants. | Case No. CV 81-1457-MWF(Ex) <br><br><br> District Judge Michael W. Fitzgerald |

## DECLARATION OF MICHAEL JULIEN

I, Michael Julien, pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge and information made known to me from official records and reasonably relied upon in the course of my employment, relating to the above-captioned matter, hereby declare as follows:

1. I am the Acting Division Chief; Immigration, Prosecution, and Custody Operations (IPC); Law Enforcement Directorate (LEOD); U.S. Border Patrol (USBP); U.S. Customs and Border Protection, Department of Homeland Security, in Washington, D.C. As the Acting Division Chief of IPC, LEOD, I oversee immigration enforcement, criminal prosecutions, and custodial conditions. My position includes oversight of USBP immigration enforcement policies and practices, including policies related to the *Flores* Settlement Agreement and the removal of inadmissible aliens. I have served in this role since July 2025. Prior to my current role, from August 2024 to July 2024, I was an Assistant Chief with USBP LEOD, where I oversaw operations in the Western Corridor of the United States. From April 2022 to August 2024, I served as a Special Operations Supervisor in Tucson Sector.

2. I understand that, in accordance with the requirements of the *Flores* Settlement

Agreement, all minors apprehended by USBP, regardless of whether or not they are accompanied by a parent or legal guardian, must be provided with a copy of the Form I-770, *Notice of Rights and Request for Disposition.* USBP has longstanding policy consistent with this requirement. IPC LEOD most recently reiterated this requirement to the field in May 2023. That requirement remains in effect today.

3. In accordance with the Trafficking Victims Protection Reauthorization Act of 2008, USBP screens all unaccompanied alien children (UACs), using the CBP Form 93, to determine whether a child (a) is a victim or likely victim of trafficking; (b) has a fear of returning to their home country; and (c) is able to make an independent decision, such that they may be permitted, in an exercise of discretion, to withdraw their application for admission and return home.

4. In September 2025, USBP began providing an "UAC Processing Pathway Advisal" for UACs who an agent has determined are capable of making an independent decision. This advisal is generally provided orally to the UAC.

5. USBP continues to provide all minors apprehended by USBP, including UACs who are able to make an independent decision, with the Form I-770.

6. I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this 20th day of January, 2026.

_____
Michael Julien
Acting Division Chief,
Immigration, Prosecution and Custody Operations
Law Enforcement Operations Directorate
U.S. Border Patrol
U.S. Customs and Border Protection