# EXHIBIT G

**DECLARATION OF** █████

I, █████, make the following statements. It is the truth to the best of my knowledge, information, and belief:

1. My name is █████, and I was born on █████ in Villanueva, Cortes, Honduras.
2. I currently live at ORR shelter Upbring New Hope located at 1000 N McColl Road, McAllen, Texas 78501.
3. My mother and stepfather abandoned me when I was three years old. They left me to be raised by my biological father's mother.
4. My grandmother is the person who has cared for me, but she will not be able to continue doing so because she is sick with health problems.
5. My grandmother is about 63 years old. She has issues with her breathing, blood pressure, and her shoulder bones to the point where she cannot lift her arms above shoulder height because it hurts her so much.
6. I came to the United States to escape the danger in Honduras and to live with my biological father in Springfield, Missouri.
7. Shortly after entering the United States, I was riding in a van near Laredo, Texas during the evening. It was late, so I was lying down when suddenly I felt a crash.
8. The crash lifted me up and then my whole body fell. My head and my legs were bleeding.
9. I was so scared, so I went to hide in a drainage tunnel.
10. I heard, "Don't hide!" and I was grabbed and yanked by the wrist by two Border Patrol agents. I told them that my legs hurt so badly. My legs were starting to swell.
11. I was put inside the Border Patrol truck and looked over by a paramedic who told me that I had the right to medical attention. I told him that yes, I wanted to go to

a hospital. However, another CBP agent denied my request and told me that where they were taking me had doctors.

12. I was driven to the holding center. I needed help getting out of the truck and walking inside the holding center.
13. Inside, I was only checked for a fever but was not offered any help with my pain.
14. After taking my fingerprints and photos, I was moved to another place.
15. I was told that that I had two options: go back to my country or go to a shelter where at 18 I would be turned back to my country anyway.
16. An agent called her aunt who got scared and hung up the phone. I was allowed to call her afterwards, but she did not answer.
17. An agent yelled at me and told me that they tried nicely and now they will not be nice anymore.
18. I was then held for a few hours and then taken out by the same agent who told me I had to sign a document. I shrugged and she said more forcefully that I had to sign it. She told me twice.
19. I thought I had to sign, so I signed but I did not know why or what for.
20. I was taken back to be held until I was taken to this shelter.
21. I am fearful of returning to Honduras because of the danger and because my grandmother can no longer care for me.
22. I want to live with my biological father in Missouri.

My name is ▮▮▮▮▮▮▮▮▮▮ my date of birth is ▮▮▮▮▮▮ and my address is 1000 N McColl Road, McAllen, Texas 78501. This statement has been orally translated to me from English to Spanish, and I fully understand its contents. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Hidalgo County, State of TEXAS, on the 8th day of October 2025.



## CERTIFICATE OF TRANSLATION

I hereby certify that I am competent in both Spanish and English, and that I have accurately read the above "DECLARATION OF Y███ Y█████ Z████ O█████" and translated it to the client from English to Spanish to the best of my ability.

_Jennifer Morales_ (signature)                                                                                     10/08/2025

Jennifer Morales                                                                                                              Date