**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

L.G.M.L., *et al.,*
Plaintiffs,

v.

KRISTI NOEM, *et al.*,
Defendants.

Case No. 25-cv-2942-TJK

**DECLARATION OF MICHAEL JULIEN**

I, Michael Julien, pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge and information made known to me from official records and reasonably relied upon in the course of my employment, relating to the above-captioned matter, hereby declare as follows:

1.      I am the Acting Division Chief; Immigration, Prosecution, and Custody Operations (IPC); Law Enforcement Operations Directorate (LEOD); U.S. Border Patrol (USBP); U.S. Customs and Border Protection (CBP), Department of Homeland Security, in Washington, D.C. As the Acting Division Chief of IPC, LEOD, I oversee immigration enforcement, criminal prosecutions, and custodial conditions. My position includes oversight of USBP immigration enforcement policies and practices, including policies related to the *Flores* Settlement Agreement and the removal of inadmissible aliens, including unaccompanied alien children (UACs). I have served in this role since July 2025.  Prior to my current role, from August 2024 to July 2025, I was an Assistant Chief with USBP LEOD, where I oversaw operations in the Western Corridor of the United States. From April 2022 to August 2024, I served as a Special Operations Supervisor in Tucson Sector.

2. USBP processes UACs consistent with the requirements of the Trafficking Victims Protection Reauthorization Act of 2008 (TVPRA).  I am aware that, under the TVPRA, certain UACs can be permitted to withdraw their application for admission and voluntarily return to their country of origin.

3. I am aware of the injunction in *LGML v. Noem*, prohibiting DHS from repatriating any Guatemalan UAC unless he or she has a final order of removal or is granted voluntary departure by an immigration judge. Based on the injunction, I instructed the field that USBP should not process any Guatemalan UAC for withdrawal/voluntary return to Guatemala.

4. As of February 20, 2026, CBP's systems of record show that USBP has not booked out any Guatemalan UACs for withdrawal/voluntary return to Guatemala since September 18, 2025.

5. During processing, UACs who are held in CBP custody are treated with dignity and respect.  CBP policy provides that agents should consider the best interests of the child all points during processing and repatriation. Allegations that a UAC was coerced or otherwise mistreated would be investigated and, if substantiated, referred for appropriate disciplinary action.

6. I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this 10th day of March 2026.

_____
Michael Julien
Acting Division Chief
Immigration, Prosecution, and Custody Operations
Law Enforcement Operations Directorate
U.S. Border Patrol
U.S. Customs and Border Protection