# Exhibit A



*Secretary*

**U.S. Department of Homeland Security**
Washington, DC 20528

February 26, 2026

Representative Delia C. Ramirez
U.S. House of Representatives
Washington, DC  20515

Dear Representative Ramirez:

Thank you for your September 29, 2025 letter to the Department of Homeland Security (DHS) voicing concerns about the voluntary return of unaccompanied alien children to their countries of origin.

DHS's hardworking agents and officers are committed to the safety of every individual they encounter, none more so than unaccompanied alien children.  This population is particularly vulnerable to human trafficking and other grave abuses.  It is imperative that our procedures ensure that they are processed expeditiously, appropriately, and in a way that prioritizes their safety as well as our national security objectives.

H.R.1, *One Big Beautiful Bill Act*, Section 100051(8), allows unaccompanied alien children who are screened and eligible—including those from non-contiguous countries—the opportunity to withdraw their application for admission, if they choose.  The processing procedures are the same as they are for unaccompanied alien children who are nationals or habitual residents of Canada or Mexico, who have historically been able to withdraw their application for admission and voluntarily return home.

All unaccompanied alien children encountered by U.S. Customs and Border Protection (CBP) are appropriately screened prior to returning the child to its country of nationality or last habitual residence.  CBP screens unaccompanied alien children to ensure the child is not a victim of a severe form of trafficking in persons, does not have a fear of returning, and is able to make an independent decision to withdraw his or her application for admission.  Unaccompanied alien children who are unable to make an independent decision to withdraw, who are identified as being potential trafficking victims, or are afraid to return to their home countries, are not amenable to withdrawal.  Otherwise, unaccompanied alien children may elect for withdrawal, but they must make this choice under their own free will.

Unaccompanied alien children encountered by CBP generally remain in a short-term holding facility in CBP custody until they are appropriately repatriated and provided with the required provisions and amenities per DHS and CBP policies, as well as applicable legal settlement agreements and injunctions.  Depending on the timing of the next available flight for an unaccompanied alien child's repatriation to a non-contiguous country, the child may be transferred to

Page 2

U.S. Immigration and Customs Enforcement's Enforcement and Removal Operations or to the Department of Health and Human Services, Office of Refugee Resettlement.

In accordance with orders issued by Department of Justice Immigration Judges, U.S. Immigration and Customs Enforcement repatriates unaccompanied alien children who are not processed as withdrawals.  Withdrawals are instead transferred to the Office of Refugee Resettlement's care.  DHS coordinates all removals/repatriations with foreign governments, through either DHS's in-country personnel and/or the Department of State as needed.

According to analysis of CBP encounter data by the Office of Homeland Security Statistics, from January 21–October 31, 2025, about 2,050 unaccompanied alien children elected to leave the United States through withdrawal.  About 2,000 of these unaccompanied alien children were age 14–17, with the remaining unaccompanied alien children under age 14.  All were returned to Mexico, except for one unaccompanied alien child who returned to Canada.  About 1,970 of the unaccompanied alien children were male.

Thank you again for your letter.  Should you wish to discuss this matter further, please have your staff contact the Office of Legislative Affairs at (202) 447-5890.

Sincerely,

Kristi Noem
Secretary of Homeland Security

Page 3


cc:
Representative Henry C. "Hank" Johnson, Jr.
Representative Gilbert Ray Cisneros, Jr.
Representative Nydia M. Velázquez
Representative Jesús G. "Chuy" García
Representative Donald S. Beyer Jr.
Representative Pramila Jayapal
Representative Adriano Espaillat
Representative James R. Walkinshaw
Representative Rashida Tlaib
Representative Diana DeGette
Representative Hillary J. Scholten
Representative Lloyd Doggett
Representative Summer L. Lee
Representative Yassamin Ansari
Representative Dan Goldman
Representative Paul D. Tonko
Representative Veronica Escobar
Representative Al Green
Representative Sylvia R. Garcia
Representative J. Luis Correa
Delegate Eleanor Holmes Norton