**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| L.G.M.L. et al.,<br>*Plaintiffs*,<br>v.<br>MARKWAYNE MULLIN et al.,<br>*Defendants*. | Civil Action No. 25-2942 (TJK) |

**ORDER**

For the reasons set forth in the Court's accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendants' Motion to Dismiss, ECF No. 71, is **GRANTED IN PART** and **DENIED IN PART**. It is further **ORDERED** that the First, Second, Fifth, Sixth, and Seventh Claims of the Amended Complaint are **DISMISSED** to the extent that they are brought as ultra vires claims and the Eighth Claim is **DISMISSED** to the extent that it is brought as a failure to follow required procedures claim. It is further **ORDERED** that the Seventh Claim is **DISMISSED**. It is further **ORDERED** that Plaintiffs H.E.B. and L.G.M.S. are **DISMISSED** from this action.

In addition, for the reasons set forth in the Court's accompanying Memorandum Opinion, it is hereby **ORDERED** that Plaintiffs' Motion to Modify Class Definition for Further Proceedings, ECF No. 65, is **DENIED**.

**SO ORDERED.**

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: September 21, 2026