**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

L.G.M.L. *et al.*,

Plaintiffs,

v.

MARKWAYNE MULLIN, *in his official capacity as Secretary of the U.S. Department of Homeland Security, et al.*,

Defendants.

Case No. 1:25-cv-02942

Honorable Timothy J. Kelly
United States District Judge

**JOINT MOTION FOR A PROTECTIVE ORDER**

Defendants, United States Department of Homeland Security ("DHS"), *et al.*, and Plaintiffs, L.G.M.L. *et al.* ("the Parties") respectfully request that this Court enter a protective order such that the Government may turn over documents and discovery to Plaintiffs' counsel that should be protected from unauthorized disclosure. After entry of this Order, the Government may produce materials to Plaintiffs that are unredacted for certain information that otherwise would be protected from disclosure under the Freedom of Information Act, 5 U.S.C. § 552, the Privacy Act, 5 U.S.C. § 552a, *et seq*, or information that would be covered by the Privacy Act if the subject of the information had been a U.S. citizen or person lawfully admitted for permanent residence and other applicable governing statutes; and the Federal Rules of Civil Procedure.[1]

Information relevant to this litigation, including information that may be produced by Defendants in conjunction with an administrative record, may include names and personally

[1] Even upon entry of this Protective Order, certain other material in the documents which is privileged will remain redacted or be withheld. Plaintiffs reserve the right to challenge these redactions or withholdings if appropriate following receipt and review.

identifiable information ("PII") of children and names, personally identifiable information, and contact information of parents of children, and potential sponsors of children in HHS care and custody. Special protection is warranted for this information. Some of the information is protected from disclosure under the Freedom of Information Act, 5 U.S.C. § 552, the Privacy Act, 5 U.S.C. § 552a, *et seq*., or would be covered by the Privacy Act if the subject of the information had been a U.S. citizen or person lawfully admitted for permanent residence, and the Federal Rules of Civil Procedure. Similarly, the Parties believe that entry of the attached protective order is necessary to protect against the unauthorized disclosure of PII, including, but not limited to, the names, addresses, telephone numbers, and electronic mail addresses for named and unnamed Plaintiffs and of employees of the federal government (except to the extent set out in the terms of the Proposed Protective Order), its grantees or contractors, and other parties who are involved in matters related to this litigation. On November 12, 2026, pursuant to Local Rule 7(m), the Parties' counsel conferred by telephone and the parties agreed to stipulate to the protective order.

The parties agree that, pursuant to the Court's minute order of October 14, 2026, Defendants shall file an Index containing the contents of the Certified Administrative Record on November 19, 2026, and, following the Court's issuance of the protective order, Defendants shall produce the complete Certified Administrative Record to Plaintiffs.

Accordingly, the Parties respectfully request that this motion be granted, and the Court enter the attached stipulated protective order.

DATED: November 19, 2026

Respectfully submitted,

JONATHAN D. GUYNN
Acting Assistant Attorney General
Civil Division

DREW ENSIGN
Deputy Assistant Attorney General

JESSICA R. LESNAU
Senior Litigation Counsel
Office of Immigration Litigation

ERIC M. SNYDERMAN
Trial Attorney
Office of Immigration Litigation

/s/ Jesse A. Montes
JESSE A. MONTES
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 598-3962

*Attorneys for Defendants*

Efrén Olivares (D.D.C. Bar No. TX0107)
Elizabeth Choo (D.C. Bar No. 90043356)
Kevin Siegel*
NATIONAL IMMIGRATION LAW CENTER
P.O. Box 34573
Washington, D.C. 20043
Tel: (213) 639-3900
Fax: (213) 639-3911
olivares@nilc.org
choo@nilc.org
siegel@nilc.org

Lynn Damiano Pearson (D.D.C. Bar No. GA0057)
NATIONAL IMMIGRATION LAW CENTER
3450 Wilshire Blvd. #108 – 62
Los Angeles, CA 90010
Telephone: (213) 639-3900
Fax: (213) 639-3911
damianopearson@nilc.org

Rupa Bhattacharyya (D.C. Bar No. 1631262)
Mary B. McCord (D.C. Bar. No. 427563)
Seth Wayne (D.C. Bar No. 888273445)
INSTITUTE FOR CONSTITUTIONAL
ADVOCACY AND PROTECTION
Georgetown Law

600 New Jersey Ave., N.W.
Washington, D.C. 20001
Tel: (202) 662-9765
Fax: (202) 661-6730
jm3468@georgetown.edu
rb1796@georgetown.edu
mbm7@georgetown.edu
kt894@georgetown.edu
sw1098@georgetown.edu
tcz7@georgetown.edu

Rebecca Wolozin (D.C. Bar No. 144369)
NATIONAL CENTER FOR YOUTH LAW
2300 18th St NW
P.O. Box 21156
Washington, D.C. 20009
(202) 964-0406
bwolozin@youthlaw.org

Mishan Wroe*
NATIONAL CENTER FOR YOUTH LAW
428 13th Street, FL 5
Oakland, CA 94612-2617
Tel: (510) 835-8098
mwroe@youthlaw.org

*Counsel for Plaintiffs*

**Admitted Pro Hac Vice*
***Pending Admission*

*/s/ Rebecca Wolozin*
NATIONAL CENTER FOR YOUTH LAW
2300 18th St NW
P.O. Box 21156
Washington, D.C. 20009
(202) 964-0406
bwolozin@youthlaw.org

**CERTIFICATE OF SERVICE**

Civil Action No. 1:25-cv-02942 (TJK)

I hereby certify that on this date I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. The CM/ECF system will distribute a copy to Plaintiff and counsel for each of the parties upon filing. Additionally, an electronic copy of this filing will be e-mailed to opposing counsel.

Dated: November 19, 2026

Respectfully submitted,

/s/ *Jesse A. Montes*__________

JESSE A. MONTES
NY Bar No. 5684477
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
PO Box 878, Ben Franklin Station
Washington, D.C. 20044
Phone: 202.598.3962
Email: jesse.a.montes@usdoj.gov