**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

L.G.M.L. *et al.*,

Plaintiffs,

v.

MARKWAYNE MULLIN*, in his official capacity as Secretary of the U.S. Department of Homeland Security, et al.*,

Defendants.

Case No. 1:25-cv-02942 (TJK)

**CERTIFICATION OF ADMINISTRATIVE RECORD**

Honorable Timothy J. Kelly
United States District Judge

I, Angie Salazar, Acting Director, Office of Refugee Resettlement, Administration for Children and Families, U.S. Department of Health and Human Services, certify to the best of my knowledge that the materials listed in the attached index constitute a true, correct, and complete copy of the whole record of non-privileged documents that were before the relevant decisionmaker(s), including all documents and materials considered, either directly or indirectly, in connection with Defendants' August 2025 decision to reunify certain Guatemalan unaccompanied alien children with their parents or legal guardians in Guatemala.

Executed this 19th day of November 2026, in Washington, D.C.

Date: 2026.11.19 16:26:00 -05'00'

Angie Salazar
Acting Director
Office of Refugee Resettlement
Administration for Children and Families
U.S. Department of Health and Human Services

**Administrative Record Index**
*L.G.M.L., et al. v. Mullin, et al.*
Case No. 1:25-cv-02942-TJK

| Vol. No. | File No. | Document Description (NOTE: All Excel Spreadsheets Transmitted in Native Format, .PDF Placeholders Bates #ed) | Begin Bates Number | End Bates Number |
|---|---|---|---|---|
| 1 | 1 | August 30, 2025, memorandum "Reunification of Guatemalan National Unaccompanied Alien Children (UAC) Currently in ORR Custody -- DECISION" | 000001 | 000005 |
| 1 | 2 | PLACEHOLDER for .xlxs Attachment: Excel file "GOVERNMENT OF GUATEMALA Master UAC Reunification List 08302025.xlsx" | 000006 | 000006 |
| 1 | 3 | PLACEHOLDER for .xlxs Attachment: Excel file "Guatemala No EOIR Record.xlsx" | 000007 | 000007 |
| 1 | 4 | PLACEHOLDER for .xlxs Attachment: Excel file "Guatemala UAC Eligible + Medical Flag_DoH review.xlsx" | 000008 | 000008 |
| 1 | 5 | PLACEHOLDER for .xlxs Attachment: Excel file "Guatemala EOIR Record.xlsx" | 000009 | 000009 |
| 1 | 6 | PLACEHOLDER for .xlxs Attachment: Excel file FINAL guat_uac_form_data - Copy-PPP | 000010 | 000010 |
| 1 | 7 | PLACEHOLDER for .xlxs Attachment: Excel file LIST - ORR - Reviewed 20250829 | 000011 | 000011 |
| 1 | 8 | PLACEHOLDER for .xlxs Attachment: Excel file LIST - ORR 466 cases – JFM | 000012 | 000012 |
| 1 | 9 | PLACEHOLDER for .xlxs Attachment: Excel file LIST – ORR | 000013 | 000013 |
| 1 | 10 | PLACEHOLDER for .xlxs Attachment: Excel file MASTER List of Guatemalan UACs For Reunification 08292025 (Manifest) | 000014 | 000014 |
| 1 | 11 | PLACEHOLDER for .xlxs Attachment: Excel file US GOVERNMENT Master Travel list for Guatemala UAC Reunification 08302025 | 000015 | 000015 |
| 1 | 12 | PLACEHOLDER for .xlxs Attachment: Excel file Eligible as of 08.29.2025 N_457.xlsx | 000016 | 000016 |
| 1 | 13 | PLACEHOLDER for .xlxs Attachment: Excel file UAC Guatemala 08.25.2025 updated 8-27-25 final.xlsx | 000017 | 000017 |
| 1 | 14 | PLACEHOLDER for .xlxs Attachment: Excel file UAC Guatemala 08.25.2025 updated 8-27-25 + Credible Fear HT.xlsx | 000018 | 000018 |
| 1 | 15 | PLACEHOLDER for .xlxs Attachment: Excel file UAC Guatemala 08.25.2025.xlsx | 000019 | 000019 |
| 1 | 16 | PLACEHOLDER for .xlxs Attachment: Excel file Copy of Guatemalan Subset Traveling 08.30.2025.xlsx | 000020 | 000020 |

| | | | | |
|---|---|---|---|---|
| 1 | 17 | PLACEHOLDER for .xlxs Attachment: Excel file Book1.xlsx | 000021 | 000021 |
| 1 | 18 | PLACEHOLDER for .xlxs Attachment: Excel file Copy of status round 1 (002).xlsx | 000022 | 000022 |
| 1 | 19 | PLACEHOLDER for .xlxs Attachment: Excel file status round 1.xlsx | 000023 | 000023 |
| 1 | 20 | PLACEHOLDER for .xlxs Attachment: Excel file MASTER TRAVEL List of Guatemalan UACs For Reunification 08302025.xlsx | 000024 | 000024 |
| 1 | 21 | PLACEHOLDER for .xlxs Attachment: Excel file MASTER List of UACs Evaluated with LSP Highlighted 08302025.xlsx | 000025 | 000025 |
| 1 | 22 | PLACEHOLDER for .xlxs Attachment: Excel file MASTER List of UACs Evaluated 08292025 with RED No Travel_with LSP 30Aug Update.xlsx | 000026 | 000026 |
| 1 | 23 | PLACEHOLDER for .xlxs Attachment: Excel file MASTER List of UACs Evaluated 08292025 with RED No Travel.xlsx | 000027 | 000027 |
| 1 | 24 | PLACEHOLDER for .xlxs Attachment: Excel file MASTER List of UACs Evaluated 08292025 RED REMOVED.xlsx | 000028 | 000028 |
| 1 | 25 | PLACEHOLDER for .xlxs Attachment: Excel file MASTER List of Guatemalan UACs For Reunification 08302025_UACData.xlsx | 000029 | 000029 |
| 1 | 26 | PLACEHOLDER for .xlxs Attachment: Excel file LIST - ORR 08.28.2025.xlsx | 000030 | 000030 |
| 1 | 27 | PLACEHOLDER for .xlxs Attachment: Excel file MASTER List of Guatemalan UACs For Reunification 08302025.xlsx | 000031 | 000031 |
| 1 | 28 | PLACEHOLDER for .xlxs Attachment: Excel file MASTER List of Guatemalan UACs For Reunification 08292025.xlsx | 000032 | 000032 |
| 1 | 29 | PLACEHOLDER for .xlxs Attachment: Excel file Guatemalan UAC Guardian Contact Info 08.22.2025.xlsx | 000033 | 000033 |
| 1 | 30 | PLACEHOLDER for .xlxs Attachment: Excel file Guatemalan UAC Guardian Contact Info 08.21.2025.xlsx | 000034 | 000034 |
| 1 | 31 | PLACEHOLDER for .xlxs Attachment: Excel file Guatemalan UAC with family in care.xlsx | 000035 | 000035 |
| 1 | 32 | PLACEHOLDER for .xlxs Attachment: Excel file Guatemala UACs In Care by program + Phone Number 07.25.xlsx | 000036 | 000036 |
| 1 | 33 | PLACEHOLDER for .xlxs Attachment: Excel file Guatemala UAC in Care as of July 07 2025.xlsx | 000037 | 000037 |

| | | | | |
|---|---|---|---|---|
| 1 | 34 | PLACEHOLDER for .xlxs Attachment: Excel file Guatemalan UAC Guardian Contact Info 07.25.205.xlsx | 000038 | 000038 |
| 1 | 35 | PLACEHOLDER for .xlxs Attachment: Excel file Guatemala UAC in ORR care Reunification 08292025.xlsx | 000039 | 000039 |
| 1 | 36 | PLACEHOLDER for .xlxs Attachment: Excel file FINAL guat_uac_form_data.xlsx | 000040 | 000040 |
| 1 | 37 | PLACEHOLDER for .xlxs Attachment: Excel file Guatemala UAC Eligible + Medical Flag 08.27.2025.xlsx | 000041 | 000041 |
| 1 | 38 | PLACEHOLDER for .xlxs Attachment: Excel file Guatemalan Reunification Under 14_20250830.xlsx | 000042 | 000042 |
| 1 | 39 | PLACEHOLDER for .xlxs Attachment: Excel file Guatemala Non-Shelter UAC 08.28.2025.xlsx | 000043 | 000043 |
| 1 | 40 | PLACEHOLDER for .xlxs Attachment: Excel file Guatemala Cat 2_3 08.27.2025.xlsx | 000044 | 000044 |
| 1 | 41 | PLACEHOLDER for .xlxs Attachment: Excel file FDNS Claim Column Added.csv | 000045 | 000045 |
| 1 | 42 | PLACEHOLDER for .xlxs Attachment: Excel file Guatemala Caregiver + Flags 07.11.2025.xlsx | 000046 | 000046 |
| 1 | 43 | PLACEHOLDER for .xlxs Attachment: Excel file Guatemala Reunification_Under 14 List.xlsx | 000047 | 000047 |
| 1 | 44 | August 31, 2025, email from ORR to care providers “Updated Notice” | 000048 | 000049 |
| 1 | 45 | August 31, 2025 email from ORR to Legal Service Providers “Notice - Guatemala Reunifications” (Includes *Attachment:* “UAC Guatemalan Reunifications 08-31-2025.pdf”) | 000050 | 000054 |
| 1 | 46 | August 30, 2025, email from ORR to care providers “Fw IMMEDIATE ATTN: DISCHARGES” (Includes *Attachment:* “Notice to Attorneys of Record.docx”) | 000055 | 000057 |
| 1 | 47 | August 30, 2025, email from Angie Salazar “FW: Final Census” (2 *Attachments* at #2 & #11) | 000058 | 000059 |
| 1 | 48 | August 30, 2025, email from Dawnisha Helland “List” (*Attachment* at #10) | 000060 | 000060 |
| 1 | 49 | August 30, 2025, email from Dawnisha Helland “EOIR List” (2 *Attachments* at #3 & #5) | 000061 | 000061 |
| 1 | 50 | August 29, 2025, email from Matthew O’Neill-Levine “Evaluated Final List” (*Attachment* at #28) | 000062 | 000062 |
| 1 | 51 | August 29, 2025, email from Dawnisha Helland “List (589, 360, 765)” (*Attachment* at #7) | 000063 | 000063 |
| 1 | 52 | August 29, 2025, email thread originating with Byoung Park “RE: List of 466 cases” (*Attachment* at #8) | 000064 | 000066 |

| | | | | |
|---|---|---|---|---|
| 1 | 53 | August 29, 2025, email thread originating with Angie Salazar "RE: Reunification" (2 *Attachments* at #7 & #26) | 000067 | 000068 |
| 1 | 54 | August 27, 2025, email from Reina Byrd "RE: Guatemala UAC Eligible + Medical Flag.xlsx" (*Attachment* at #4) | 000069 | 000069 |
| 1 | 55 | August 26, 2025, Diplomatic Note from the Government of Guatemala (Spanish) | 000070 | 000070 |
| 1 | 56 | August 27, 2025, Guatemala Diplomatic Note on Unaccompanied Children in the United States (English translation) | 000071 | 000072 |
| 1 | 57 | August 21-25, 2025, email thread originating with Angie Salazar "Fw: Repatriation – Guatemala" | 000073 | 000081 |
| 1 | 58 | August 15-30, 2025, email thread originating from Angie Salazar "Fw: Guatemala UAC Repatriation" (2 *Attachments* at #7 & #26) | 000082 | 000092 |
| 1 | 59 | August 29, 2025, email thread originating with Byoung Park "Guatemalan UACs with no NTA" | 000093 | 000094 |
| 1 | 60 | August 14-18, 2025, email thread originating with Angie Salazar "FW: Guatemala" (2 *Attachments* at #6 and Guatemala UAC Word Docs FINAL.zip" contained 112 .docx files, included individually) | 000095 | 000101 |
| 1 | 61 | August 31, 2025, email originating with orrguatemalareunification@acf.hhs.gov "DEMAND FOR COMPLIANCE WITH TERMS OF CUSTODY & CARE" | 000102 | 000103 |
| 1 | 62 | Case files for 327 Guatemalan UAC identified for reunification | 000104 | 000327 |
| 2 | 1 | Lucas R DISABILITIES Settlement Agreement | 000328 | 000373 |
| 2 | 2 | Lucas R LEGAL SERVICES Settlement Agreement | 000374 | 000394 |
| 2 | 3 | Lucas R MEDICATIONS Settlement Agreement | 000395 | 000441 |
| 2 | 4 | UAC Case Information – Guatemala (Forms) | 000442 | 001011 |
| 3 | 1 | EOIR Operating Policies and Procedures Memorandum 17-03 | 001012 | 001019 |
| 3 | 2 | EOIR Operating Policies and Procedures Memorandum 84-1 | 001020 | 001021 |
| 3 | 3 | EOIR Policy Memorandum 20-07 | 001022 | 001027 |
| 3 | 4 | EOIR Policy Memorandum 25-47 | 001028 | 001034 |
| 4 | 1 | UAC Case Review Forms | 001035 | 019988 |